IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DIAMOND SPORTS GROUP, LLC, *et al.*[1] | § § | CASE NO. 23-90116 (CML) |
| | § § | CHAPTER 11 |
| Debtors. | § § § | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES, PLEADINGS AND ORDERS

PLEASE TAKE NOTICE that the law firms of Proskauer Rose LLP and Jackson Walker LLP hereby appear in the above-captioned case on behalf of the National Basketball Association and Its Affiliates (including member teams party to telecast agreements with the Debtors) (collectively, the "NBA"), pursuant to Sections 102(1), 342 and 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 9007, 9008, 9010(b), 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and by email to:

Vincent Indelicato
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Email: vindelicato@proskauer.com

and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA  90404.

1

35574564v.1

Michael T. Mervis
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Email: mmervis@proskauer.com

and

Steve Y. Ma
Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Email: sma@proskauer.com

and

Bruce J. Ruzinsky
Matthew D. Cavenaugh
Joel R. Glover
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Email: bruzinsky@jw.com
Email: mcavenaugh@jw.com
Email: jglover@jw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes without any limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to these cases and any other proceedings herein which affect or seek to affect, in any way, the debtors or property or proceeds in which the debtors may claim or have an interest. Further, this request

35574564v.1

includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization or liquidation.

PLEASE TAKE FURTHER NOTICE that this Notice is not intended to be, and shall not constitute, consent by the NBA to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, or core jurisdiction.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the NBA is, or may be entitled, under agreements, in law or in equity, all of which are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notice of all contested matters, adversary proceedings or any other proceedings in these cases.

35574564v.1

Houston, Texas
March 15, 2023

| | |
|---|---|
| /s/  *Bruce J. Ruzinsky* | |
| **JACKSON WALKER LLP** | **PROSKAUER ROSE LLP** |
| Bruce J. Ruzinsky (TX Bar No. 17469425) | Vincent Indelicato (*pro hac vice* pending) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Michael T. Mervis (*pro hac vice* pending) |
| Joel R. Glover (TX Bar No. 24087593) | Eleven Times Square |
| 1401 McKinney Street, Suite 1900 | New York, NY 10036 |
| Houston, Texas 77010 | Telephone: (212) 969-3000 |
| Telephone: (713) 752-4200 | Facsimile: (212) 969-2900 |
| Facsimile: (713) 752-4221 | Email: vindelicato@proskauer.com |
| Email: bruzinsky@jw.com | Email: mmervis@proskauer.com |
| Email: mcavenaugh@jw.com | |
| Email: jglover@jw.com | -- and -- |
| | |
| *Counsel to the National Basketball Association and Its Affiliates (including member teams party to telecast agreements with the Debtors)* | Steve Y. Ma (*pro hac vice* pending) |
| | 2029 Century Park East, Suite 2400 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 557-2900 |
| | Facsimile: (31) 557-2193 |
| | Email: sma@proskauer.com |
| | |
| | *Counsel to the National Basketball Association and Its Affiliates (including member teams party to telecast agreements with the Debtors)* |

35574564v.1

## Certificate of Service

      I certify that on March 15, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/  Bruce J. Ruzinsky*
                                                  Bruce J. Ruzinsky

35574564v.1