IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC., *et al.*,[1] | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned chapter 11 cases on behalf of U.S. Bank Trust Company, National Association ("U.S. Bank") with respect to 6.625% Senior Notes due 2027. Pursuant to rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), U.S. Bank requests that the party identified below be added to any Master Service List maintained in these cases and that all notices given or required to be given and all pleadings, motions, applications, and papers served or required to be served in these cases be delivered to and served upon the following parties:

Barry Ihrke
Vice President, Global Corporate Trust
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Tel: (651) 466-5858
Fax: (651) 466-7401
Email: barry.ihrke@usbank.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in this case.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance* shall neither be deemed nor construed to constitute a waiver of any substantive or procedural right of the U.S. Bank including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of Texas (the "District Court"); (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the U.S. Bank is or may be entitled, in law or in equity, all of which

Unless and until U.S. Bank expressly states otherwise, U.S. Bank does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

---

address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

2

| | |
|---|---|
| Dated: March 15, 2023<br>Houston, Texas | **KELLEY DRYE & WARREN LLP**<br><br>*/s/ Sean T. Wilson*<br>Sean T. Wilson (Texas Bar No. 24077962)<br>515 Post Oak Blvd. Suite 900<br>Houston, TX  77027<br>Telephone: (212) 808-7612<br>Email: swilson@kelleydrye.com<br><br>-and-<br><br>James S. Carr<br>Benjamin D. Feder<br>Kristin S. Elliott<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Email: jcarr@kelleydrye.com<br>         kelliott@kelleydrye.com<br>         bfeder@kelleydrye.com<br><br>*Counsel U.S. Bank Trust Company, National Association* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the March 15, 2023, a true and correct copy of the foregoing document was served via ECF notification on all parties entitled to ECF notification in this case.

*/s/ Sean T. Wilson*
Sean T. Wilson