# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |

## DEBTORS' EXHIBIT AND WITNESS LIST
## FOR FIRST DAY HEARING ON MARCH 16, 2023

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Exhibit and Witness List for the electronic hearing to be held on March 16, 2023, at 2:30 p.m. (CST) before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. David F. DeVoe, Jr.;

2. Zul Jamal;

3. Any witnesses called or listed by any other party;

4. Any witnesses necessary to establish that notice of hearing has been provided; and

5. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

**EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of David F. DeVoe, Jr. in Support of Chapter 11 Petitions and First Day Motions (the "**First Day Declaration**") [Docket No. 26] | | | | |
| 2. | "**Organizational Chart**" attached as Exhibit A to Declaration of David F. DeVoe, Jr. in Support of Chapter 11 Petitions and First Day Motions [Docket No. 26-1] | | | | |
| 3. | Restructuring Support Agreement attached as Exhibit B to Declaration of David F. DeVoe, Jr. in Support of Chapter 11 Petitions and First Day Motions [Docket No. 26-2] (the "**RSA**") | | | | |
| 4. | "**Approved Budget**" attached as Exhibit 1 to the proposed Interim Order (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; and (III) Modifying Automatic Stay; and (IV) Granting Related Relief [Docket No. 25-1] | | | | |
| 5. | "**Milestones**" attached as Exhibit 2 to the proposed Interim Order (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; and (III) Modifying Automatic Stay; and (IV) Granting Related Relief [Docket No. 25-1] | | | | |
| 6. | "**Cash Management System Schematic**" attached as Exhibit 1 to Debtors' Emergency Motion For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 14-1] | | | | |
| 7. | "**Bank Accounts**" attached as Exhibit 2 to Debtors' Emergency Motion For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 14-2] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 8. | "**Authorities**" attached as Exhibit A to the Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 9-1] | | | | |
| 9. | "**Utility Services List**" attached as Exhibit A to Debtors' Emergency Motion For Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures For Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Docket No. 8-1] | | | | |
| 10. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| 11. | Any exhibit introduced by any other party | | | | |
| 12. | Rebuttal or impeachment exhibits as necessary | | | | |

The Debtors reserve the right to supplement, amend, or delete any witness and exhibits prior to the hearing. The Debtors also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. The Debtors finally reserve the right to introduce exhibits previously admitted.

[*Remainder of page intentionally left blank*]

Dated: March 15, 2023

Respectfully submitted,

By: */s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|---|---|
| Andrew N. Goldman (*pro hac vice* pending) | Brian S. Hermann (*pro hac vice* pending) |
| Benjamin W. Loveland (*pro hac vice* pending) | Andrew M. Parlen (*pro hac vice* pending) |
| Lauren R. Lifland (*pro hac vice* pending) | Joseph M. Graham (*pro hac vice* pending) |
| 250 Greenwich Street | Alice Nofzinger (*pro hac vice* pending) |
| New York, New York 10007 | 1285 Avenue of the Americas |
| Telephone: (212) 230-8800 | New York, New York 10019 |
| Facsimile: (212) 230-8888 | Telephone: (212) 373-3000 |
| andrew.goldman@wilmerhale.com | Facsimile: (212) 757-3990 |
| benjamin.loveland@wilmerhale.com | bhermann@paulweiss.com |
| lauren.lifland@wilmerhale.com | aparlen@paulweiss.com |
| | jgraham@paulweiss.com |
| | anofzinger@paulweiss.com |
| *Proposed Section 327(e) Counsel to the Debtors and Debtors in Possession* | *Proposed Section 327(a) Counsel to the Debtors and Debtors in Possession* |

**Certificate of Service**

     I certify that on March 15, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ John F. Higgins*
                                                John F. Higgins