UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 11 |
| | ) | Honorable Christopher M. Lopez |
| Diamond Sports Group, LLC, | ) | |
| | ) | Case No. 23-90116 |
| Debtor. | ) | |

**MEMORANDUM OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND ORDERS**

COMES NOW Vantage Credit Union ("Vantage"), by counsel, hereby withdraws its Notice of Appearance and Request for Copies of all Notices, Pleadings, and Orders, without prejudice.

Respectfully submitted,
RIEZMAN BERGER, P.C.

By: **/s/ Kathryn A. Klein**
Kathryn A. Klein,
7700 Bonhomme Avenue, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101 phone
(314) 727-1086 fax
rb_bank@riezmanberger.com
Attorney for Vantage

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the forgoing was served via electronic means for those available and by postage prepaid, in the United States Mail, by first-class mail to the following on on April 6, 2023:

| | |
|---|---|
| Diamond Sports Group, LLC | Debtor |
| 10706 Beaver Dam Road | |
| Hunt Valley MD 21030 | |

      /s/ Kathryn A. Klein