**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | § | Case No. 23-90116 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**AZPB LIMITED PARTNERSHIP'S RESPONSE TO
DEBTORS' (1) OMNIBUS OBJECTION TO EMERGENCY
CONSIDERATION OF MOTIONS; AND (2) MOTION TO
ADJOURN HEARING REQUESTED FOR APRIL 13, 2023 TO MAY 12, 2023**
[Relates to Dkt. No. 311]

AZPB Limited Partnership, a Delaware limited partnership, dba Arizona Diamondbacks

(the "Diamondbacks") submits its *Response* (this "Response") to *Debtors' (1) Omnibus Objection

to Emergency Consideration of Motions; and (2) Motion to Adjourn Hearing Requested for April

13, 2023 to May 12, 2023* [Docket No. 311] (the "Objection"). In support of this Response, the

Diamondbacks respectfully state as follows:

<u>Argument</u>

**I.     Emergency Consideration is Warranted**

1.      As detailed in the MLB Motion[2] and the Diamondbacks Motion, the Debtors are

parties to Telecast Rights Agreements (collectively, the "TRAs") from which the Debtors obtain

most of the major professional sports product that they will provide to their customers during the

period reflected in their current cash collateral budget. Prepetition, and now postpetition, the

Debtors *admit* that they decided to broadcast the content without paying for it.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of
these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

[2] Capitalized terms not defined herein shall have the same meanings ascribed to them in the Objection.

2.      The First Day Motions disclosed the Debtors' Petition Date cash position and their projected 13-week cash position, but disclosed *nothing* about the postpetition obligations the Debtors intended to accrue, nor their intention to disregard the Bankruptcy Local Rules for the Court that provide that "[t]he debtor must pay on a current basis all obligations incurred by it in operating its business." BLR 4002-1(h).

3.      By the Debtors' requested hearing date of May 12, 2023, about one quarter of the MLB regular season will have been played. The Debtors have broadcast, and seem to intend to continue to broadcast, the Diamondbacks' games and other Clubs' games, as identified in the MLB Motion. The Debtors have not disclosed any other ongoing obligations that they do not intend to pay. Yet just the *unpaid* obligations to the Diamondbacks and other Clubs will total tens of millions of dollars in unpaid postpetition obligations.

4.      In the face of rapidly increasing postpetition obligations, the Objection asserts "there is no basis for emergency consideration."

5.      The Diamondbacks assert that the Debtors' ability or inability to pay *all* of their obligations incurred in operating their business on a current basis is a matter that the Court and all interested parties should consider on an expedited basis, before the new accrual of tens of millions of dollars in obligations.

6.      The Objection conflates the Debtors' liquidity and authority to use cash collateral with administrative solvency. Objection ¶ 7. As detailed in the Diamondbacks Motion, the Debtors have the liquidity and authority to pay their postpetition obligations even though all their assets are encumbered, and likely far over-encumbered. Despite having the ability and authority to perform their postpetition obligations, the Debtors are choosing to accrue postpetition administrative expenses in a significant but unknown amount.

4860-6609-6221.2

II.     **Timing and Procedure to Consider the Motions**

7.      The Diamondbacks requested consideration for the Diamondbacks Motion to be heard on April 13, 2023, to coincide with the scheduled hearings related to the First Day Motions and the MLB Motion. The Diamondbacks were informed of a joint request to continue that hearing to April 19, 2023. The Diamondbacks, through counsel, informed the Debtors, the Official Committee of Unsecured Creditors (the "Committee"), and MLB that they would continue the hearing on the Motion to April 19, 2023 as well.[3]

8.      The Objection states that "[t]he Motions were filed with no advance warning. . ." Objection ¶ 14. For the Diamondbacks Motion, that is not accurate. Last Thursday, April 6, the Diamondbacks Motion and scheduling *was* discussed with the Debtors' counsel and briefly with the Committee's counsel.[4]

9.      During an extended discussion with the Debtors' counsel, **no** evidentiary issues were identified concerning the Diamondbacks Motion. The parties discussed the Debtors' intention to offer fair market value evidence for the other TRAs, but the Debtors' counsel acknowledged that the Diamondbacks' TRA is at market, causing that evidence to be unnecessary.

10.     The Objection states, "the fact that movants have **not** agreed to a modest three week adjournment demonstrates the unreasonableness of their position." Objection ¶ 1 (bolding in original). The Diamondbacks are willing to accommodate the needs of the case and the parties. But they are parties to an executory contract with the Debtors, and as such, the TRA may be assumed or rejected in total. *Century Indem. Co. v. Nat'l Gypsum Co. Settlement Tr. (In re Nat'l*

---

[3] The Debtors proposed May 1, 2023. The Diamondbacks' anticipated primary witness and counsel are unavailable on May 1. The Diamondbacks' anticipated witness is not available to testify between May 1 and May 15. Both of the Diamondbacks' senior counsel have long scheduled travel outside the continental U.S. starting on May 10, 2023.

[4] The Diamondbacks attempted to contact the U.S. Trustee's Office, but those efforts were unsuccessful until after the Diamondbacks Motion was on file.

4860-6609-6221.2

*Gypsum Co.)*, 208 F.3d 498, 506 (5th Cir. 2000). The Diamondbacks are unaware of any legal authority for the Court to disregard the TRA and require the Diamondbacks to provide postpetition services at a rate established by the Court. Nor are the Diamondbacks aware of a factual basis for such relief.

11.     Therefore, the Diamondbacks propose and maintain that the correct procedure is for the Debtors to respond to the substance of the Diamondbacks Motion on an expedited basis, with the Diamondbacks filing a reply on an expedited basis. Once the issues are better developed through the pleadings, the parties and the Court can consider if an evidentiary hearing is necessary.

