IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) | Case No. 23-90116 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED VERIFIED STATEMENT OF THE AD HOC CROSSHOLDER GROUP
PURSUANT TO BANKRUPTCY RULE 2019**

In connection with the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors in possession (the "Debtors"), Paul Hastings LLP ("Paul Hastings" or "Counsel") hereby submits this amended verified statement (the "Amended Verified Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with Paul Hastings' representation of an ad hoc group (the "Ad Hoc Crossholder Group") of holders, or investment advisors, sub-advisors, or managers of discretionary accounts that hold: (i) loans (the "First Lien Term Loans") outstanding under that certain First Lien Credit Agreement dated as of March 1, 2022 among Diamond Sports Intermediate Holdings LLC ("Holdings"), Diamond Sports Group, LLC ("Borrower"), the lenders party thereto and Wilmington Savings Fund Society, FSB ("WSFS"), as administrative agent and collateral agent (as amended, supplemented, amended and restated or otherwise modified from time to time); (ii) loans (the "Second Lien Term Loans") outstanding under that certain Second Lien Credit Agreement dated as of March 1, 2022 among Holdings, Borrower, the lenders party thereto, WSFS, as term facility agent and collateral agent

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

and JPMorgan Chase Bank, N.A., as revolving credit facility agent (as amended, supplemented, amended and restated or otherwise modified from time to time); (iii) 5.375% Senior Secured Second Lien Notes due 2026 (the "Second Lien Notes") issued pursuant to that certain Indenture dated as of March 1, 2022, among Borrower and Diamond Sports Finance Company (collectively, "Issuers") and U.S. Bank Trust Company, National Association ("U.S. Bank"), as trustee and notes collateral agent (as amended, supplemented, amended and restated or otherwise modified from time to time); and/or (iv) 6.625% Senior Notes due 2027 (the "Unsecured Notes") issued pursuant to that certain Indenture dated as of August 2, 2019, among the Issuers and U.S. Bank, as trustee (as amended, supplemented, amended and restated or otherwise modified from time to time).

1.  On or around October 4, 2022, the Ad Hoc Crossholder Group retained Paul Hastings as counsel in connection with a potential restructuring of the Debtors. Each member of the Ad Hoc Crossholder Group has consented to Counsel's representation.

2.  On March 20, 2023, Paul Hastings filed the *Verified Statement of the Ad Hoc Crossholder Group Pursuant to Bankruptcy Rule 2019* [Docket No. 207]. Subsequently, the members of the Ad Hoc Crossholder Group and the disclosable economic interests such members hold in relation to the Debtors have changed. Accordingly, pursuant to Bankruptcy Rule 2019, Paul Hastings submits this Amended Verified Statement.

3.  The members of the Ad Hoc Crossholder Group are either the beneficial holders of, or the investment advisors or managers to, funds and/or accounts that hold disclosable economic interests in relation to the Debtors. In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names, addresses, and nature and amount of each disclosable economic interest in the Debtors held by each member of the Ad Hoc Crossholder Group as of April 13, 2023 (as certified to Counsel by each member of the Ad Hoc Crossholder Group). The

information contained in **Exhibit A** is based upon information provided by each member of the Ad Hoc Crossholder Group to Counsel and is subject to change.

4. As of the date of this Amended Verified Statement, Counsel represents only the members of the Ad Hoc Crossholder Group and does not represent or purport to represent any persons or entities other than the Ad Hoc Crossholder Group in connection with the Chapter 11 Cases. In addition, as of the date of this Amended Verified Statement, the Ad Hoc Crossholder Group does not, either collectively or through its individual members, represent or purport to represent any other persons or entities in connection with the Chapter 11 Cases.

5. The information contained in this Amended Verified Statement and **Exhibit A** attached hereto is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose. Nothing contained in this Amended Verified Statement (or Exhibit A hereto) is intended to or should be construed as (i) a waiver or release of any claims against the Debtors or any other entity held by any member of the Ad Hoc Crossholder Group, (ii) an admission with respect to any fact or legal theory or (iii) a limitation or waiver of any rights of any member of the Ad Hoc Crossholder Group, including, without limitation, the right to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these Chapter 11 Cases.

6. The information contained in **Exhibit A** is based upon information provided by the applicable members of the Ad Hoc Crossholder Group. Counsel does not make any representation regarding the validity, amount, allowance, or priority of such claims, and reserves all rights with respect thereto. Counsel does not own, nor have they ever owned, any claims against or interests in the Debtors, except for claims for services rendered to the Ad Hoc Crossholder Group. Paul

Hastings reserves the right to amend and/or supplement this Amended Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated: April 13, 2023
      Houston, Texas

Respectfully submitted,

*/s/ James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
Schlea M. Thomas (TX Bar No. 24131710)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com
      schleathomas@paulhastings.com

-and-

Jayme T. Goldstein (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Matthew Garofalo (admitted *pro hac vice*)
Caroline Diaz (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com
      sayanbhattacharyya@paulhastings.com
      mattgarofalo@paulhastings.com
      carolinediaz@paulhastings.com

*Counsel to the Ad Hoc Crossholder Group*

**Certificate of Service**

    I certify that on April 13, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                               */s/ James T. Grogan III*
                                               James T. Grogan III

**Exhibit A**[2]

| Entity | Address | Nature and Principal Amount of Debt Holdings |
|---|---|---|
| DISCOVERY GLOBAL OPPORTUNITY MASTER FUND, LTD. | 20 Marshall Street<br>South Norwalk, CT 06854 | Second Lien Notes: $105,500,000.00<br>Unsecured Notes: $131,000,000.00 |
| Funds managed by Hein Park Capital Management LP | c/o Hein Park Capital Management<br>888 7th Ave, 41st Floor<br>New York, NY 10019 | Second Lien Term Loans: $54,746,827.75<br>Second Lien Notes: $136,399,000.00<br>Unsecured Notes: $164,235,000.00 |
| Hudson Bay Master Fund Ltd. | Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830 | Second Lien Term Loans: $218,895,125.00<br>Second Lien Notes: $60,459,000.00<br>Unsecured Notes: $102,211,000.00 |
| PGIM, Inc., on behalf of various funds and/or accounts, as investment advisor, subadvisor, and/or collateral manager | PGIM, Inc.<br>P.O. Box 32339<br>Newark, NJ 07102 | First Lien Term Loans: $96,248,011.58<br>Second Lien Term Loans: $520,927,513.64<br>Second Lien Notes: $646,126,000.00<br>Unsecured Notes: $567,064,000.00 |

---

[2] Amounts listed on this **Exhibit A** represent the aggregate principal amount of the relevant obligations held by, or held by funds or accounts managed or advised by, the listed entities or their respective affiliates solely to the extent such entities are members of the Ad Hoc Crossholder Group. Amounts listed on this **Exhibit A** do not include any claims for, without limitation, accrued and unpaid interest (including interest accruing after the commencement of the Chapter 11 Cases), fees, expenses, premiums, make-wholes, indemnification or other amounts that may be owing under any indenture, credit agreement or other instrument.