IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | Case No. 23-90116 (CML) |
| Debtors. | (Jointly Administered) |

**EXHIBIT AND WITNESS LIST
OF MAJOR LEAGUE BASEBALL AND CERTAIN MAJOR LEAGUE
BASEBALL CLUBS FOR HEARING SET FOR APRIL 19, 2023 AT 1:00 P.M. CST**

AZPB Limited Partnership, Atlanta National League Baseball Club, LLC, Cleveland Guardians Baseball Company, LLC, Detroit Tigers, Inc., Milwaukee Brewers Baseball Club, Limited Partnership, Minnesota Twins, LLC, Rays Baseball Club, LLC and Rangers Baseball LLC (each, with certain of its affiliates, a "Club" and collectively, the "Clubs") and the Office of the Commissioner of Baseball d/b/a Major League Baseball ("MLB") hereby file this Witness and Exhibit List (the "W&E List") regarding exhibit(s) that may be used or introduced and/or witnesses that may be called by MLB and the Clubs at the hearing scheduled for **Wednesday, April 19, 2023 at 1:00 p.m., prevailing Central Time**, before the Honorable Chris Lopez.

**WITNESS LIST**

1. Zul Jamal, Managing Director, Moelis & Company LLC

2. David F. DeVoe, Jr., Chief Operating Officer, Diamond Sports Group, LLC

3. Any witness listed, offered, or called by any other party.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

1

4. Any witness required for rebuttal or impeachment.

MLB and the Clubs reserve the right to supplement the above witness list. Further, MLB and the Clubs reserve the right to call rebuttal witnesses as necessary.

## EXHIBIT LIST

| NO | DESCRIPTION | Offered | Objection | Admitted/Not Admitted |
|---|---|---|---|---|
| 1 | Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors' Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 25] | | | |
| 2 | Interim Order (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief [Dkt. No. 145] | | | |
| 3 | Declaration of Zul Jamal in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors' Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 108] | | | |
| 4 | Declaration of David F. Devoe, Jr. in Support of Chapter 11 Petitions and First Day Motions [Dkt. No. 26] | | | |

| | | | | |
|---|---|---|---|---|
| 5 | Limited Objection of Major League Baseball and Certain Major League Baseball Clubs to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors' Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 313] | | | |
| 6 | Any exhibits listed, designated, or offered by any other party. | | | |
| 7 | Any exhibits necessary for rebuttal. | | | |
| 8 | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases and related adversary proceedings. | | | |

MLB and the Clubs reserve the right to use as their own exhibit, any exhibit identified or offered by any other party. Designation of any exhibit above does not waive any objections MLB and the Clubs may have to any exhibit listed on any other party's exhibit list.

Dated: April 17, 2023
      Houston, Texas

**BRACEWELL LLP**

/s/ William A. (Trey) Wood III
William A. (Trey) Wood III
711 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1166
Facsimile: (713) 221-1212
E-mail: trey.wood@bracewell.com

Mark Dendinger (admitted *pro hac vice*)
CityPlace I, 34th Floor, 185 Asylum Street
Hartford, Connecticut  06103
Telephone: (860) 256-8541
Facsimile: (800) 404-3970
E-mail:  mark.dendinger@bracewell.com

-and-

**SULLIVAN & CROMWELL LLP**
James L. Bromley (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: bromleyj@sullcrom.com
          kranzleya@sullcrom.com

Counsel for:
AZPB Limited Partnership
Atlanta National League Baseball Club, LLC
Cleveland Guardians Baseball Company, LLC
Detroit Tigers, Inc.
Milwaukee Brewers Baseball Club, Limited Partnership
Minnesota Twins, LLC
Rays Baseball Club, LLC
Rangers Baseball LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 17, 2023, a true and correct copy of this document was served by electronic means as listed on the Court's ECF noticing system.

                                            */s/ William A. (Trey) Wood III*
                                            William A. (Trey) Wood III