IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | § | |
| | § | Case No. 23-90116 (CML) |
| Debtors. | § | |
| | § | (Jointly Administered) |

NOTICE OF APPEARANCE UNDER
FED. R. BANK. P. 9010(b), REQUEST FOR ALL COPIES
PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR
ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a)

**PLEASE TAKE NOTICE THAT** John P. Melko of Foley & Lardner LLP files this Notice of Appearance on behalf of Suns Legacy Partners, L.L.C. (the "Suns") pursuant to 11 U.S.C. § 1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure and without waiver of its right to contest the *in personam* jurisdiction of this Court over the Suns, respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

John P. Melko
E-mail:  jmelko@foley.com
Foley & Lardner LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

1

informal, whether transmitted or conveyed by mail, telephone or otherwise.

This Notice of Appearance and Request for Notice shall not be deemed or construed to be a waiver of the rights of the Suns (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to demand formal service of process on the Suns in accordance the Federal Rules of Bankruptcy Procedure and/or Federal Rules of Civil Procedure, or (v) to assert any other rights, claims, actions, setoffs, or recoupments to which the Suns is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  May 3, 2023

Respectfully submitted,

**FOLEY & LARDNER LLP**

/s/ John P. Melko
John P. Melko
Texas Bar No. 24025245
Email: jmelko@foley.com
1000 Louisiana, Suite 2000
Houston, Texas 77002-5011
713-276-5500 (Telephone)
713-276-5555 (Facsimile)

**ATTORNEYS FOR SUNS LEGACY PARTNERS, L.L.C.**

4893-0085-3601.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served on this, the 3rd day of May, 2023 on all parties entitled to receive service through the Court's ECF system.

/s/ *John P. Melko*
John P. Melko

4893-0085-3601.1