| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90116 |
|---|---|---|---|
| Debtor | | In Re: | Diamond Sports Group, LLC et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John L. Hardiman<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Licensed: NY 2203339 |
|---|---|

| Name of party applicant seeks to appear for: | The parties listed on Schedule 1 attached hereto |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 5/9/2023 | Signed: | /s/ John L. Hardiman |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____        _____
                                    United States Bankruptcy Judge