## SCHEDULE 1 TO MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Office of the Commissioner of Baseball
AZPB Limited Partnership
Atlanta National League Baseball Club, Inc.
The Cincinnati Reds LLC
Cleveland Indians Baseball Company Limited Partnership
Detroit Tigers, Inc.
Kansas City Royals Media Holdings, LLC
Angels Baseball LP
Marlins Teamco LLC
Milwaukee Brewers Baseball Club, L.P.
Minnesota Twins, LLC
Padres, L.P.
St. Louis Cardinals, LLC
Tampa Bay Rays Baseball, Ltd.
Rangers Baseball LLC