United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.* | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 462** |

## ORDER GRANTING ENFORCEMENT OF THE AUTOMATIC STAY AND COMPELLING PERFORMANCE OF OBLIGATIONS UNDER THE AGREEMENT

For the reasons stated on the record at the May 10, 2023 hearing, which are incorporated herein, the Court FINDS AND ORDERS THAT:

1. The Suns[1] violated the automatic stay under Section 362(a)(3) of the Bankruptcy Code.

2. The Suns shall continue to perform and comply with their obligations under the Agreement in all respects.

3. All terms of the Replacement Offer and/or the Replacement Agreement that impede on any rights Diamond Arizona has under the Agreement in any way are void. This Order does not affect the rights under Agreement between Gray, Kiswe, and the Suns about the Phoenix Mercury.

4. The Court reserves the right to hold a hearing about awarding costs and attorneys' fees under Section 105(a) of the Bankruptcy Code at a later date. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: May 10, 2023

Christopher Lopez
United States Bankruptcy Judge

---

[1] Capitalized terms used and not defined have the meanings ascribed to them in the Motion at Docket No. 462.