Electronic Appearance Sheet

Phillip Miller, Pro Se, None, Pro Se
Client(s): media

Cian Waterhouse, Pro Se, None, Pro Se
Client(s): Interested party

Scott Greenberg, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Secured Group

Jason Goldstein, Gibson, Dunn & Crutcher LLP
Client(s): Ad Hoc Secured Group

Jimmy Parrish, Baker & Hostetler LLP
Client(s): Atlanta National League Baseball Club, LLC

Sayan Bhattacharyya, Paul Hastings LLP
Client(s): Ad Hoc Crossholder Group

James Grogan, Paul Hastings LLP
Client(s): Ad Hoc Crossholder Group

Ira Dizengoff, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Scott Alberino, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Abid Qureshi, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Naomi Moss, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Lacy Lawrence, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Scott Greenberg, Gibson Dunn & Crutcher LLP
Client(s): Ad Hoc Secured Group

Jason Goldstein, Gibson Dunn & Crutcher LLP
Client(s): Ad Hoc Secured Group

Matthew Williams, Gibson Dunn & Crutcher LLP
Client(s): Ad Hoc Secured Group

Electronic Appearance Sheet

C. Lee Wilson, Gibson Dunn & Crutcher LLP
Client(s): Ad Hoc Secured Group

John Cornwell, Munsch Hardt Kopf & Harr, P.C.
Client(s): Ad Hoc Secured Group

Brenda Funk, Munsch Hardt Kopf & Harr, P.C.
Client(s): Ad Hoc Secured Group

Kortney Otten, Gallagher & Kennedy, P.A.
Client(s): AZPB Limited Partnership dba Arizona Diamondbacks

Daniel Eggermann, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Alexander Woolverton, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Jennifer Sharret, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Ashland Bernard, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Nancy Bello, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Tad Davidson, Hunton Andrews Kurth LLP
Client(s): Ad Hoc First Lien Group

Brandon Bell, Hunton Andrews Kurth LLP
Client(s): Ad Hoc First Lien Group

micheal bishop, Gray Reed
Client(s): AZPB Limited Partnership dba Arizona Diamondbacks

Dale Schian, Gallagher & Kennedy
Client(s): AZPB Limited Partnership dba the Arizona Diamondbacks

Zack Clement , Zack A. Clement PLLC
Client(s): Sinclair Broadcast

John Higgins, Porter Hedges LLP
Client(s): Debtors and Debtors in Possession

Vincent Indelicato, Proskauer
Client(s): NBA and certain of its member teams

Electronic Appearance Sheet

Susan Mathews, Baker Donelson
Client(s): Nashville Hockey Club Limited Partnership

Bruce Ruzinsky, Jackson Walker LLP:
Client(s): NBA and certain of its member teams

Kyle Geiger, Gallagher & Kennedy
Client(s): Arizona Diamondbacks

James Bromley, Sullivan & Cromwell LLP
Client(s): Office of the Commissioner of MLB and Certain of its Clubs

Alexa Kranzley, Sullivan & Cromwell LLP
Client(s): Office of the Commissioner of MLB and Certain of its Clubs

Mark Dendinger, Bracewell LLP
Client(s): Office of the Commissioner of MLB and Certain of its Clubs