Electronic Appearance Sheet

Laura  Femino, White & Case
Client(s): Rangers Baseball Express

Samuel Kava, White & Case
Client(s): Rangers Baseball Express

Frederick Schmidt, Cozen O'Connor
Client(s): Kiswe Mobile Inc.

Tad Davidson, Hunton Andrews Kurth LLP
Client(s): Ad Hoc First Lien Group

Daniel Eggermann, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Alexander Woolverton, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Jennifer Sharret, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Ashland Bernard, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Nancy Bello, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Jimmy Parrish, Baker & Hostetler LLP
Client(s): Atlanta National League Baseball Club LLC

Scott Drake, O'melveny & Myers
Client(s): Suns Legacy Partners

Kyle Geiger, Gallagher & Kennedy
Client(s): Arizona Diamondbacks

Ira Dizengoff, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Scott Alberino, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Commitee of Unsecured Creditors

Abid Qureshi, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Lacy Lawrence, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Electronic Appearance Sheet

Scott Greenberg, Gibson Dunn & Crutcher LLP
Client(s): Ad Hoc Secured Group

Jason Goldstein, Gibson Dunn & Crutcher LLP
Client(s): Ad Hoc Secured Group

Matthew Williams, Gibson Dunn & Crutcher LLP
Client(s): Ad Hoc Secured Group

C. Lee Wilson, Gibson Dunn & Crutcher LLP
Client(s): Ad Hoc Secured Group

John Cornwell, Munsch Hardt Kopf & Harr, P.C.
Client(s): Ad Hoc Secured Group

Brenda Funk, Munsch Hardt Kopf & Harr, P.C.
Client(s): Ad Hoc Secured Group

Heather Hatfield, Porter Hedges LLP
Client(s): Debtors

Cian Waterhouse, Pro Se, None, Pro Se
Client(s): Interested party

John Higgins, Porter Hedges LLP
Client(s): Debtors

Megan Young-John, Porter Hedges LLP
Client(s): Debtors

Kelli Norfleet, Haynes and Boone, LLP
Client(s): National Hockey League

Trey  Wood , Bracewell
Client(s): Commissioner MLB and Minnesota Twins

Micheal Bishop, Gray reed
Client(s): AZPB lp DBA Arizona Diamondbacks

David Trausch, Haynes and Boone, LLP
Client(s): National Hockey League

Zack Clement , Zack A. Clement PLLC
Client(s): Sinclair Broadcast Group

Shana Elberg, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): National Hockey League

Electronic Appearance Sheet

Dale  Schian, Gallagher & Kennedy
Client(s): AZPB lp dba Arizona diamondbacks.

Kyle Geiger, Gallagher & Kennedy
Client(s): AZPB lp dba Arizona Diamondbacks.

Andrew  Goldman, Wilmer Cutler Pickering Hale and Dorr LLP
Client(s): Debtors

Naomi Moss, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Howard Shapiro, Wilmer Cutler Pickering Hale and Dorr
Client(s): Debtors

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Peter Neiman, Wilmer Cutler Pickering Hale and Dorr
Client(s): Debtor

Ross Firsenbaum, Wilmer Cutler Pickering Hale and Dorr
Client(s): Debtors

Charles Bridges, Wilmer Cutler Pickering Hale and Dorr
Client(s): Debtors

James Grogan, Paul Hastings LLP
Client(s): Ad Hoc Crossholder Group

Kristin  Elliott , Kelley Drye & Warren LLP
Client(s): U.S. Bank, Indenture Trustee

James Bromley, Sullivan & Cromwell LLP
Client(s): Office of the Commissioner of MLB and Certain of its Clubs

Alexa Kranzley, Sullivan & Cromwell LLP
Client(s): Office of the Commissioner of MLB and Certain of its Clubs

William Wagener, Sullivan & Cromwell LLP
Client(s): Office of the Commissioner of MLB and Certain of its Clubs

Benjamin Walker, Sullivan & Cromwell LLP
Client(s): Office of the Commissioner of MLB and Certain of its Clubs

Casey McGushin, Kirkland & Ellis
Client(s): Sinclair Broadcast Group

Electronic Appearance Sheet

David Rosenthal, Sullivan & Cromwell LLP
Client(s): Office of the Commissioner of MLB and Certain of its Clubs

Bruce  Ruzinsky, Jackson Walker
Client(s): National Basketball Association

Jessi Merlo, Pro Se, None, Pro Se
Client(s): Interested Party

Philip Oliss, Jones Day
Client(s): Cleveland Guardians Baseball Company, LLC

Vincent  Indelicato , Proskauer Rose
Client(s): National Basketball Association

Oliver Zeltner, Jones Day
Client(s): Cleveland Guardians Baseball Company, LLC

Michael  Mervis, Proskauer Rose
Client(s): National Basketball Association

Brett Bell, Jones Day
Client(s): Cleveland Guardians Baseball Company, LLC

Susan Mathews, Baker Donelson
Client(s): Nashville Hockey Club, L.P.

Alexander Prunka, Jones Day
Client(s): Cleveland Guardians Baseball Company, LLC

Benjamin Loveland, Wilmer Cutler Pickering Hale and Dorr
Client(s): Debtors

Kortney Otten, Gallagher & Kennedy, P.A.
Client(s): AZPB Limited Partnership dba Arizona Diamondbacks

William A. (Trey) Wood III, Bracewell LLP
Client(s): Office of the Commissioner of MLB and Certain of its Clubs

Mark Dendinger, Bracewell LLP
Client(s): Office of the Commissioner of MLB and Certain of its Clubs

Sayan Bhattacharyya, Paul Hastings LLP
Client(s): Ad Hoc Crossholder Committee

Jonathan Lozano, Bracewell LLP
Client(s): Office of the Commissioner of MLB and Certain of its Clubs

Electronic Appearance Sheet

Louis R. Strubeck, Jr., O'Melveny & Myers LLP
Client(s): Suns Legacy Partners, L.L.C.

Charles  Koster, White & Case LLP
Client(s): Rangers Baseball Express, LLC

Camille M. Shepherd, White & Case LLP
Client(s): Rangers Baseball Express, LLC

Elizabeth C. Stainton, White & Case LLP
Client(s): Rangers Baseball Express, LLC

Glenn Kurtz, White & Case LLP
Client(s): Rangers Baseball Express, LLC