United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 02, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*, | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 280, 303, 370** |

## ORDER GRANTING MOTIONS RE: TELECAST RIGHTS AGREEMENTS

The Court conducted a two-day hearing on May 31, 2023 and June 1, 2023 to consider the motions filed at Docket Nos. 280, 303, and 370. For the reasons stated on the record on June 1, the Court FINDS AND ORDERS THAT:

1. Cleveland Guardians Baseball Company, LLC, Minnesota Twins, LLC, AZPB Limited Partnership, and Rangers Baseball Express LLC (the "**Clubs**") are granted administrative expensive claims for all outstanding postpetition amounts the Debtors are obligated to pay under the applicable Telecast Rights Agreement. The Debtors shall pay such amounts within five business days of the entry of this Order.

2. Unless otherwise ordered by the Court, the Debtors shall pay the Clubs any future amounts due under the Telecast Rights Agreements in accordance with the terms of such Agreements.

3. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Signed: June 02, 2023

_____
Christopher Lopez
United States Bankruptcy Judge