IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

## DECLARATION OF DISINTERESTEDNESS

I, Seth E. Pierce, declare under penalty of perjury:

1. My professional corporation, Seth E. Pierce, PC, is a partner in the law firm of Mitchell Silberberg & Knupp LLP, located at 2049 Century Park East, Suite 1800, Los Angeles, California 90272 (the "Company").

2. Diamond Sports Group, LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Company provide employment law advice services to the Debtors and the Company has consented to provide such services.

3. The Company may have performed services in the past, may currently perform services, and may perform services in the future for persons that are parties in interest in the Debtors' chapter 11 cases in matters unrelated to these chapter 11 cases. The Company does not perform services for any such persons in connection with these chapter 11 cases or have any relationship with any such persons, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matter on which the Company is proposed to be employed.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

15524097.1

4. As part of its customary practice, the Company is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these chapter 11 cases.

5. Neither I nor any principal, partner, director, officer of, or professional employed by, the Company has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Company.

6. Insofar as I have been able to ascertain, neither I nor any principal, partner, director, or officer of, or professional employed by, the Company holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Company is to be employed.

7. The Debtors owe the Company nothing for prepetition services.

8. I understand that the amount owed by any of the Debtors to the Company for prepetition services will be treated as a general unsecured claim, and as such, the Company may file a proof of claim.

9. I further understand that this declaration will not suffice as the Company's proof of claim.

10. As of the Petition Date, the Company was not party to an agreement for indemnification with certain of the Debtors.

11. The Company is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Company should discover any facts bearing on the matters described herein, the Company will supplement the information contained in this declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: June 28, 2023

_____
Seth E. Pierce