IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) | Case No. 23-90116 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 921** |

**NOTICE OF FILING REDLINE OF PROPOSED MODIFIED ORDER (I) AUTHORIZING THE REJECTION OF THE DIAMONDBACKS AGREEMENT AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that attached hereto as **Exhibit A** is a redline of the proposed *Modified Order Authorizing The Rejection Of The Diamondbacks Agreement and (II) Granting Related Relief* against the original proposed order filed at Docket No. 921-1. Subject to resolution of the matters raised in the MLB Statement [Docket No. 954], the Debtors and AZPB Limited Partnership d/b/a Arizona Diamondbacks have agreed on this form of proposed order.

[*Remainder of page intentionally left blank*]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

July 17, 2023                                    Respectfully submitted,

                                          By:   */s/ John F. Higgins*
                                                    **PORTER HEDGES LLP**
                                                    John F. Higgins (TX Bar No. 09597500)
                                                    M. Shane Johnson (TX Bar No. 24083263)
                                                    Megan Young-John (TX Bar No. 24088700)
                                                    Bryan L. Rochelle (TX Bar No. 24107979)
                                                    1000 Main St., 36th Floor
                                                    Houston, Texas 77002
                                                    Telephone: (713) 226-6000
                                                    Facsimile:  (713) 226-6248
                                                    jhiggins@porterhedges.com
                                                    sjohnson@porterhedges.com
                                                    myoung-john@porterhedges.com
                                                    brochelle@porterhedges.com

                                                    - and -

                                                    **WILMER CUTLER PICKERING**
                                                       **HALE AND DORR LLP**
                                                    Andrew Goldman (admitted *pro hac vice*)
                                                    Ross E. Firsenbaum (admitted *pro hac vice*)
                                                    Benjamin Loveland (admitted *pro hac vice*)
                                                    250 Greenwich Street
                                                    New York, New York 10007
                                                    Telephone: (212) 230-8800
                                                    Facsimile: (212) 230-8888
                                                    andrew.goldman@wilmerhale.com
                                                    benjamin.loveland@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I certify that on July 17, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *John F. Higgins*
John F. Higgins