Electronic Appearance Sheet

Jennifer Sharret, Kramer Levin
Client(s): Ad Hoc First Lien Group

Jimmy Parrish, Baker & Hostetler LLP
Client(s): Atlanta National League Baseball Club, LLC

Zack Clement , Zack A. Clement, PLLC
Client(s): Sinclair Broadcast Group

Scott  Greenberg, Gibson Dunn & Crutcher
Client(s): Ad Hoc Secured Group

Jason Zachary  Goldstein, Gibson Dunn & Crutcher
Client(s): Ad Hoc Secured Group

C. Lee Wilson, Gibson Dunn & Crutcher
Client(s): Ad Hoc Secured Group

Matthew Williams, Gibson Dunn & Crutcher
Client(s): Ad Hoc Secured Group

John Cornwell, Munsch Hardt Kopf & Harr PC
Client(s): Ad Hoc Secured Group

Brenda Funk, Munsch Hardt Kopf & Harr PC
Client(s): Ad Hoc Secured Group

Ira Dizengoff, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Scott Alberino, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Abid Qureshi, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Naomi Moss, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Lacy Lawrence, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Ronit Berkovich, Weil, Gotshal & Manges LLP
Client(s): DIRECTV, LLC

Electronic Appearance Sheet

Daniel Eggermann, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Alexander Woolverton, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Jennifer Sharret, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Ashland Bernard, KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client(s): Ad Hoc First Lien Group

Brandon Bell, Hunton Andrews Kurth LLP
Client(s): Ad Hoc First Lien Group

Naomi Moss, Akin Gump Strauss Hauer & Feld
Client(s): Official Committee of Unsecured Creditors

micheal bishop, Gray Reed
Client(s): AZPB limited partnership dba Arizona Diamondbacks

Ashland Bernard, Kramer Levin
Client(s): Ad Hoc First Lien Group

Dale Schian, Gallagher & Kennedy
Client(s): AZBP Limited Partnership, dba Arizona Diamondbacks

James Grogan, Paul Hastings LLP
Client(s): Ad Hoc Crossholder Group

Shana Elberg, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): National Hockey League

Kelli S. Norfleet, Haynes and Boone, LLP
Client(s): National Hockey League

Kortney Otten, Gallagher & Kennedy, P.A.
Client(s): AZPB Limited Partnership dba Arizona Diamondbacks

Elizabeth Stainton, White & Case LLP
Client(s): Rangers Baseball Express LLC

John Higgins, Porter Hedges LLP
Client(s): Debtors and Debtors in Possession

Vincent Indelicato, Proskauer
Client(s): NBA

Electronic Appearance Sheet

Michael Mervis, Proskauer
Client(s): NBA

Steve Ma, Proskauer
Client(s): NBA

James Bromley, Sullivan & Cromwell LLP
Client(s): Office of Commissioner of MLB and certain of its Clubs

Bruce Ruzinsky, Jackson Walker LLP
Client(s): NBA

Alexa Kranzley, Sullivan & Cromwell LLP
Client(s): Office of Commissioner of MLB and certain of its Clubs