United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 09, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | No. 23-90116 (CML) |
|---|---|---|---|
| Debtor | | In Re: | Diamond Sports Group, LLC, et al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Robert J. LaCroix<br>Reid Collins & Tsai LLP<br>1301 S. Capital of Texas Hwy, Ste. C300<br>Austin, TX 78746<br>(512) 647-6118<br>New York State, No. 5925898 |
|---|---|

| Name of party applicant seeks to appear for: | Official Committee of Unsecured Creditors |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/7/2023 | Signed: | /s/Robert J. LaCroix |
|---|---|---|

| The state bar reports that the applicant's status is: Currently registered | |
|---|---|
| Dated: 08/09/2023 | Clerk's signature: /s/ Z. Compean |

**Order**       This lawyer is admitted *pro hac vice*.

Signed: August 09, 2023

_____
Christopher Lopez
United States Bankruptcy Judge