United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 09, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | No. 23-90116 (CML) |
|---|---|---|---|
| | Debtor | In Re: | Diamond Sports Group, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Angela J. Somers<br>Reid Collins & Tsai LLP<br>420 Lexington Ave, Ste. 2731<br>New York, NY 10170<br>(212)-344-5208<br>New York State, No. 2130839 |
|---|---|

| Name of party applicant seeks to appear for: | Official Committee of Unsecured Creditors |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   8/7/2023 | Signed:   /s/Angela J. Somers |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:  08/09/2023   Clerk's signature: /s/ Z. Compean |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Signed: August 09, 2023

_____
Christopher Lopez
United States Bankruptcy Judge