IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DEBTORS' AGENDA OF MATTERS SET FOR HYBRID HEARING ON AUGUST 11, 2023, AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE CHRISTOPHER M. LOPEZ:

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this agenda of matters set for **hybrid hearing** on **August 11, 2023, at 10:00 a.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002:

1. **Debtors' Initial Motion for Entry of an Order Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 953].**

    **Related Documents:**

    - **Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Initial Motion for Entry of an Order Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket. No. 1026].**

    - **Limited Objection of the Ad Hoc First Lien Group to the Debtors' Initial Motion for Entry of an Order Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 1027].**

    - **Limited Statement of DIRECTV, LLC and Certain Affiliates in Response to Debtors' Initial Motion for Entry of an Order Extending the Exclusive**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

**Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 1028].**

- **Notice of Hearing [Docket No. 1033].**

- **The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on August 11, 2023 [Docket No. 1042].**

- **Debtors' Exhibit and Witness List for Hearing on August 11, 2023 [Docket No. 1043].**

- **Debtors' Reply in Support of Debtors' Initial Motion For Entry of an Order Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 1049].**

**Status:** Going forward as a status conference. A revised proposed order extending the Debtors' exclusive periods for the filing of a chapter 11 plan and solicitation of acceptances thereof has been filed with the Certificate of No Objection at Docket No. 1050.

[*Remainder of page intentionally blank*]

August 10, 2023                                  Respectfully submitted,

                                            /s/ *John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
aparlen@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Counsel to the Debtors
and Debtors in Possession*

**<u>Certificate of Service</u>**

      I certify that on August 10, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  <u>*/s/ John F. Higgins*</u>
                                                  John F. Higgins