IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**WILMER CUTLER PICKERING HALE AND DORR LLP'S FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL CORPORATE AND LITIGATION COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MARCH 15, 2023 THROUGH JUNE 30, 2023**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS APPLICATION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN RESPONSE THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DATE THIS APPLICATION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

| Name of Applicant: | Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") |
|---|---|
| Applicant's Role in Case: | Special Corporate and Litigation Counsel to the Debtors |
| Docket No. of Employment Order(s): | May 3, 2023, effective as of March 14, 2023 [Dkt. No. 486] |
| Interim Application (x) <br> Final Application ( ) | First Interim |

| | Beginning Date | End Date |
|---|---|---|
| Time period covered by this Application for which interim compensation has not previously been awarded: | 03/15/23 | 06/30/23 |

| | |
|---|---|
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case?**  Y | |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed?**  Y | |
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases?**  Y | |
| **Do expense reimbursements represent actual and necessary expenses incurred?**  Y | |
| **Compensation Breakdown for Time Period Covered by this Application** | |
| Total professional fees requested in this Application: | $6,927,180.00 |
| Total professional hours covered by this Application: | 5,517.30 |
| Average hourly rate for professionals: | $1,255.54 |
| Total paraprofessional fees requested in this Application: | $299,656.50 |
| Total paraprofessional hours covered by this Application: | 496.20 |
| Average hourly rate for paraprofessionals: | $603.90 |
| **Total fees requested in this Application:** | **$7,226,836.50** |
| **Total expense reimbursements requested in this Application:** | **$176,331.62** |
| **Total fees and expenses requested in this Application:** | **$7,403,168.12** |
| **Total fees and expenses awarded in all prior Applications:** | **N/A** |
| **Plan Status:** The Debtors are in active negotiations with key stakeholders regarding their go-forward business plan and the development of a chapter 11 plan. | |
| **Primary Benefits:** WilmerHale rendered legal services to the Debtors with respect to the Special Counsel Matters (as defined in the Order approving WilmerHale's retention by the Debtors [D.I. 486]), including but not limited to advising the Debtors with respect to (a) certain historic operational matters and business relationships, including negotiations with certain vendors and distributors (including negotiations with | |

> DIRECTV), (b) the Debtors' sports league arrangements, including term sheet negotiations with MLB and the NBA, negotiations with the NHL, filing a motion to reject the Arizona Diamondbacks' telecast rights agreement and resolving issues relating to the transition of Diamondbacks' broadcast rights and the disposition of property located at the Diamondbacks' facilities, addressing issues relating to the Debtors' ceasing the broadcast of San Diego Padres games, (c) certain current and potential litigation matters, including MLB's objection to the Debtors' cash collateral motion and a contested evidentiary hearing regarding the Debtors' telecast rights agreements with certain MLB teams, and (d) preparing applicable applications, motions, proposed orders and other pleadings, and attending/participating in relevant depositions and hearings, in connection with the foregoing.

Dated: August 15, 2023

Respectfully submitted,

By: */s/ John F. Higgins*

**Porter Hedges LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Andrew Goldman (admitted *pro hac vice*)
Benjamin Loveland (admitted *pro hac vice*)
Lauren R. Lifland (admitted *pro hac vice*)
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
andrew.goldman@wilmerhale.com
benjamin.loveland@wilmerhale.com
lauren.lifland@wilmerhale.com