# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) | Case No. 23-90116 (CML) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## <u>AFFIDAVIT OF SERVICE</u>

I, Christian Carbajal, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On August 9, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Master Service List attached hereto as <u>**Exhibit A**</u>:

- The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on August 11, 2023 [Docket No. 1042]

Dated: August 10, 2023

/s/ Christian Carbajal
Christian Carbajal

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 10, 2023, by Christian Carbajal, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE UNSECURED CREDITOR COMMITTEE | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA S. DIZENGOFF, ABID QURESHI, NAOMI MOSS<br>ONE BRYANT PARK<br>NEW YORK NY 10036-6745 | IDIZENGOFF@AKINGUMP.COM<br>AQURESHI@AKINGUMP.COM<br>NMOSS@AKINGUMP.COM | Email |
| COUNSEL TO THE UNSECURED CREDITOR COMMITTEE | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: MARTY L. BRIMMAGE, JR.<br>2300 N. FIELD STREET, SUITE 1800<br>DALLAS TX 75201 | MBRIMMAGE@AKINGUMP.COM | Email |
| COUNSEL TO THE UNSECURED CREDITOR COMMITTEE | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: SCOTT L. ALBERINO<br>2001 K STREET N.W.<br>WASHINGTON DC 20006 | SALBERINO@AKINGUMP.COM | Email |
| COUNSEL TO RAYS BASEBALL, LLC ("RAYS BASEBALL"), AND COUNSEL TO ANGELS BASEBALL LP ("ANGELS BASEBALL"), SO CAL MEDIA LLC ("SO CAL MEDIA") AND SO CAL MEDIA HOLDINGS LLC ("SO CAL HOLDINGS") | ARENTFOX SCHIFF LLP | ATTN: ANDREW I. SILFEN, PATRICK FEENEY<br>1301 AVENUE OF THE AMERICAS<br>42ND FLOOR<br>NEW YORK NY 10019 | ANDREW.SILFEN@AFSLAW.COM<br>PATRICK.FEENEY@AFSLAW.COM | Email |
| COUNSEL TO VITAC CORPORATION | ASK LLP | ATTN: BRIGETTE G. MCGRATH, ESQ., KARA E. CASTEEL, ESQ.<br>2600 EAGAN WOODS DRIVE<br>SUITE 400<br>ST. PAUL MN 55121 | BMCGRATH@ASKLLP.COM<br>KCASTEEL@ASKLLP.COM | Email |
| COUNSEL TO VITAC CORPORATION | ASK LLP | ATTN: MARIANNA UDEM, ESQ.<br>60 EAST 42ND STREET<br>46TH FLOOR<br>NEW YORK NY 10065 | MUDEM@ASKLLP.COM | Email |
| COUNSEL TO ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC | BAKER HOSTETLER LLP | ATTN: JIMMY D. PARRISH<br>200 SOUTH ORANGE AVENUE, SUITE 2300<br>ORLANDO FL 32801 | JPARRISH@BAKERLAW.COM<br>CMARTIN@BAKERLAW.COM<br>ORLBANKRUPTCY@BAKERLAW.COM | Email |
| COUNSEL TO NASHVILLE HOCKEY CLUB LIMITED PARTNERSHIP | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: JOHN H. ROWLAND<br>1600 WEST END AVENUE, SUITE 2000<br>NASHVILLE TN 37203 | JROWLAND@BAKERDONELSON.COM | Email |
| COUNSEL TO NASHVILLE HOCKEY CLUB LIMITED PARTNERSHIP | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: SUSAN C. MATHEWS<br>1301 MCKINNEY STREET, SUITE 3700<br>HOUSTON TX 77010 | SMATHEWS@BAKERDONELSON.COM | Email |
| COUNSEL TO THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIVISION (THE "TEXAS COMPTROLLER") | BANKRUPTCY & COLLECTIONS DIVISION | ATTN: KIMBERLY A. WALSH<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 | KIMBERLY.WALSH@OAG.TEXAS.GOV | Email |
| COUNSEL TO THE MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT | ATTN: DON COSPER<br>P.O. BOX 475<br>JEFFERSON CITY MO 65105-0475 | BANKRUPTCY@DOR.MO.GOV | Email |
