IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) **Re: Docket No. 1034** |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DIAMOND SPORTS GROUP, LLC, *ET AL.* TO RETAIN AND EMPLOY REID COLLINS & TSAI LLP AS SPECIAL COUNSEL, EFFECTIVE AS OF JULY 18, 2023**

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, effective January 1, 2023 (the "Complex Chapter 11 Case Procedures") and the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 41], the undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") of Diamond Sports Group, LLC, *et al.* (the "Debtors") hereby certifies as follows:

1.  On May 1, 2023, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Diamond Sports Group, LLC, et al. to Retain and Employ Reid Collins & Tsai LLP as Special Counsel, Effective as of July 18, 2023* [Docket No. 1034] (the "Application").[2]

2.  The deadline for receipt of objections to the Application has passed.

3.  In accordance with paragraph 44 of the Complex Chapter 11 Case Procedures, the undersigned counsel represents to the Court that the Committee is unaware of any objection to the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Application and that counsel has reviewed the Court's docket and no objections/responses appear thereon.

4.     Accordingly, the Committee requests that the Court enter the proposed *Order Authorizing the Retention of Reid Collins & Tsai LLP as Special Counsel to the Official Committee of Unsecured Creditors of Diamond Sports Group, LLC, et al., Effective as of July 18,* 2023, which was filed with the Application and is attached hereto, at its earliest convenience.

Dated:  August 25, 2023                                    Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Marty L. Brimmage, Jr.*

Marty L. Brimmage, Jr. (State Bar No. 00793386; S.D. Tex. 30464)
2300 N. Field Street, Suite 1800
Dallas, TX 75201-2481
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com

-and-

Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Naomi Moss (admitted *pro hac vice)*
One Bryant Park
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: aqureshi@akingump.com
Email: nmoss@akingump.com

-and-

        Scott L. Alberino (admitted *pro hac vice*)
        2001 K Street N.W.
        Washington, DC  20006-1037
        Telephone: (202) 887-4000
        Facsimile: (202) 887-4288
        Email:  salberino@akingump.com

        *Counsel to the Official Committee of Unsecured Creditors of Diamond Sports Group, LLC, et al.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on August 25, 2023, I caused a true and correct copy of the foregoing to be served via email through the Court's Electronic Case Filing System on the parties that have consented to such service.

        */s/ Marty L. Brimmage, Jr.*
        Marty L. Brimmage, Jr.

**Proposed Order**