United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 10, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re Docket No**. 1249 |

## AGREED ORDER (I) AUTHORIZING THE REJECTION OF THE OB AGREEMENT AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing the Debtors to reject the OB Agreement and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing,

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The OB Agreement is rejected pursuant to section 365 of the Bankruptcy Code effective as of the date hereof.

2. The parties shall work in good faith to address transition items.

3. Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) other than with respect to the OB Agreement, a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors', or any other party in interest's rights under the Bankruptcy Code or any other applicable law; (h) a waiver of the obligation of any party in interest to file a proof of claim by the bar date; or (i) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the

relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

4. Notwithstanding the relief granted herein or any actions taken hereunder, nothing contained in this Order shall create any rights in favor of, or enhance the status of any claim held by, any person to whom any obligations under the OB Agreement are owed. Nothing herein shall prejudice the rights of the Debtors to argue (and the rights of OB Events to dispute) that any claim for damages arising from the rejection of the OB Agreement is limited to the remedies available under any applicable termination provision of such contract. OB Events reserves all rights and remedies related to their claims and/or rejection damages arising from or related to the OB Agreement.

5. Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rule 6006 and the Local Rules are satisfied by such notice.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

[*Remainder of page intentionally left blank*]

Signed: October 10, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

Agreed as to form and content:

| | |
|---|---|
| */s/John F. Higgins* | */s/Joaquin J. Alemany* |
| **PORTER HEDGES LLP** | **HOLLAND & KNIGHT LLP** |
| John F. Higgins (TX Bar No. 09597500) | Joaquin J. Alemany |
| M. Shane Johnson (TX Bar No. 24083263) | J. Raul Cosio |
| Megan Young-John (TX Bar No. 24088700) | 701 Brickell Avenue, Suite 3300 |
| Bryan L. Rochelle (TX Bar No. 24107979) | Miami, Florida 33131 |
| 1000 Main St., 36th Floor | Telephone: (305) 789-7763 |
| Houston, Texas 77002 | joaquin.alemany@hklaw.com |
| Telephone: (713) 226-6000 | raul.cosio@hklaw.com |
| Facsimile: (713) 226-6248 | |
| jhiggins@porterhedges.com | *Counsel to O.B. Festival Events, LLC* |
| sjohnson@porterhedges.com | |
| myoung-john@porterhedges.com | |
| brochelle@porterhedges.com | |

- and -

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Andrew Goldman (admitted *pro hac vice*)
Benjamin Loveland (admitted *pro hac vice*)
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
andrew.goldman@wilmerhale.com
benjamin.loveland@wilmerhale.com

*Counsel to the Debtors*