IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | Case No. 23-90116 (CML) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE TO OBJECT
TO MOTION OF MAJOR LEAGUE BASEBALL AND CERTAIN
MAJOR LEAGUE BASEBALL CLUBS TO COMPEL
ASSUMPTION OR REJECTION OF TELECAST RIGHTS AGREEMENTS**

Atlanta National League Baseball Club, Inc. (the "Braves"), Cleveland Guardians Baseball Company, LLC (the "Guardians"), Detroit Tigers, Inc. (the "Tigers"), Milwaukee Brewers Baseball Clubs, L.P. (the "Brewers"), and Rangers Baseball Express LLC (the "Rangers" and each of the Braves, Guardians Tigers, Brewers, and Rangers with certain of their affiliates, a "Club" and collectively, the "Clubs") and the Office of the Commissioner of Baseball d/b/a Major League Baseball ("MLB"), and the above-captioned debtors and debtors-in-possession (the "Debtors," and, collectively with the Clubs and MLB, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on October 11, 2023 MLB and the Clubs filed the *Joint Motion of Major League Baseball and Certain Major League Baseball Clubs to Compel Assumption or Rejection of Telecast Rights Agreements* [Dkt. 1261] (the "Motion to Compel");

WHEREAS, the deadline to object to the Motion to Compel is currently November 1, 2023; and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

WHEREAS, the Parties have agreed to extend the deadline for the Debtors to object to the relief sought in the Motion to Compel.

**Accordingly, the Parties hereby stipulate and agree that:**

1. The deadline for the Debtors to object to the relief sought in the Motion to Compel, and any joinders to any such objection by the Debtors, shall be extended until November 6, 2023 at 5:00 p.m. CST.

2. The undersigned represent that they are authorized to execute this stipulation on behalf of the representative party for whom they have signed.

3. The Parties agree that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this stipulation.

Dated: November 1, 2023
Houston, Texas

**BRACEWELL LLP**

*/s/ William A. (Trey) Wood III*
William A. (Trey) Wood (Texas Bar No. 21916050)
711 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1166
Facsimile: (713) 221-1212
E-mail: trey.wood@bracewell.com

Mark Dendinger (admitted *pro hac vice*)
CityPlace I, 34th Floor, 185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 256-8541
Facsimile: (800) 404-3970
E-mail: mark.dendinger@bracewell.com

-and-

**SULLIVAN & CROMWELL LLP**
James L. Bromley (admitted pro hac vice)
Alexa J. Kranzley (admitted pro hac vice)

125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail:   bromleyj@sullcrom.com
          kranzleya@sullcrom.com

Counsel for:
Office of the Commissioner of Baseball
Atlanta National League Baseball Club, Inc.
Milwaukee Brewers Baseball Club, L.P.
Detroit Tigers, Inc.

Dated: November 1, 2023
      Houston, Texas

/s/ *John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

-and-

**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
Andrew Goldman (admitted *pro hac vice*)
Benjamin Loveland (admitted *pro hac vice*)
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
andrew.goldman@wilmerhale.com
benjamin.loveland@wilmerhale.com

Counsel for Debtors and Debtors in Possession