# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |

## DECLARATION OF GREGORY F. LAUFER

1. I, Gregory F. Laufer, am a partner with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for the debtors and debtors in possession in the above-captioned chapter 11 cases. I am admitted as an attorney in the state of New York and have been admitted *pro hac vice* for this matter in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

2. I respectfully submit this declaration in support of the *Debtors' Exhibit and Witness List* filed contemporaneously herewith.

3. The information contained in this declaration is based on my review of the relevant records in this matter, as well as my personal knowledge. If called upon as a witness, I could and would competently testify to the statements made herein.

4. Attached as **Exhibit A** is a true and correct copy of the First Lien Credit Agreement between Diamond Sports Intermediate Holdings LLC and Diamond Sports Group LLC, dated March 1, 2022.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

5. Attached as **Exhibit B** is a true and correct copy of email correspondence between Andrew Goldman and Lucy Rutishauser et al, dated February 19, 2022.

6. Attached as **Exhibit C** is a true and correct copy of Amendment No. 1 to Management Services Agreement, dated March 1, 2022.

7. Attached as **Exhibit D** is a true and correct copy of email correspondence between Rachel McGee and David DeVoe et al, dated July 6, 2023.

8. Attached as **Exhibit E** is a true and correct copy of a deck titled "Project Carrot (DSG) UCC Update, dated July 6, 2023.

9. Attached as **Exhibit F** is a true and correct copy of email correspondence between Rachel McGee and David Preschlack et al, dated August 11, 2023.

10. Attached as **Exhibit G** is a true and correct copy of a deck titled "DSG – Sinclair Dependency Summary," dated August 11, 2023.

11. Attached as **Exhibit H** is a true and correct copy of email correspondence between Joe Graham and Randy Freer et al, dated October 31, 2023.

12. Attached as **Exhibit I** is a true and correct copy of a deck titled "Diamond Sports Group, LLC Cooperation Agreement Overview," dated October 2023.

13. Attached as **Exhibit J** is a true and correct copy of a deck titled "Project Active Wind Down Summary," dated November 2023.

14. Attached as **Exhibit K** is a true and correct copy of a deck titled "Project Carrot (DSG) Separation and Stand-Up Planning," dated January 20, 2023.

15. Attached as **Exhibit L** is a true and correct copy of a deck titled "Project Carrot (DSG) Cross-Functional Program Leads Meeting," dated August 17, 2023.

16. Attached as **Exhibit M** is a true and correct copy of a deck titled "Project Carrot (DSG) UCC Update," dated July 6, 2023.

17. Attached as **Exhibit N** is a true and correct copy of a deck titled "DSG Separation and Standup Steering Committee Meeting," dated February 15, 2023.

18. Attached as **Exhibit O** is a true and correct copy of the remote video-teleconference deposition transcript of Christopher Ripley, dated December 12, 2023.

19. Attached as **Exhibit P** is a true and correct copy of Sinclair's Form 8-K, dated November 1, 2023.

20. Attached as **Exhibit Q** is a true and correct copy of Sinclair Broadcast Group, Inc. NasdaqGS:SBGI FQ4 2022 Earnings Call Transcripts, dated February 22, 2023.

21. Attached as **Exhibit R** is a true and correct copy of Sinclair Broadcast Group, Inc. NasdaqGS:SBGI FQ1 2023 Earnings Call transcripts, dated May 3, 2023.

22. Attached as **Exhibit S** is a true and correct copy of email correspondence between Andrew Goldman and Christopher Ripley et al, dated January 20, 2022.

23. Attached as **Exhibit S1** is a true and correct copy of a draft version of the Deferral of Payment of Services Fees Under Management Services Agreement letter.

24. Attached as **Exhibit S2** is a true and correct copy of a draft version of Amendment No. 1 to Management Services Agreement.

25. Attached as **Exhibit S3** is a true and correct copy of a draft version of Annex 1 to the Deferral of Payment of Services Fees Under Management Services Agreement letter.

26. Attached as **Exhibit T** is a true and correct copy of email correspondence between Lucy Rutishauser and Joel Simon et al, dated January 6, 2022.


27. Attached as **Exhibit U** is a true and correct copy of email correspondence between Andrew Goldman and Peter Yan et al, dated January 2, 2022.

Dated: December 13, 2023

/s/ Gregory F. Laufer
Gregory F. Laufer
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP