**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DEBTORS' EXHIBIT AND WITNESS LIST FOR HEARING ON SINCLAIR'S
MOTION FOR ENTRY OF AN ORDER COMPELLING ASSUMPTION OR
REJECTION OF THE MANAGEMENT SERVICES AGREEMENT**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Exhibit and Witness List for the hybrid hearing to be held on December 15, 2023, at 9:30 a.m. prevailing Central Time before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 515 Rusk Street, Houston, Texas 77002 on *Sinclair's Motion for Entry of an Order Compelling Assumption or Rejection of the Management Services Agreement* [Docket No. 1094; SEALED at Docket No. 1092].

## <u>WITNESSES</u>

The Debtors may call any of the following witnesses at the hearing, whether in person, by video communication, or by proffer:

1. David F. DeVoe, Jr.;

2. Christopher Ripley;

3. Zul Jamal;

4. Any witnesses called or listed by any other party;

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

5.  Any witnesses necessary to establish that notice of hearing has been provided; and

6.  Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

## EXHIBITS

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | 2019.08.23 Management Services Agreement between Diamond Sports Group, LLC and Sinclair Television Group, Inc. [Docket No. 1092-2] [SEALED] | | | | |
| 2. | 2022.03.01 Letter Agreement between Sinclair Television Group, Inc. and Diamond Sports Group, LLC [Docket No. 1092-3] [SEALED] | | | | |
| 3. | Declaration of Gregory F. Laufer [Docket No. 1498] ("Laufer Declaration") | | | | |
| 4. | 2022.03.01 First Lien Credit Agreement [Ex. A to Laufer Declaration, Docket No. 1499-1] [SEALED] | | | | |
| 5. | 2022.02.19 Email from A. Goldman to L. Rutishauser et al re DSG Management Agreement – Side Letter [Ex. B to Laufer Declaration, Docket No. 1499-2] [SEALED] | | | | |
| 6. | 2022.03.01 Amendment No. 1 to Management Services Agreement [Ex. C to Laufer Declaration, Docket No. 1499-3] [SEALED] | | | | |
| 7. | 2023.07.06 Email from R. McGee to D. DeVoe et al re DSG Separation and Standup [Ex. D to Laufer Declaration, Docket No. 1499-4] [SEALED] | | | | |
| 8. | 2023.07.06 Deloitte Deck Titled "Project Carrot" [Ex. E to Laufer Declaration, Docket No. 1499-5] [SEALED] | | | | |
| 9. | 2023.08.11 Email from R. McGee to D. Preschlack et al re DSG Separation and Standup Steering Committee Meeting [Ex. F to Laufer Declaration, Docket No. 1499-6] [SEALED] | | | | |
| 10. | 2023.08.11 Deloitte Deck Titled "DSG – Sinclair Dependency Summary" [Ex. G to Laufer Declaration, Docket Nos. 1499-7 and 1499-8] [SEALED] | | | | |
| 11. | 2023.10.31 Email from J. Graham to R. Freer et al re Diamond Conflicts Committee Meeting [Ex. H to Laufer Declaration, Docket No. 1499-9] [SEALED] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 12. | 2023.10.31 Cooperation Agreement Overview Slide Deck [Ex. I to Laufer Declaration, Docket No. 1499-10] [SEALED] | | | | |
| 13. | 2023.11.06 Debtors' Emergency Motion for Entry of an Order (I) Authorizing Entry Into and Performance Under the Cooperation Agreement, (II) Approving the Terms of the Settlements Contained Therein, and (III) Granting Related Relief [Docket No. 1342] | | | | |
| 13A. | 2023.11.06 Cooperation Agreement [Docket No. 1342-1] | | | | |
| 14. | 2023.11.31 Project Active – Wind Down Summary [Ex. J to Laufer Declaration, Docket Nos. 1499-11, 1499-12, 1499-13, and 1499-14] [SEALED] | | | | |
| 15. | 2023.01.20 Project Carrot (DSG) Separation and Stand-Up Planning Deck [Ex. K to Laufer Declaration, Docket Nos. 1499-15, 1499-16 and 1499-17] [SEALED] | | | | |
