# Exhibit B

# NHL Agreements

## I. NHL Telecast Rights Agreements

|   | Club | Debtor Party | NHL Party | Agreement Title |
|---|------|--------------|-----------|-----------------|
| 1. | Carolina Hurricanes | SportSouth Network, LLC | Hurricanes Hockey Limited Partnership | Telecast Rights Agreement dated December 1, 2022 |
| 2. | Dallas Stars | ARC Holding, Ltd. | DSE Hockey Club, L.P. | Binding Term Sheet dated October 9, 2014 |
| 3. | Tampa Bay Lighting | Diamond Sports Sun, LLC | Lightning Hockey LP | Telecast Rights Agreement dated March 6, 2023 |
| 4. | Minnesota Wild | Diamond Sports Net North, LLC | Minnesota Wild Hockey Club, LP | Short Form Agreement dated June 1, 2022 |
| 5. | Columbus Blue Jackets | Diamond Sports Net Ohio, LLC | Colhoc Limited Partnership | Binding Telecast Rights Agreement dated December 1, 2017 |
| 6. | Nashville Predators | SportSouth Network, LLC | Nashville Hockey Club Limited Partnership | Short Form Agreement dated March 31, 2022 |
| 7. | Anaheim Ducks | Diamond Sports Net West 2, LLC | Anaheim Ducks Hockey Club, LLC | Binding Telecast Rights Agreements dated October 8, 2014 |
| 8. | Detroit Red Wings | Diamond Sports Net Detroit, LLC | Detroit Red Wings, Inc. | Short Form Agreement dated October 7, 2021 |

## II. IMS Agreement

|   | Debtor Party | NHL Party | Agreement Title |
|---|--------------|-----------|-----------------|
| 1. | Diamond Sports Group, LLC, on behalf of itself and each Debtor Party listed above | National Hockey League, on behalf of the NHL Clubs, NHL Interactive Cyberenterprises, LLC and NHL Enterprises, L.P. | Binding Term Sheet dated June 28, 2016, as amended by Binding Term Sheet dated November 19, 2021 |