**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF ENTRY INTO RESTRUCTURING SUPPORT AGREEMENT**

On January 16, 2024, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") entered into a restructuring support agreement with Amazon.com Services LLC and certain holders of the Debtors' prepetition funded debt.[2] A copy of the restructuring support agreement is attached hereto as **<u>Exhibit A</u>**.

[*Remainder of page intentionally left blank*]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

[2] Prior to entering into the restructuring support agreement, the Debtors terminated the Cooperation Agreement [Docket No. 1342-1] pursuant to its terms.

| | |
|---|---|
| January 17, 2024 | Respectfully submitted,<br><br>/s/ *John F. Higgins*<br>**PORTER HEDGES LLP**<br>John F. Higgins (TX Bar No. 09597500)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Megan Young-John (TX Bar No. 24088700)<br>Bryan L. Rochelle (TX Bar No. 24107979)<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>brochelle@porterhedges.com<br><br>- and - |
| **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Andrew N. Goldman (admitted *pro hac vice*)<br>Benjamin W. Loveland (admitted *pro hac vice*)<br>Lauren R. Lifland (admitted *pro hac vice*)<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br>andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com<br>lauren.lifland@wilmerhale.com<br><br>*Section 327(e) Counsel to the Debtors and Debtors in Possession* | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Brian S. Hermann (admitted *pro hac vice*)<br>Andrew M. Parlen (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>Alice Nofzinger (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>bhermann@paulweiss.com<br>aparlen@paulweiss.com<br>jgraham@paulweiss.com<br>anofzinger@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

2

**Certificate of Service**

    I certify that, on January 17, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

    */s/ John F. Higgins*
    John F. Higgins