### III.     The Diamondbacks Motion is Neither Premature Nor Untimely

12.     The Objection argues both that the Diamondbacks Motion is premature and untimely. The Objection begins "[t]he Motions were filed less than a month into these cases . . ." Objection ¶ 1. The Objection argues that the "Debtors' telecast rights agreements portfolio is the lifeblood of their business and the core assets around which they intend to restructure their business." *Id.* ¶ 9. "The Debtors are in the embryonic stages of their chapter 11 cases and cannot be reasonably expected to make assumption/rejection decisions on those core assets within the first three weeks of their chapter 11 life." *Id.* Yet the Objection criticizes the Diamondbacks by asserting that "although their grace period expired on March 16, 2023, they waited until 21 days later to seek relief from this Court . . ." *Id.* ¶ 5.

13.     It is true that these are newly filed cases. But where, as here, the Debtors announce their intention to continue to consume the Diamondbacks' product ***without paying for it,*** the Court needs to address the situation promptly, and from the outset. The Debtors may not compel the Diamondbacks to fund their reorganization by providing product without current compensation.

14.     The Objection asserts that it is just "an additional three and a half weeks" (¶ 5)— but it will be almost *two months* since the Diamondbacks were due payment. By May 12, 2023,

the Diamondbacks will have played, and the Debtors are anticipated to have locally broadcast 39 games in a 162-game regular season.[5] Simply because it is early in the case is not a justification to permit the Debtors to broadcast the Diamondbacks' games without paying for them while collecting subscriber and advertising revenue. On the contrary – now is the time for the Debtors to decide whether the benefits they derive from the TRA are equal to or greater than the expense associated with broadcasting the games.

15.     Nor have the Diamondbacks been dilatory. As reflected in the Diamondbacks Motion (at 7 ¶ 31), the Debtors consciously decided ***not*** to pay them as required prepetition.  The Diamondbacks immediately gave notice of the Debtors' default, and, *but for* the chapter 11 petitions, the TRA would have terminated on March 16, 2023. Objection ¶ 5.

16.     No postpetition payments were due to the Diamondbacks under the TRA until after the regular season began on March 30, 2023. The TRA provides for payments based on the number of regular season games that are broadcast. The Debtors first broadcast a Diamondbacks game on March 30, 2023. The Diamondbacks filed their Motion *within a week* of the Debtors commencing broadcasts of their regular season games. That broadcasting continues almost daily[6] and needs to be promptly addressed for the reasons above. Without the Court hearing the Diamondbacks Motion early on, the Diamondbacks will be irreparably harmed if the Debtors continue to consume the Diamondbacks' product, without compensation, meanwhile the Debtors' cash position dwindles, and they refuse to commit to pay for the Diamondbacks services that they are using.

## Conclusion

17.     The Debtors repeatedly use the phrase "grace period" for their decisions not to perform their obligations pre and postpetition (despite an ability to do) until they are compelled to

---

[5] MLB has the right to select games for national broadcast, but MLB has not yet informed the parties if it intends to do so before May 12, 2023.

[6] As noted in the sealed Motion, the Court can see the significant per-game amount that it is costing the Diamondbacks to endure the Debtors' game of wait and see. Diamondbacks Motion at 8 ¶ 34.

do so.   The Diamondbacks ask that the Court compel them to immediately perform their postpetition obligations.  The Diamondbacks request that the Court (a) require a response to the Diamondbacks Motion on an expedited basis, (b) allow the Diamondbacks to file a reply on an expedited basis, and (c) schedule an initial non-evidentiary hearing on the Motions as soon as possible consistent with the needs of the case. If the response or initial hearing show that factual issues exist requiring the presentation of evidence, that can be addressed by the parties or by the Court at the initial hearing.

Respectfully submitted this 11th day of April 2023.

**GRAY REED**

By: */s/ Micheal W. Bishop*
    Micheal W. Bishop
    Texas Bar No. 02354860
    Amber M. Carson
    Texas Bar No. 24075610
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:   (214) 954-4135
Facsimile:   (214) 953-1332
Email:      mbishop@grayreed.com
           acarson@grayreed.com

-and-

**GALLAGHER & KENNEDY, P.A.**
    Dale C. Schian (admitted *pro hac vice*)
    Kortney K. Otten (admitted *pro hac vice*)
2575 East Camelback Road
Phoenix, Arizona 85016
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
Email:      dale.schian@gknet.com
           kortney.otten@gknet.com
           bkdocket@gknet.com

*Counsel to AZPB Limited Partnership, dba Arizona Diamondbacks*

4860-6609-6221.2

**<u>Certificate of Service</u>**

The undersigned hereby certifies that on the 11th day of April 2023, he caused a true and correct copy of the foregoing pleading to be served via the Court's electronic case filing system (ECF) on all parties to this proceeding who have so-subscribed and via the means indicated to the parties listed on **<u>Exhibit A</u>** attached hereto.