| COUNSEL TO OFFICE OF THE COMMISSIONER OF BASEBALL (THE "LEAGUE"), AZPB LIMITED PARTNERSHIP, ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC, THE CINCINNATI REDS LLC, CLEVELAND GUARDIANS BASEBALL COMPANY, LLC, DETROIT TIGERS, INC., KANSAS CITY ROYALS BASEBALL CLUB, LLC, ANGELS BASEBALL LP, MARLINS TEAMCO LLC, MILWAUKEE BREWERS BASEBALL CLUB, LIMITED PARTNERSHIP, MINNESOTA TWINS, LLC, PADRES L.P., ST. LOUIS CARDINALS, LLC, RAYS BASEBALL CLUB, LLC. AND RANGERS BASEBALL LLC (COLLECTIVELY, THE "CLUBS") | BRACEWELL LLP | ATTN: MARK DENDINGER<br>CITYPLACE I, 34TH FLOOR<br>185 ASYLUM STREET<br>HARTFORD CT 06103 | MARK.DENDINGER@BRACEWELL.COM | Email |
| COUNSEL TO OFFICE OF THE COMMISSIONER OF BASEBALL (THE "LEAGUE"), AZPB LIMITED PARTNERSHIP, ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC, THE CINCINNATI REDS LLC, CLEVELAND GUARDIANS BASEBALL COMPANY, LLC, DETROIT TIGERS, INC., KANSAS CITY ROYALS BASEBALL CLUB, LLC, ANGELS BASEBALL LP, MARLINS TEAMCO LLC, MILWAUKEE BREWERS BASEBALL CLUB, LIMITED PARTNERSHIP, MINNESOTA TWINS, LLC, PADRES L.P., ST. LOUIS CARDINALS, LLC, RAYS BASEBALL CLUB, LLC. AND RANGERS BASEBALL LLC (COLLECTIVELY, THE "CLUBS") | BRACEWELL LLP | ATTN: WILLIAM A. (TREY) WOOD<br>711 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX 77002 | TREY.WOOD@BRACEWELL.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO KISWE MOBILE INC. ("KISWE") | COZEN O'CONNOR | ATTN: FREDERICK SCHMIDT<br>1221 MCKINNEY STREET<br>SUITE 2900<br>HOUSTON TX 77010 | ESCHMIDT@COZEN.COM | Email |
| COUNSEL TO KISWE MOBILE INC. ("KISWE") | COZEN O'CONNOR | ATTN: MARK E. FELGER<br>1201 NORTH MARKET STREET<br>SUITE 1001<br>WILMINGTON DE 19801 | MFELGER@COZEN.COM | Email |
| COUNSEL TO KISWE MOBILE INC. ("KISWE") | COZEN O'CONNOR | ATTN: PETER ROBERTS<br>123 NORTH WACKER DRIVE<br>SUITE 1800<br>CHICAGO IL 60606 | PROBERTS@COZEN.COM | Email |
| THE PREDECESSOR ADMINISTRATIVE AGENT UNDER THE AR LOAN AGREEMENT | CREDIT SUISSE GROUP AG | ATTN: KEN AIANI<br>CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH SECURITIZED PRODUCTS FINANCE<br>ELEVEN MADISON AVENUE, 4TH FLOOR<br>NEW YORK NY 10010 | KENNETH.AIANI@CREDIT-SUISSE.COM<br>ALEKSANDR.EPSHTEYN@CREDIT-SUISSE.COM<br>ENRIQUE.FLORESRUIZ@CREDIT-SUISSE.COM<br>LIST.AFCONDUITREPORTS@CREDIT-SUISSE.COM<br>ABCP.MONITORING@CREDIT-SUISSE.COM | Email |
| DEBTOR | DIAMOND SPORTS GROUP, LLC | ATTN: DAVID DEVOE, SPIRIDON CHRISTOFORATOS, VERONICA PRADO<br>3003 EXPOSITION BLVD.<br>SANTA MONICA CA 90404 | DAVID.DEVOE@BALLYSPORTS.COM<br>SPIRIDON.CHRISTOFORATOS@BALLYSPORTS.COM<br>VEPRADO@SBGTV.COM | Email |
| COUNSEL TO BALLPARK VILLAGE HOLDINGS BLOCK 350, LLC | ECKERT SEAMANS CHERIN & MELLOTT, LLC | ATTN: CHRISTOPHER L. PERKINS<br>919 E. MAIN STREET, SUITE 1300<br>RICHMOND VA 23219 | CPERKINS@ECKERTSEAMANS.COM | Email |
| COUNSEL TO CREATIVE ARTISTS AGENCY LLC | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | ATTN: MICHAEL I. GOTTFRIED, ROYE ZUR<br>10345 W. OLYMPIC BLVD.<br>LOS ANGELES CA 90064 | MGOTTFRIED@ELKINSKALT.COM<br>RZUR@ELKINSKALT.COM | Email |