| 16. | 2023.08.17 Project Carrot (DSG) Cross-Functional Program Leads Meeting Deck [Ex. L to Laufer Declaration, Docket Nos. 1499-18, 1499-19 and 1499-20] [SEALED] | | | | |
| 17. | 2023.07.06 Project Carrot (DSG) UCC Update Deck [Ex. M to Laufer Declaration, Docket No. 1499-21] [SEALED] | | | | |
| 18. | 2023.02.15 DSG Separation and Standup Steering Committee Meeting Deck [Ex. N to Laufer Declaration, Docket Nos. 1499-22, 1499-23, 1499-24, 1499-25 and 1499-26] [SEALED] | | | | |
| 19. | 2023.08.21 Sinclair's Motion for Entry of an Order Compelling Assumption or Rejection of the Management Services Agreement [Docket No. 1094; SEALED at Docket No. 1092] | | | | |
| 20. | 2023.11.14 Debtors' Objection to Sinclair's Motion to Compel Assumption or Rejection of the Management Services Agreement [Docket No. 1375] | | | | |
| 21. | 2023.12.12 Sinclair's Reply in Support of Sinclair's Motion for Entry of an Order Compelling Assumption or Rejection of the Management Services Agreement [Docket No. 1494] | | | | |
| 22. | 2023.12.12 Remote Video Teleconference Deposition Transcript of Christopher Ripley [Ex. O to Laufer Declaration, Docket No. 1499-27] [SEALED] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 23. | 2023.08.12 Stipulation and Agreed Order re Hearing on MSA Motion to Compel [Docket No. 1489] | | | | |
| 24. | 2023.11.01 Sinclair Form 8-K [Ex. P to Laufer Declaration, Docket No. 1498-16] | | | | |
| 25. | 2023.02.22 Sinclair Q4 2022 Earnings Call Transcript [Ex. Q to Laufer Declaration, Docket No. 1498-17] | | | | |
| 26. | 2023.05.03 Sinclair Q1 2023 Earnings Call Transcript [Ex. R to Laufer Declaration, Docket No. 1498-18] | | | | |
| 27. | 2022.01.20 Email from A. Goldman to C. Ripley et al re DSG Management Agreement – Side Letter [Ex. S to Laufer Declaration, Docket No. 1499-31] [SEALED] | | | | |
| 27A. | 2022.01.20 Draft version of the Deferral of Payment of Services Fees Under Management Services Agreement Letter [Ex. S1 to Laufer Declaration, Docket No. 1499-32] [SEALED] | | | | |
| 27B. | 2022.01.20 Draft version of Amendment No. 1 to Management Services Agreement [Ex. S2 to Laufer Declaration, Docket No. 1499-33] [SEALED] | | | | |
| 27C. | 2022.01.20 Draft Version of Annex 1 to the Deferral of Payment of Services Fees Under Management Services Agreement [Ex. S3 to Laufer Declaration, Docket No. 1499-34] [SEALED] | | | | |
| 28. | 2022.01.06 Email from L. Rutishauser to J. Simon et al re DSG – Order of Docs [Ex. T to Laufer Declaration, Docket Nos. 1499-35 and 1499-36] [SEALED] | | | | |
| 29. | 2022.01.02 Email from A. Goldman to P. Yan et al re Draft Board of Directors Materials [Ex. U to Laufer Declaration, Docket No. 1499-37] [SEALED] | | | | |
| 30. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| 31. | Any exhibit introduced by any other party | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 32. | Rebuttal or impeachment exhibits as necessary | | | | |

      The Debtors reserve the right to supplement, amend, or delete any witness and exhibits prior to the hearing.  The Debtors also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.  The Debtors finally reserve the right to introduce exhibits previously admitted.

[<em>Remainder of page intentionally left blank</em>]

December 13, 2023

Respectfully submitted,

/s/ *John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
aparlen@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Counsel to the Debtors and Debtors in
Possession*

**<u>Certificate of Service</u>**

I certify that on December 13, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *John F. Higgins*
John F. Higgins