*/s/ Micheal W. Bishop*
Micheal W. Bishop

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | AMAZON WEB SERVICES, INC. | ATTN: DANIEL GREENBERG<br>410 TERRY AVENUE NORTH<br>SEATTLE WA 98109-5210 | CONTRACTS-LEGAL@AMAZON.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | AMAZON WEB SERVICES, INC. | ATTN: DANIEL GREENBERG<br>PO BOX 84023<br>SEATTLE WA 98124-8423 | CONTRACTS-LEGAL@AMAZON.COM | First Class Mail and Email |
| COUNSEL TO RAYS BASEBALL, LLC ("RAYS BASEBALL") | ARENTFOX SCHIFF LLP | ATTN: ANDREW I. SILFEN, PATRICK FEENEY<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK NY 10019 | ANDREW.SILFEN@AFSLAW.COM<br>PATRICK.FEENEY@AFSLAW.COM | Email |
| COUNSEL TO VITAC CORPORATION | ASK LLP | ATTN: BRIGETTE G. MCGRATH, ESQ., KARA E. CASTEEL, ESQ.<br>2600 EAGAN WOODS DRIVE<br>SUITE 400<br>ST. PAUL MN 55121 | BMCGRATH@ASKLLP.COM<br>KCASTEEL@ASKLLP.COM | Email |
| COUNSEL TO VITAC CORPORATION | ASK LLP | ATTN: MARIANNA UDEM, ESQ.<br>60 EAST 42ND STREET<br>46TH FLOOR<br>NEW YORK NY 10065 | MUDEM@ASKLLP.COM | Email |
| TOP 30 UNSECURED CREDITORS | AT&T | ATTN: KAREN CAVAGNARO<br>ONE AT&T WAY<br>ROOM 3A 148<br>BEDMINISTER NJ 07921 | KM1426@ATT.COM | Email |
| TOP 30 UNSECURED CREDITORS | AZPB LIMITED PARTNERSHIP | ATTN: DERRICK HALL<br>401 EAST JEFFERSON STREET<br>PHEONIX AZ 85004 | DHALL@DBACKS.COM | Email |
| COUNSEL TO NASHVILLE HOCKEY CLUB LIMITED PARTNERSHIP | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: SUSAN C. MATHEWS<br>1301 MCKINNEY STREET, SUITE 3700<br>HOUSTON TX 77010 | SMATHEWS@BAKERDONELSON.COM | Email |
| COUNSEL TO OFFICE OF THE COMMISSIONER OF BASEBALL (THE "LEAGUE"), AZPB LIMITED PARTNERSHIP, ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC, THE CINCINNATI REDS LLC, CLEVELAND GUARDIANS BASEBALL COMPANY, LLC, DETROIT TIGERS, INC., KANSAS CITY ROYALS BASEBALL CLUB, LLC, ANGELS BASEBALL LP, MARLINS TEAMCO LLC, MILWAUKEE BREWERS BASEBALL CLUB, LIMITED PARTNERSHIP, MINNESOTA TWINS, LLC, PADRES L.P., ST. LOUIS CARDINALS, LLC, RAYS BASEBALL CLUB, LLC. AND RANGERS BASEBALL LLC (COLLECTIVELY, THE "CLUBS") | BRACEWELL LLP | ATTN: MARK DENDINGER<br>CITYPLACE I, 34TH FLOOR<br>185 ASYLUM STREET<br>HARTFORD CT 06103 | MARK.DENDINGER@BRACEWELL.COM | Email |
| COUNSEL TO OFFICE OF THE COMMISSIONER OF BASEBALL (THE "LEAGUE"), AZPB LIMITED PARTNERSHIP, ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC, THE CINCINNATI REDS LLC, CLEVELAND GUARDIANS BASEBALL COMPANY, LLC, DETROIT TIGERS, INC., KANSAS CITY ROYALS BASEBALL CLUB, LLC, ANGELS BASEBALL LP, MARLINS TEAMCO LLC, MILWAUKEE BREWERS BASEBALL CLUB, LIMITED PARTNERSHIP, MINNESOTA TWINS, LLC, PADRES L.P., ST. LOUIS CARDINALS, LLC, RAYS BASEBALL CLUB, LLC. AND RANGERS BASEBALL LLC (COLLECTIVELY, THE "CLUBS") | BRACEWELL LLP | ATTN: WILLIAM A. (TREY) WOOD<br>711 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX 77002 | TREY.WOOD@BRACEWELL.COM | Email |
| TOP 30 UNSECURED CREDITORS | CAA SPORTS, LLC | ATTN: FRANK MOORE<br>2000 AVENUE OF THE STARS<br>LOS ANGELES CA 90067 | FMOORE@CAA.COM | Email |
| TOP 30 UNSECURED CREDITORS | CFD TRUST NO. 8 | ATTN: JOSEPH ZNIDARSIC, TRUSTEE<br>DOLAN BROADCAST PROPERTIES LTD. C/O TRASHER, DINSMORE & DOLAN<br>100 7TH AVE, SUITE 150<br>CHARDON OH 44024-1079 | JZNIDARSIC@TDDLAW.COM | Email |
| TOP 30 UNSECURED CREDITORS | CHECKMATE MEDIA, INC. | ATTN: BARRY WATKINS<br>207 HARBOR LANE<br>MASSAPEQUA PARK NY 11762 | WATKINSCHECKMATE@OUTLOOK.COM | Email |
| THE PREDECESSOR ADMINISTRATIVE AGENT UNDER THE AR LOAN AGREEMENT | CREDIT SUISSE GROUP AG | ATTN: KEN AIANI<br>CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH SECURITIZED PRODUCTS FINANCE<br>ELEVEN MADISON AVENUE, 4TH FLOOR<br>NEW YORK NY 10010 | KENNETH.AIANI@CREDIT-SUISSE.COM<br>ALEKSANDR.EPSHTEYN@CREDIT-SUISSE.COM<br>ENRIQUE.FLORESRUIZ@CREDIT-SUISSE.COM<br>LIST.AFCONDUITREPORTS@CREDIT-SUISSE.COM<br>ABCP.MONITORING@CREDIT-SUISSE.COM | Email |
| COUNSEL TO THE ADMINISTRATIVE AND COLLATERAL AGENT UNDER FIRST LIEN CREDIT AGREEMENT; TERM FACILITY AGENT AND COLLATERAL AGENT UNDER SECOND LIEN CREDIT AGREEMENT; ADMINISTRATIVE AND COLLATERAL AGENT UNDER THIRD LIEN CREDIT AGREEMENT | DECHERT LLP | ATTN: STEPHEN ZIDE<br>2929 ARCH ST STE 400<br>PHILADELPHIA PA 19104 | STEPHEN.ZIDE@DECHERT.COM | Email |
| TOP 30 UNSECURED CREDITORS | DIRECTV, LLC | ATTN: MICHAEL HARTMAN, SENIOR VICE PRESIDENT PROGRAMMING ACQUISITIONS<br>2230 EAST IMPERIAL HIGHWAY<br>EL SEGUNDO CA 90245 | MEDIA@DIRECTV.COM | Email |
| TOP 30 UNSECURED CREDITORS | EASE LIVE AS | ATTN: KJETIL HORNELAND<br>C SUNDTS GATE 37<br>BERGEN 5004 NORWAY | KJETIL@EASELIVE.TV | Email |
| COUNSEL TO BALLPARK VILLAGE HOLDINGS BLOCK 350, LLC | ECKERT SEAMANS CHERIN & MELLOTT, LLC | ATTN: CHRISTOPHER L. PERKINS<br>919 E. MAIN STREET, SUITE 1300<br>RICHMOND VA 23219 | CPERKINS@ECKERTSEAMANS.COM | Email |