| COUNSEL TO AZPB LIMITED PARTNERSHIP, A DELAWARE LIMITED PARTNERSHIP, DBA ARIZONA DIAMONDBACKS | GALLAGHER & KENNEDY, P.A. | ATTN: DALE C. SCHIAN, KORTNEY K. OTTEN<br>2575 EAST CAMELBACK ROAD<br>PHOENIX AZ 85016 | DALE.SCHIAN@GKNET.COM<br>KORTNEY.OTTEN@GKNET.COM<br>BKDOCKET@GKNET.COM | Email |
| COUNSEL TO THE AD HOC 2L GROUP, AD HOC SECURED GROUP | GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JASON ZACHARY GOLDSTEIN, MATTHEW J. WILLIAMS, C. LEE WILSON<br>200 PARK AVENUE<br>NEW YORK NY 10166 | SGREENBERG@GIBSONDUNN.COM<br>JGOLDSTEIN@GIBSONDUNN.COM<br>MJWILLIAMS@GIBSONDUNN.COM<br>CLWILSON@GIBSONDUNN.COM | Email |
| COUNSEL TO AZPB LIMITED PARTNERSHIP, A DELAWARE LIMITED PARTNERSHIP, DBA ARIZONA DIAMONDBACKS | GRAY REED | ATTN: MICHEAL W. BISHOP, AMBER M. CARSON<br>1601 ELM STREET, SUITE 4600<br>DALLAS TX 75201 | MBISHOP@GRAYREED.COM<br>ACARSON@GRAYREED.COM | Email |
| COUNSEL TO THE NATIONAL HOCKEY LEAGUE ("NHL") | HAYNES AND BOONE, LLP | ATTN: KELLI S. NORFLEET, DAVID TRAUSCH<br>1221 MCKINNEY STREET, SUITE 4000<br>HOUSTON TX 77010 | KELLI.NORFLEET@HAYNESBOONE.COM<br>DAVID.TRAUSCH@HAYNESBOONE.COM | Email |
| COUNSEL TO THE AD HOC 1L GROUP | HUNTON ANDREWS KURTH LLP | ATTN: ASHLEY HARPER, TAD DAVIDSON<br>200 PARK AVENUE<br>NEW YORK NY 10166 | ASHLEYHARPER@ANDREWSKURTH.COM<br>TADDAVIDSON@ANDREWSKURTH.COM | Email |
| COUNSEL TO THE AD HOC FIRST LIEN GROUP | HUNTON ANDREWS KURTH LLP | ATTN: TIMOTHY A. ("TAD") DAVIDSON II, ASHLEY L. HARPER, BRANDON BELL<br>600 TRAVIS STREET, SUITE 4200<br>HOUSTON TX 77002 | TADDAVIDSON@HUNTONAK.COM<br>ASHLEYHARPER@HUNTONAK.COM<br>BBELL@HUNTONAK.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE NATIONAL BASKETBALL ASSOCIATION AND ITS AFFILIATES (INCLUDING MEMBER TEAMS PARTY TO TELECAST AGREEMENTS WITH THE DEBTORS) (COLLECTIVELY, THE "NBA") | JACKSON WALKER LLP | ATTN: BRUCE J. RUZINSKY, MATTHEW D. CAVENAUGH, JOEL R. GLOVER 1401 MCKINNEY STREET, SUITE 1900 HOUSTON TX 77010 | BRUZINSKY@JW.COM MCAVENAUGH@JW.COM JGLOVER@JW.COM | Email |
| COUNSEL TO CLEVELAND GUARDIANS BASEBALL COMPANY, LLC ("TEAMCO") AND TEAMCO AFFILIATES DOLAN BROADCAST PROPERTIES, LTD. ("DBP") AND CFD TRUST NO. 8 (COLLECTIVELY WITH TEAMCO AND DBP, THE "CLEVELAND GUARDIANS") | JONES DAY | ATTN: OLIVER S. ZELTNER NORTH POINT 901 LAKESIDE AVENUE CLEVELAND OH 44114 | OZELTNER@JONESDAY.COM | Email |
| COUNSEL TO GRAY TELEVISION, INC. | JONES DAY | ATTN: PAUL M. GREEN 717 TEXAS, SUITE 3300 HOUSTON TX 77002 | PMGREEN@JONESDAY.COM | Email |
| THE ADMINISTRATIVE AGENTS UNDER THE DEBTORS' REVOLVING CREDIT FACILITY AGENT UNDER THE SECOND LIEN CREDIT AGREEMENT | JPMORGAN CHASE BANK, N.A. | ATTN: MARY CREWS 500 STANTON CHRISTIANA ROAD NCC 5, 1ST FLOOR NEWARK DE 19713-2107 | MARY.CREWS@JPMORGAN.COM | Email |
| COUNSEL TO DELAWARE TRUST COMPANY ("DELAWARE TRUST") | K&L GATES LLP | ATTN: BRIAN A. KILMER 609 MAIN STREET, STE. 4150 HOUSTON TX 77002 | BRIAN.KILMER@KLGATES.COM | Email |
| COUNSEL TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION ("U.S. BANK") WITH RESPECT TO 6.625% SENIOR NOTES DUE 2027 | KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, KRISTIN S. ELLIOTT, BENJAMIN D. FEDER 3 WORLD TRADE CENTER 175 GREENWICH STREET NEW YORK NY 10007 | JCARR@KELLEYDRYE.COM KELLIOTT@KELLEYDRYE.COM BFEDER@KELLEYDRYE.COM | Email |