In re: Diamond Sports Group, LLC, et al.<br>Case No. 23-90116 (CML)

Page 1 of 7

Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CREATIVE ARTISTS AGENCY LLC | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | ATTN: MICHAEL I. GOTTFRIED, ROYE ZUR 10345 W. OLYMPIC BLVD. LOS ANGELES CA 90064 | MGOTTFRIED@ELKINSKALT.COM RZUR@ELKINSKALT.COM | Email |
| TOP 30 UNSECURED CREDITORS | EVERGENT TECHNOLOGIES, INC. | ATTN: RICHARD JOHNSON 1250 BORREGAS AVE SUNNYVALE CA 94089 | INFO@EVERGENT.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | GENIUS TECH INTERNATIONAL PTY LTD | ATTN: NATHAN ROTHSCHILD LG 432 ST KILDA ROAD MELBOURNE VIC 3004 AUSTRALIA | NATHAN@GTGNETWORK.COM | Email |
| TOP 30 UNSECURED CREDITORS | GETTY IMAGES US, INC. | ATTN: KJELTI KELLOUGH 605 5TH AVENUE S #400 SEATTLE WA 98104 | KJELTI.KELLOUGH@GETTYIMAGES.COM | Email |
| TOP 30 UNSECURED CREDITORS | GETTY IMAGES US, INC. | ATTN: KJELTI KELLOUGH PO BOX 953604 ST. LOUIS MO 63195 | KJELTI.KELLOUGH@GETTYIMAGES.COM | Email |
| COUNSEL TO THE AD HOC 2L GROUP, AD HOC SECURED GROUP | GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JASON ZACHARY GOLDSTEIN, MATTHEW J. WILLIAMS, C. LEE WILSON 200 PARK AVENUE NEW YORK NY 10166 | SGREENBERG@GIBSONDUNN.COM JGOLDSTEIN@GIBSONDUNN.COM MJWILLIAMS@GIBSONDUNN.COM CLWILSON@GIBSONDUNN.COM | Email |
| TOP 30 UNSECURED CREDITORS | HARTE-HANKS RESPONSE MANAGEMENT AUSTIN INC | ATTN: GREGORIO ALFONSO 1 EXECUTIVE DRIVE, SUITE 303 CHELMSFORD MA 01824 | GREGORIO.ALFONSO@HARTEHANKS.COM | Email |
| TOP 30 UNSECURED CREDITORS | HARTE-HANKS RESPONSE MANAGEMENT AUSTIN INC | ATTN: GREGORIO ALFONSO PO BOX 679164 DALLAS TX 75267 | GREGORIO.ALFONSO@HARTEHANKS.COM | Email |
| COUNSEL TO THE NATIONAL HOCKEY LEAGUE ("NHL") | HAYNES AND BOONE, LLP | ATTN: KELLI S. NORFLEET, DAVID TRAUSCH 1221 MCKINNEY STREET, SUITE 4000 HOUSTON TX 77010 | KELLI.NORFLEET@HAYNESBOONE.COM DAVID.TRAUSCH@HAYNESBOONE.COM | Email |
| TOP 30 UNSECURED CREDITORS | HOCKEY WESTERN NEW YORK LLC | ATTN: CATIE BASINSKI ONE SEYMOUR H KNOX III PLAZA BUFFALO NY 14203 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | HOME TEAM SPORTS (HTS), A DIVISION OF NATIONAL ADVERTISING PARTNERS, BY ITS GENERAL PARTNER, PLAYFLY NAP GP 1, LLC | ATTN: MICHAEL SCHREIBER, CEO 1175 PEACHTREE STREET NE 100 COLONY SQ STE 408 ATLANTA GA 30361 | PETER.MOSIENKO@FOXSPORTS.NET | Email |
| COUNSEL TO THE AD HOC 1L GROUP | HUNTON ANDREWS KURTH LLP | ATTN: ASHLEY HARPER, TAD DAVIDSON 200 PARK AVENUE NEW YORK NY 10166 | ASHLEYHARPER@ANDREWSKURTH.COM TADDAVIDSON@ANDREWSKURTH.COM | Email |
| COUNSEL TO THE AD HOC FIRST LIEN GROUP | HUNTON ANDREWS KURTH LLP | ATTN: TIMOTHY A. ("TAD") DAVIDSON II, ASHLEY L. HARPER, BRANDON BELL 600 TRAVIS STREET, SUITE 4200 HOUSTON TX 77002 | TADDAVIDSON@HUNTONAK.COM ASHLEYHARPER@HUNTONAK.COM BBELL@HUNTONAK.COM | Email |
| TOP 30 UNSECURED CREDITORS | IATSE NATIONAL BENEFIT FUND | ATTN: LANA NIKITENKO 417 FIFTH AVE 3RD FLOOR NEW YORK NY 10016 | LNIKITENKO@IATSENBF.ORG | Email |
| TOP 30 UNSECURED CREDITORS | IMAGN CONTENT SERVICES LLC | ATTN: BURCE ODLE 7950 JONES BRANCH DRIVE MCLEAN VA 22107 | SALES@IMAGN.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | INTELSAT S.A. | ATTN: MICHELLE BRYAN 7900 TYSONS PLACE FLOOR 14 MCLEAN VA 22102 | MICHELLE.BRYAN@INTELSAT.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST. PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO THE NATIONAL BASKETBALL ASSOCIATION AND ITS AFFILIATES (INCLUDING MEMBER TEAMS PARTY TO TELECAST AGREEMENTS WITH THE DEBTORS) (COLLECTIVELY, THE "NBA") | JACKSON WALKER LLP | ATTN: BRUCE J. RUZINSKY, MATTHEW D. CAVENAUGH, JOEL R. GLOVER 1401 MCKINNEY STREET, SUITE 1900 HOUSTON TX 77010 | BRUZINSKY@JW.COM MCAVENAUGH@JW.COM JGLOVER@JW.COM | Email |
| THE ADMINISTRATIVE AGENTS UNDER THE DEBTORS' REVOLVING CREDIT FACILITY AGENT UNDER THE SECOND LIEN CREDIT AGREEMENT | JPMORGAN CHASE BANK, N.A. | ATTN: MARY CREWS 500 STANTON CHRISTIANA ROAD NCC 5, 1ST FLOOR NEWARK DE 19713-2107 | MARY.CREWS@JPMORGAN.COM | Email |
| COUNSEL TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION ("U.S. BANK") WITH RESPECT TO 6.625% SENIOR NOTES DUE 2027 | KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, KRISTIN S. ELLIOTT, BENJAMIN D. FEDER 3 WORLD TRADE CENTER 175 GREENWICH STREET NEW YORK NY 10007 | JCARR@KELLEYDRYE.COM KELLIOTT@KELLEYDRYE.COM BFEDER@KELLEYDRYE.COM | Email |

Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CHARTER COMMUNICATIONS, INC. | KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS INTERNATIONAL LLP<br>1301 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON DC 20004 | JUDSON.BROWN@KIRKLAND.COM | Email |
| COUNSEL TO SINCLAIR BROADCAST GROUP, INC. ("SINCLAIR") AND CHARTER COMMUNICATIONS, INC | KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS INTERNATIONAL LLP<br>ATTN: DAVID R. SELIGMAN, JAIMIE FEDELL, SPENCER A. WINTERS & JEFF MICHALIK<br>300 NORTH LASALLE<br>CHICAGO IL 60654 | DAVID.SELIGMAN@KIRKLAND.COM<br>JAIMIE.FEDELL@KIRKLAND.COM<br>SPENCER.WINTERS@KIRKLAND.COM<br>JEFF.MICHALIK@KIRKLAND.COM | Email |
| COUNSEL TO CHARTER COMMUNICATIONS, INC. | KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS INTERNATIONAL LLP<br>ATTN: NICOLE L. GREENBLATT<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | NGREENBLATT@KIRKLAND.COM | Email |
| COUNSEL TO THE AD HOC 1L GROUP | KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: DANIEL M. EGGERMANN, ALEXANDER WOOLVERTON, JENNIFER R. SHARRET, NANCY M. BELLO<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | DEGGERMANN@KRAMERLEVIN.COM<br>AWOOLVERTON@KRAMERLEVIN.COM<br>JSHARRET@KRAMERLEVIN.COM<br>NBELLO@KRAMERLEVIN.COM | Email |
| COUNSEL TO DALLAS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO MONTGOMERY COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | Email |
| TOP 30 UNSECURED CREDITORS | MERCURY SPORTS LLC | ATTN: MICHAEL LIGON<br>214 OVERLOOK CIRCLE<br>SUITE 220<br>BRENTWOOD TN 37027 | MLIGON@MERCURYINTERMEDIA.COM | Email |
| TOP 30 UNSECURED CREDITORS | MINOR VICES INC | ATTN: GINA TERADA<br>61 GREENPOINT AVE<br>#635<br>BROOKLYN NY 11222 | GINA@MINORVICES.COM | Email |
| TOP 30 UNSECURED CREDITORS | MSGN HOLDINGS LP | ATTN: JAMES DOLAN<br>4 PENN PLAZA<br>NEW YORK NY 10121 | MSGSCORPCOMMS@MSG.COM | Email |
| COUNSEL FOR THE AD HOC SECURED GROUP | MUNSCH HARDT KOPF & HARR, P.C. | ATTN: JOHN D. CORNWELL, BRENDA L. FUNK<br>700 MILAM STREET, SUITE 800<br>HOUSTON TX 77002 | JCORNWELL@MUNSCH.COM<br>BFUNK@MUNSCH.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ALICIA BARCOMB & HA MINH NGUYEN<br>515 RUSK STREET, SUITE 3516<br>HOUSTON TX 77002 | ALICIA.BARCOMB@USDOJ.GOV<br>HA.NGUYEN@USDOJ.GOV | First Class Mail and Email |
| COUNSEL FOR THE AD HOC CROSSHOLDER GROUP ("AHG") | PAUL HASTINGS LLP | ATTN: JAMES T. GROGAN III, SCHLEA M. THOMAS<br>600 TRAVIS STREET, 58TH FLOOR<br>HOUSTON TX 77002 | JAMESGROGAN@PAULHASTINGS.COM<br>SCHLEATHOMAS@PAULHASTINGS.COM | Email |
| COUNSEL FOR THE AD HOC CROSSHOLDER GROUP ("AHG") | PAUL HASTINGS LLP | ATTN: JAYME T. GOLDSTEIN, SAYAN BHATTACHARYYA, MATTHEW GAROFALO, CAROLINE DIAZ<br>200 PARK AVENUE<br>NEW YORK NY 10166 | JAYMEGOLDSTEIN@PAULHASTINGS.COM<br>SAYANBHATTACHARYYA@PAULHASTINGS.COM<br>MATTGAROFALO@PAULHASTINGS.COM<br>CAROLINEDIAZ@PAULHASTINGS.COM | Email |
| PROPOSED CO-COUNSEL TO THE DEBTOR | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: BRIAN S. HERMANN, ANDREW M. PARLEN, JOSEPH M. GRAHAM & ALICE NOFZINGER<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | BHERMANN@PAULWEISS.COM<br>APARLEN@PAULWEISS.COM<br>JGRAHAM@PAULWEISS.COM<br>ANOFZINGER@PAULWEISS.COM | Email |
| PROPOSED LOCAL COUNSEL TO THE DEBTOR | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON, MEGAN YOUNG-JOHN & BRYAN L. ROCHELLE<br>1000 MAIN ST., 36TH FLOOR<br>HOUSTON TX 77002 | JHIGGINS@PORTERHEDGES.COM<br>SJOHNSON@PORTERHEDGES.COM<br>MYOUNG-JOHN@PORTERHEDGES.COM<br>BROCHELLE@PORTERHEDGES.COM | Email |
| COUNSEL TO THE NATIONAL BASKETBALL ASSOCIATION AND ITS AFFILIATES (INCLUDING MEMBER TEAMS PARTY TO TELECAST AGREEMENTS WITH THE DEBTORS) (COLLECTIVELY, THE "NBA") | PROSKAUER ROSE LLP | ATTN: STEVE Y. MA<br>2029 CENTURY PARK EAST, SUITE 2400<br>LOS ANGELES CA 90067 | SMA@PROSKAUER.COM | Email |
| COUNSEL TO THE NATIONAL BASKETBALL ASSOCIATION AND ITS AFFILIATES (INCLUDING MEMBER TEAMS PARTY TO TELECAST AGREEMENTS WITH THE DEBTORS) (COLLECTIVELY, THE "NBA") | PROSKAUER ROSE LLP | ATTN: VINCENT INDELICATO, MICHAEL T. MERVIS<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036-8299 | VINDELICATO@PROSKAUER.COM<br>MMERVIS@PROSKAUER.COM | Email |
| TOP 30 UNSECURED CREDITORS | RAYCOM SPORTS NETWORK, INC. | ATTN: LAURA RHYNE<br>160 MINE LAKE CT STE 200<br>RALEIGH NC 27615-6417 | LAURA.RHYNE@RAYCOMSPORTS.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |

Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR BURNETT PLAZA 801 CHERRY ST., STE. 1900 UNIT 18 FORT WORTH TX 76102 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT BROOKFIELD PLACE 200 VESEY STREET STE 400 NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | Email |
| COUNSEL TO NORTHSIDE ENTERTAINMENT HOLDINGS, LLC ("NORTHSIDE ENTERTAINMENT") | SIDLEY AUSTIN LLP | ATTN: DUSTON K. MCFAUL 1000 LOUISIANA ST., SUITE 5900 HOUSTON TX 77002 | DMCFAUL@SIDLEY.COM | Email |
| COUNSEL TO NORTHSIDE ENTERTAINMENT HOLDINGS, LLC ("NORTHSIDE ENTERTAINMENT") | SIDLEY AUSTIN LLP | ATTN: MATTHEW A. CLEMENTE, JACKSON T. GARVEY, RYAN L. FINK 1 S DEARBORN ST CHICAGO IL 60603 | MCLEMENTE@SIDLEY.COM JGARVEY@SIDLEY.COM RYAN.FINK@SIDLEY.COM | Email |
| COUNSEL FOR THE ADMINISTRATIVE AGENTS UNDER THE DEBTORS' REVOLVING CREDIT FACILITY AGENT UNDER THE SECOND LIEN CREDIT AGREEMENT | SIMPSON THACHER & BARTLETT LLP | ATTN: JOHN C. ERICSON 425 LEXINGTON AVENUE NEW YORK NY 10017 | JERICSON@STBLAW.COM | Email |
| SINCLAIR BROADCAST GROUP, INC. & SINCLAIR TELEVISION GROUP, INC. | SINCLAIR BROADCAST GROUP, INC. | ATTN: CHRISTOPHER RIPLEY & DAVID GIBBER 10706 BEAVER DAM ROAD HUNT VALLEY MD 21030 | CSRIPLEY@SBGTV.COM DBGIBBER@SBGTV.COM | Email |
| TOP 30 UNSECURED CREDITORS | SIRIUS COMPUTER SOLUTIONS, INC. | ATTN: JOE MERTENS 10100 REUNION PLACE, SUITE 500 SAN ANTONIO TX 78216 | INFO@SIRIUSCOM.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | SIRIUS COMPUTER SOLUTIONS, INC. | ATTN: JOE MERTENS PO BOX 202289 DALLAS TX 75230 | INFO@SIRIUSCOM.COM | First Class Mail and Email |
| COUNSEL TO THE NATIONAL HOCKEY LEAGUE ("NHL") | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES | ATTN: SHANA A. ELBERG, MATTHEW M. MARTINO ONE MANHATTAN WEST NEW YORK NY 10001-8602 | SHANA.ELBERG@SKADDEN.COM MATTHEW.MARTINO@SKADDEN.COM | Email |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 300152 MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 2005 N CENTRAL AVE PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | First Class Mail and Email |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 323 CENTER ST. SUITE 200 LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 944255 SACRAMENTO CA 94244-2550 | BANKRUPTCY@COAG.GOV | First Class Mail and Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT RALPH L. CARR COLORADO JUDICIAL CENTER 1300 BROADWAY, 10TH FLOOR DENVER CO 80203 | | First Class Mail |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | First Class Mail and Email |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 40 CAPITAL SQUARE, SW ATLANTA GA 30334-1300 | | First Class Mail |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 425 QUEEN ST. HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | First Class Mail and Email |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 100 WEST RANDOLPH STREET CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | First Class Mail and Email |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT INDIANA GOVERNMENT CENTER SOUTH 302 W. WASHINGTON ST., 5TH FLOOR INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV | First Class Mail and Email |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 1305 E. WALNUT STREET DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | First Class Mail and Email |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 120 SW 10TH AVE., 2ND FLOOR TOPEKA KS 66612-1597 | | First Class Mail |

Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT KY 40601 | | First Class Mail |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | CONSUMERINFO@AG.STATE.LA.US | First Class Mail and Email |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | First Class Mail and Email |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | First Class Mail and Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First Class Mail |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | First Class Mail and Email |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | First Class Mail and Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | First Class Mail and Email |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL<br>ALBANY NY 12224-0341 | | First Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | NDAG@ND.GOV | First Class Mail and Email |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | First Class Mail and Email |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT; STEPHEN R. BUTLER<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | STEVE.BUTLER@AG.TN.GOV | First Class Mail and Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | UAG@UTAH.GOV | First Class Mail and Email |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |

In re: Diamond Sports Group, LLC, et al.<br>Case No. 23-90116 (CML)

Page 5 of 7

Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | First Class Mail and Email |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First Class Mail |
| COUNSEL TO OFFICE OF THE COMMISSIONER OF BASEBALL (THE "LEAGUE"), AZPB LIMITED PARTNERSHIP, ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC, THE CINCINNATI REDS LLC, CLEVELAND GUARDIANS BASEBALL COMPANY, LLC, DETROIT TIGERS, INC., KANSAS CITY ROYALS BASEBALL CLUB, LLC, ANGELS BASEBALL LP, MARLINS TEAMCO LLC, MILWAUKEE BREWERS BASEBALL CLUB, LIMITED PARTNERSHIP, MINNESOTA TWINS, LLC, PADRES L.P., ST. LOUIS CARDINALS, LLC, RAYS BASEBALL CLUB, LLC. AND RANGERS BASEBALL LLC (COLLECTIVELY, THE "CLUBS") | SULLIVAN & CROMWELL LLP | ATTN: JAMES L. BROMLEY, ALEXA J. KRANZLEY<br>125 BROAD STREET<br>NEW YORK NY 10004 | BROMLEYJ@SULLCROM.COM<br>KRANZLEYA@SULLCROM.COM | Email |
| TOP 30 UNSECURED CREDITORS | TECVERIS LLC | ATTN: MILLIEI PANICCIA<br>3125 WHEATFIELD ROAD<br>FINKSBURG MD 21048 | MILLIE.PANICCIA@TECVERIS.COM | Email |
| TOP 30 UNSECURED CREDITORS | THINK SYSTEMS, INC. | ATTN: TONY GRUEBL<br>8 MARKET PLACE<br>BALTIMORE MD 21202 | TGRUEBL@THINKSI.COM | Email |
| TOP 30 UNSECURED CREDITORS | THINK SYSTEMS, INC. | ATTN: TONY GRUEBL<br>PO BOX 338<br>KINGSVILLE MD 21087 | TGRUEBL@THINKSI.COM | Email |
| U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY<br>ONE SHORELINE PLAZA SOUTH TOWER<br>800 N SHORELINE BLVD, SUITE 500<br>CORPUS CHRISTI TX 78401 | USATXS.ATTY@USDOJ.GOV | Email |
| THE PREDECESSOR INDENTURE TRUSTEE AND NOTES COLLATERAL AGENT UNDER SECOND LIEN INDENTURE; TRUSTEE AND NOTES COLLATERAL AGENT UNDER THIRD LIEN INDENTURE; TRUSTEE UNDER UNSECURED NOTES INDENTURE, TOP 30 UNSECURED CREDITOR | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR 6.625% SENIOR UNSECURED NOTES DUE 2027 | ATTN: MELODY SCOTT<br>CORPORATE TRUST SERVICES, 18TH FLOOR<br>1021 EAST CARY STREET, SUITE 1850<br>RICHMOND VA 23219 | MELODY.SCOTT@USBANK.COM | Email |
| THE INDENTURE TRUSTEE AND NOTES COLLATERAL AGENT UNDER SECOND LIEN INDENTURE; TRUSTEE AND NOTES COLLATERAL AGENT UNDER THIRD LIEN INDENTURE; TRUSTEE UNDER UNSECURED NOTES INDENTURE | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ATTN: MELODY SCOTT<br>GLOBAL CORPORATE TRUST SERVICES<br>THREE JAMES CENTER, 1051 EAST CARY STREET, SUITE 600<br>RICHMOND VA 23219 | MELODY.SCOTT@USBANK.COM | Email |
| COUNSEL TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION ("U.S. BANK") WITH RESPECT TO 6.625% SENIOR NOTES DUE 2027 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION ("US BANK") | ATTN: BARRY IHRKE, VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>60 LIVINGSTON AVENUE<br>EP-MN-WS1D<br>ST. PAUL MN 55107 | BARRY.IHRKE@USBANK.COM | Email |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB ("WSFS") | VINSON & ELKINS LLP | ATTN: PAUL E. HEATH, MICHAEL A. GARZA & ELIAS M. MEDINA<br>845 TEXAS AVENUE<br>SUITE 4700<br>HOUSTON TX 77002 | PHEATH@VELAW.COM<br>MGARZA@VELAW.COM<br>EMEDINA@VELAW.COM | Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB ("WSFS") | VINSON & ELKINS LLP | ATTN: STEVEN M. ABRAMOWITZ & STEVEN ZUNDELL<br>1114 AVENUE OF THE AMERICAS<br>32ND FLOOR<br>NEW YORK NY 10036 | SABRAMOWITZ@VELAW.COM<br>SZUNDELL@VELAW.COM | Email |
| TOP 30 UNSECURED CREDITORS | VITAC | ATTN: JANET ANAYA<br>8300 EAST MAPPLEWOOD AVENUE SUITE 300<br>GREENWOOD VILLAGE CO 80111 | | First Class Mail |
| TOP 30 UNSECURED CREDITORS | VITAC | ATTN: JANET ANAYA<br>DEPT CH 18079<br>PALATINE IL 60055 | | First Class Mail |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | OAG@DC.GOV | Email |
| COUNSEL TO DIRECTTV, LLC AND CERTAIN AFFILIATES (COLLECTIVELY "DIRECT TV") | WEIL, GOTSHAL & MANGES LLP | ATTN: GABRIEL A. MORGAN<br>700 LOUISIANNA STREET, SUITE 1700<br>HOUSTON TX 77002 | GABRIEL.MORGAN@WEIL.COM | Email |
| COUNSEL TO DIRECTTV, LLC AND CERTAIN AFFILIATES (COLLECTIVELY "DIRECT TV") | WEIL, GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, RONIT BERKOVICH, RACHAEL L. FOUST<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | RAY.SCHROCK@WEIL.COM<br>RONIT.BERKOVICH@WEIL.COM<br>RACHAEL.FOUST@WEIL.COM | Email |
| TOP 30 UNSECURED CREDITORS | WEST AGILE LABS INC | ATTN: PRAMOD DABIR<br>74 TEHAMA STREET<br>SAN FRANCISCO CA 94104 | PDABIR@WESTAGILELABS.COM | Email |
| COUNSEL TO RANGERS BASEBALL EXPRESS LLC | WHITE & CASE LLP | ATTN: CHARLES KOSTER<br>609 MAIN STREET, SUITE 2900<br>HOUSTON TX 77002 | CHARLES.KOSTER@WHITECASE.COM | Email |

Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO RANGERS BASEBALL EXPRESS LLC | WHITE & CASE LLP | ATTN: GENN M. KURTZ AND HARRISON DENMAN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | GKURTZ@WHITECASE.COM<br>HARRISON.DENMAN@WHITECASE.COM | Email |
| COUNSEL TO RANGERS BASEBALL EXPRESS LLC | WHITE & CASE LLP | ATTN: THOMAS E. LAURIA, LAURA FEMINO, AND SAMUEL KAVA<br>200 SOUTH BISCAYNE BLVD., SUITE 4900<br>MIAMI FL 33131 | TLAURIA@WHITECASE.COM<br>LAURA.FEMINO@WHITECASE.COM<br>SAM.KAVA@WHITECASE.COM | Email |
| PROPOSED CO-COUNSEL TO THE DEBTOR | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN, BENJAMIN W. LOVELAND & LAUREN R. LIFLAND<br>250 GREENWICH STREET<br>NEW YORK NY 10007 | ANDREW.GOLDMAN@WILMERHALE.COM<br>BENJAMIN.LOVELAND@WILMERHALE.COM<br>LAUREN.LIFLAND@WILMERHALE.COM | Email |
| THE ADMINISTRATIVE AND COLLATERAL AGENT UNDER FIRST LIEN CREDIT AGREEMENT; TERM FACILITY AGENT AND COLLATERAL AGENT UNDER SECOND LIEN CREDIT AGREEMENT; ADMINISTRATIVE AND COLLATERAL AGENT UNDER THIRD LIEN CREDIT AGREEMENT | WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: GLOBAL CAPITAL MARKETS<br>C/O PATRICK HEALY, RAYE GOLDSBOROUGH, JOHN MCNICHOL<br>500 DELAWARE AVENUE<br>WILMINGTON DE 19801 | PHEALY@WSFSBANK.COM<br>RGOLDSBOROUGH@WSFSBANK.COM<br>JMCNICHOL@WSFSBANK.COM | Email |
| THE COLLATERAL AGENT, PAYING AGENT AND ACCOUNT BANK UNDER THE AR LOAN AGREEMENT | WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: BEVERLY D. CAPERS<br>1100 NORTH MARKET STREET<br>WILMINGTON DE 19890 | BCAPERS@WILMINGTONTRUST.COM<br>LLEWISS@WILMINGTONTRUST.COM<br>EHUGHES@WILMINGTONTRUST.COM | Email |
| TOP 30 UNSECURED CREDITORS | WORLDLINK VENTURES, INC. | ATTN: TONI KNIGHT<br>6100 WILSHIRE BLVD<br>SUITE 1400<br>LOS ANGELES CA 90048 | INFO@WORLDLINKMEDIA.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITORS | XLT MANAGEMENT SERVICES INC | ATTN: THOMAS ZELLER<br>2050 S FINLEY ROAD<br>SUITE 80<br>LOMBARD IL 60148 | TZELLER@XLTMS.COM | Email |
| COUNSEL TO SINCLAIR BROADCAST GROUP, INC. ("SINCLAIR") | ZACK A. CLEMENT PLLC | ATTN: ZACK A. CLEMENT<br>3753 DRUMMOND STREET<br>HOUSTON TX 77025 | ZACK.CLEMENT@ICLOUD.COM | Email |