| COUNSEL TO CHARTER COMMUNICATIONS, INC. | KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS INTERNATIONAL LLP 1301 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20004 | JUDSON.BROWN@KIRKLAND.COM | Email |
| COUNSEL TO SINCLAIR BROADCAST GROUP, INC. ("SINCLAIR") AND CHARTER COMMUNICATIONS, INC | KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS INTERNATIONAL LLP ATTN: DAVID R. SELIGMAN, JAIMIE FEDELL, SPENCER A. WINTERS & JEFF MICHALIK 300 NORTH LASALLE CHICAGO IL 60654 | DAVID.SELIGMAN@KIRKLAND.COM JAIMIE.FEDELL@KIRKLAND.COM SPENCER.WINTERS@KIRKLAND.COM JEFF.MICHALIK@KIRKLAND.COM | Email |
| COUNSEL TO CHARTER COMMUNICATIONS, INC. | KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS INTERNATIONAL LLP ATTN: NICOLE L. GREENBLATT 601 LEXINGTON AVENUE NEW YORK NY 10022 | NGREENBLATT@KIRKLAND.COM | Email |
| COUNSEL TO THE AD HOC 1L GROUP | KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: DANIEL M. EGGERMANN, ALEXANDER WOOLVERTON, JENNIFER R. SHARRET, NANCY M. BELLO 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 | DEGGERMANN@KRAMERLEVIN.COM AWOOLVERTON@KRAMERLEVIN.COM JSHARRET@KRAMERLEVIN.COM NBELLO@KRAMERLEVIN.COM | Email |
| COUNSEL TO DALLAS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO MONTGOMERY COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | Email |
| COUNSEL FOR THE AD HOC SECURED GROUP | MUNSCH HARDT KOPF & HARR, P.C. | ATTN: JOHN D. CORNWELL, BRENDA L. FUNK 700 MILAM STREET, SUITE 800 HOUSTON TX 77002 | JCORNWELL@MUNSCH.COM BFUNK@MUNSCH.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST., NW 12TH FLOOR WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| COUNSEL TO SUNS LEGACY PARTNERS, L.L.C. (THE "SUNS") | O'MELVENY & MYERS, LLP | ATTN: LOUIS R. STRUBECK, JR., SCOTT P. DRAKE & LAURA L. SMITH 2501 NORTH HARWOOD STREET, SUITE 1700 DALLAS TX 75201-1663 | LSTRUBECK@OMM.COM SDRAKE@OMM.COM LSMITH@OMM.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ALICIA BARCOMB & HA MINH NGUYEN<br>515 RUSK STREET, SUITE 3516<br>HOUSTON TX 77002 | ALICIA.BARCOMB@USDOJ.GOV<br>HA.NGUYEN@USDOJ.GOV | First Class Mail and Email |
| COUNSEL FOR THE AD HOC CROSSHOLDER GROUP ("AHG") | PAUL HASTINGS LLP | ATTN: JAMES T. GROGAN III, SCHLEA M. THOMAS<br>600 TRAVIS STREET, 58TH FLOOR<br>HOUSTON TX 77002 | JAMESGROGAN@PAULHASTINGS.COM<br>SCHLEATHOMAS@PAULHASTINGS.COM | Email |
| COUNSEL FOR THE AD HOC CROSSHOLDER GROUP ("AHG") | PAUL HASTINGS LLP | ATTN: JAYME T. GOLDSTEIN, SAYAN BHATTACHARYYA, MATTHEW GAROFALO, CAROLINE DIAZ<br>200 PARK AVENUE<br>NEW YORK NY 10166 | JAYMEGOLDSTEIN@PAULHASTINGS.COM<br>SAYANBHATTACHARYYA@PAULHASTINGS.COM<br>MATTGAROFALO@PAULHASTINGS.COM<br>CAROLINEDIAZ@PAULHASTINGS.COM | Email |
| CO-COUNSEL TO THE DEBTOR | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: BRIAN S. HERMANN, ANDREW M. PARLEN, JOSEPH M. GRAHAM & ALICE NOFZINGER<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | BHERMANN@PAULWEISS.COM<br>APARLEN@PAULWEISS.COM<br>JGRAHAM@PAULWEISS.COM<br>ANOFZINGER@PAULWEISS.COM | Email |
| COUNSEL TO CARROLTON-FARMERS BRANCH ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LINDA D. REECE<br>1919 S. SHILOH RD., SUITE 640, LB 40<br>GARLAND TX 75042 | LREECE@PBFCM.COM | Email |
| COUNSEL TO THE WOODLANDS METRO CENTER MUD AND THE WOODLANDS ROAD UTILITY DISTRICT # 1 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | Email |
| LOCAL COUNSEL TO THE DEBTOR | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON, MEGAN YOUNG-JOHN & BRYAN L. ROCHELLE<br>1000 MAIN ST., 36TH FLOOR<br>HOUSTON TX 77002 | JHIGGINS@PORTERHEDGES.COM<br>SJOHNSON@PORTERHEDGES.COM<br>MYOUNG-JOHN@PORTERHEDGES.COM<br>BROCHELLE@PORTERHEDGES.COM | Email |
| COUNSEL TO THE NATIONAL BASKETBALL ASSOCIATION AND ITS AFFILIATES (INCLUDING MEMBER TEAMS PARTY TO TELECAST AGREEMENTS WITH THE DEBTORS) (COLLECTIVELY, THE "NBA") | PROSKAUER ROSE LLP | ATTN: STEVE Y. MA<br>2029 CENTURY PARK EAST, SUITE 2400<br>LOS ANGELES CA 90067 | SMA@PROSKAUER.COM | Email |
| COUNSEL TO THE NATIONAL BASKETBALL ASSOCIATION AND ITS AFFILIATES (INCLUDING MEMBER TEAMS PARTY TO TELECAST AGREEMENTS WITH THE DEBTORS) (COLLECTIVELY, THE "NBA") | PROSKAUER ROSE LLP | ATTN: VINCENT INDELICATO, MICHAEL T. MERVIS<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036-8299 | VINDELICATO@PROSKAUER.COM<br>MMERVIS@PROSKAUER.COM | Email |
| COUNSEL TO DELAWARE TRUST COMPANY ("DELAWARE TRUST") | PRYOR CASHMAN LLP | ATTN: SAMEER M. ALIFARAG, SETH H. LIEBERMAN, PATRICK SIBLEY, MATTHEW W. SILVERMAN<br>7 TIMES SQUARE, 40TH FL.<br>NEW YORK NY 10036 | SLIEBERMAN@PRYORCASHMAN.COM<br>PSIBLEY@PRYORCASHMAN.COM<br>MSILVERMAN@PRYORCASHMAN.COM<br>SALIFARAG@PRYORCASHMAN.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DIAMOND SPORTS GROUP, ET AL. ("OFFICIAL COMMITTEE OF UNSECURED CREDITORS") | REID COLLINS & TSAI LLP | ATTN: JEREMY H. WELLS<br>1301 S. CAPITAL OF TEXAS HWY<br>STE. C300<br>AUSTIN TX 78746 | JWELLS@REIDCOLLINS.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18<br>FORT WORTH TX 76102 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | Email |
| COUNSEL TO ADMINISTRATIVE AGENT UNDER THE FIRST LIEN CREDIT AGREEMENT | SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, GREGG S. BATEMAN & ANDREW J. MATOTT<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | ASHMEAD@SEWKIS.COM<br>BATEMAN@SEWKIS.COM<br>MATOTT@SEWKIS.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO PLAYFLY, LLC AND NATIONAL ADVERTISING PARTNERS D/B/A HOME TEAM SPORTS (COLLECTIVELY, "PLAYFLY") | SHEARMAN & STERLING LLP | ATTN: IAN E. ROBERTS, J. KYLE JAKSA 2601 OLIVE ST 17TH FLOOR DALLAS TX 75201 | IAN.ROBERTS@SHEARMAN.COM KYLE.JAKSA@SHEARMAN.COM | Email |
| COUNSEL TO PLAYFLY, LLC AND NATIONAL ADVERTISING PARTNERS D/B/A HOME TEAM SPORTS (COLLECTIVELY, "PLAYFLY") | SHEARMAN & STERLING LLP | ATTN: MARK SHAPIRO 599 LEXINGTON AVENUE NEW YORK NY 10022 | MARK.SHAPIRO@SHEARMAN.COM | Email |
| COUNSEL TO NORTHSIDE ENTERTAINMENT HOLDINGS, LLC ("NORTHSIDE ENTERTAINMENT") | SIDLEY AUSTIN LLP | ATTN: DUSTON K. MCFAUL 1000 LOUISIANA ST., SUITE 5900 HOUSTON TX 77002 | DMCFAUL@SIDLEY.COM | Email |
| COUNSEL TO NORTHSIDE ENTERTAINMENT HOLDINGS, LLC ("NORTHSIDE ENTERTAINMENT") | SIDLEY AUSTIN LLP | ATTN: MATTHEW A. CLEMENTE, JACKSON T. GARVEY, RYAN L. FINK 1 S DEARBORN ST CHICAGO IL 60603 | MCLEMENTE@SIDLEY.COM JGARVEY@SIDLEY.COM RYAN.FINK@SIDLEY.COM | Email |
| COUNSEL FOR THE ADMINISTRATIVE AGENTS UNDER THE DEBTORS' REVOLVING CREDIT FACILITY AGENT UNDER THE SECOND LIEN CREDIT AGREEMENT | SIMPSON THACHER & BARTLETT LLP | ATTN: JOHN C. ERICSON 425 LEXINGTON AVENUE NEW YORK NY 10017 | JERICSON@STBLAW.COM | Email |
| SINCLAIR BROADCAST GROUP, INC. & SINCLAIR TELEVISION GROUP, INC. | SINCLAIR BROADCAST GROUP, INC. | ATTN: CHRISTOPHER RIPLEY & DAVID GIBBER 10706 BEAVER DAM ROAD HUNT VALLEY MD 21030 | CSRIPLEY@SBGTV.COM DBGIBBER@SBGTV.COM | Email |
| COUNSEL TO THE NATIONAL HOCKEY LEAGUE ("NHL") | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES | ATTN: SHANA A. ELBERG, MATTHEW M. MARTINO ONE MANHATTAN WEST NEW YORK NY 10001-8602 | SHANA.ELBERG@SKADDEN.COM MATTHEW.MARTINO@SKADDEN.COM | Email |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 300152 MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 2005 N CENTRAL AVE PHOENIX AZ 85004-2926 | BCEINTAKE@AZAG.GOV | First Class Mail and Email |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 323 CENTER ST. SUITE 200 LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 944255 SACRAMENTO CA 94244-2550 | BANKRUPTCY@COAG.GOV | First Class Mail and Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT RALPH L. CARR COLORADO JUDICIAL CENTER 1300 BROADWAY, 10TH FLOOR DENVER CO 80203 | | First Class Mail |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | First Class Mail and Email |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 40 CAPITAL SQUARE, SW ATLANTA GA 30334-1300 | | First Class Mail |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 425 QUEEN ST. HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | First Class Mail and Email |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 100 WEST RANDOLPH STREET CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV | First Class Mail and Email |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | First Class Mail and Email |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA KS 66612-1597 | | First Class Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT KY 40601 | | First Class Mail |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | | First Class Mail |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | First Class Mail and Email |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | First Class Mail and Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First Class Mail |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | First Class Mail and Email |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | First Class Mail and Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | First Class Mail and Email |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL<br>ALBANY NY 12224-0341 | | First Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | NDAG@ND.GOV | First Class Mail and Email |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 313 NE 21ST STREET OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT STRAWBERRY SQUARE 16TH FLOOR HARRISBURG PA 17120 | | First Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 11549 COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 1302 EAST HIGHWAY 14 SUITE 1 PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | First Class Mail and Email |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT; STEPHEN R. BUTLER P.O. BOX 20207 NASHVILLE TN 37202-0207 | STEVE.BUTLER@AG.TN.GOV | First Class Mail and Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT CAPITOL STATION PO BOX 12548 AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT PO BOX 142320 SALT LAKE CITY UT 84114-2320 | BANKRUPTCY@AGUTAH.GOV | First Class Mail and Email |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 1125 WASHINGTON ST. SE P.O. BOX 40100 OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT STATE CAPITOL BLDG 1 ROOM E 26 CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | First Class Mail and Email |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 123 CAPITOL BUILDING 200 W. 24TH STREET CHEYENNE WY 82002 | | First Class Mail |
| COUNSEL TO OFFICE OF THE COMMISSIONER OF BASEBALL (THE "LEAGUE"), AZPB LIMITED PARTNERSHIP, ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC, THE CINCINNATI REDS LLC, CLEVELAND GUARDIANS BASEBALL COMPANY, LLC, DETROIT TIGERS, INC., KANSAS CITY ROYALS BASEBALL CLUB, LLC, ANGELS BASEBALL LP, MARLINS TEAMCO LLC, MILWAUKEE BREWERS BASEBALL CLUB, LIMITED PARTNERSHIP, MINNESOTA TWINS, LLC, PADRES L.P., ST. LOUIS CARDINALS, LLC, RAYS BASEBALL CLUB, LLC. AND RANGERS BASEBALL LLC (COLLECTIVELY, THE "CLUBS") | SULLIVAN & CROMWELL LLP | ATTN: JAMES L. BROMLEY, ALEXA J. KRANZLEY 125 BROAD STREET NEW YORK NY 10004 | BROMLEYJ@SULLCROM.COM KRANZLEYA@SULLCROM.COM | Email |
| U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY ONE SHORELINE PLAZA SOUTH TOWER 800 N SHORELINE BLVD, SUITE 500 CORPUS CHRISTI TX 78401 | USATXS.ATTY@USDOJ.GOV | Email |
| THE PREDECESSOR INDENTURE TRUSTEE AND NOTES COLLATERAL AGENT UNDER SECOND LIEN INDENTURE; TRUSTEE AND NOTES COLLATERAL AGENT UNDER THIRD LIEN INDENTURE; TRUSTEE UNDER UNSECURED NOTES INDENTURE, TOP 30 UNSECURED CREDITOR | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR 6.625% SENIOR UNSECURED NOTES DUE 2027 | ATTN: MELODY SCOTT CORPORATE TRUST SERVICES, 18TH FLOOR 1021 EAST CARY STREET, SUITE 1850 RICHMOND VA 23219 | MELODY.SCOTT@USBANK.COM | Email |
| THE INDENTURE TRUSTEE AND NOTES COLLATERAL AGENT UNDER SECOND LIEN INDENTURE; TRUSTEE AND NOTES COLLATERAL AGENT UNDER THIRD LIEN INDENTURE; TRUSTEE UNDER UNSECURED NOTES INDENTURE | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION | ATTN: MELODY SCOTT GLOBAL CORPORATE TRUST SERVICES THREE JAMES CENTER, 1051 EAST CARY STREET, SUITE 600 RICHMOND VA 23219 | MELODY.SCOTT@USBANK.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION ("U.S. BANK") WITH RESPECT TO 6.625% SENIOR NOTES DUE 2027 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION ("US BANK") | ATTN: BARRY IHRKE, VICE PRESIDENT, GLOBAL CORPORATE TRUST 60 LIVINGSTON AVENUE EP-MN-WS1D ST. PAUL MN 55107 | BARRY.IHRKE@USBANK.COM | Email |
| COUNSEL TO ADMINISTRATIVE AGENT UNDER THE FIRST LIEN CREDIT AGREEMENT | UMB BANK, NATIONAL ASSOCIATION | ATTN: JULIE BECKER 120 SIXTH STREET SOUTH, SUITE 1400 MINNEAPOLIS MN 55402 | JULIE.BECKER@UMB.COM | Email |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 | | First Class Mail |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB ("WSFS") | VINSON & ELKINS LLP | ATTN: PAUL E. HEATH, MICHAEL A. GARZA & ELIAS M. MEDINA 845 TEXAS AVENUE SUITE 4700 HOUSTON TX 77002 | PHEATH@VELAW.COM MGARZA@VELAW.COM EMEDINA@VELAW.COM | Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB ("WSFS") | VINSON & ELKINS LLP | ATTN: STEVEN M. ABRAMOWITZ & STEVEN ZUNDELL 1114 AVENUE OF THE AMERICAS 32ND FLOOR NEW YORK NY 10036 | SABRAMOWITZ@VELAW.COM SZUNDELL@VELAW.COM | Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 441 4TH STREET, NW WASHINGTON DC 20001 | OAG@DC.GOV | Email |
| COUNSEL TO DIRECTTV, LLC AND CERTAIN AFFILIATES (COLLECTIVELY "DIRECT TV") | WEIL, GOTSHAL & MANGES LLP | ATTN: GABRIEL A. MORGAN 700 LOUISIANNA STREET, SUITE 1700 HOUSTON TX 77002 | GABRIEL.MORGAN@WEIL.COM | Email |
| COUNSEL TO DIRECTTV, LLC AND CERTAIN AFFILIATES (COLLECTIVELY "DIRECT TV") | WEIL, GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, RONIT BERKOVICH, RACHAEL L. FOUST 767 FIFTH AVENUE NEW YORK NY 10153 | RAY.SCHROCK@WEIL.COM RONIT.BERKOVICH@WEIL.COM RACHAEL.FOUST@WEIL.COM | Email |
| COUNSEL TO RANGERS BASEBALL EXPRESS LLC | WHITE & CASE LLP | ATTN: CHARLES KOSTER 609 MAIN STREET, SUITE 2900 HOUSTON TX 77002 | CHARLES.KOSTER@WHITECASE.COM | Email |
| COUNSEL TO RANGERS BASEBALL EXPRESS LLC | WHITE & CASE LLP | ATTN: GENN M. KURTZ AND HARRISON DENMAN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 | GKURTZ@WHITECASE.COM HARRISON.DENMAN@WHITECASE.COM | Email |
| COUNSEL TO RANGERS BASEBALL EXPRESS LLC | WHITE & CASE LLP | ATTN: THOMAS E. LAURIA, LAURA FEMINO, AND SAMUEL KAVA 200 SOUTH BISCAYNE BLVD., SUITE 4900 MIAMI FL 33131 | TLAURIA@WHITECASE.COM LAURA.FEMINO@WHITECASE.COM SAM.KAVA@WHITECASE.COM | Email |
| CO-COUNSEL TO THE DEBTOR | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN, BENJAMIN W. LOVELAND & LAUREN R. LIFLAND 250 GREENWICH STREET NEW YORK NY 10007 | ANDREW.GOLDMAN@WILMERHALE.COM BENJAMIN.LOVELAND@WILMERHALE.COM LAUREN.LIFLAND@WILMERHALE.COM | Email |
| THE ADMINISTRATIVE AND COLLATERAL AGENT UNDER FIRST LIEN CREDIT AGREEMENT; TERM FACILITY AGENT AND COLLATERAL AGENT UNDER SECOND LIEN CREDIT AGREEMENT; ADMINISTRATIVE AND COLLATERAL AGENT UNDER THIRD LIEN CREDIT AGREEMENT | WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: GLOBAL CAPITAL MARKETS C/O PATRICK HEALY, RAYE GOLDSBOROUGH, JOHN MCNICHOL 500 DELAWARE AVENUE WILMINGTON DE 19801 | PHEALY@WSFSBANK.COM RGOLDSBOROUGH@WSFSBANK.COM JMCNICHOL@WSFSBANK.COM | Email |
| THE COLLATERAL AGENT, PAYING AGENT AND ACCOUNT BANK UNDER THE AR LOAN AGREEMENT | WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: BEVERLY D. CAPERS 1100 NORTH MARKET STREET WILMINGTON DE 19890 | BCAPERS@WILMINGTONTRUST.COM LLEWISS@WILMINGTONTRUST.COM EHUGHES@WILMINGTONTRUST.COM | Email |
| COUNSEL TO SINCLAIR BROADCAST GROUP, INC. ("SINCLAIR") | ZACK A. CLEMENT PLLC | ATTN: ZACK A. CLEMENT 3753 DRUMMOND STREET HOUSTON TX 77025 | ZACK.CLEMENT@ICLOUD.COM | Email |