# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket No.** |

## ORDER (I) SCHEDULING A HEARING ON DIP ELECTION PROCEDURES (II) COMPELLING THE DEBTORS TO OBTAIN COURT APPROVAL OF DIP ELECTION PROCEDURES AND (II) GRANTING RELATED RELIEF

Upon the emergency motion (the "Motion")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Diamond Sports Group, LLC, et al. (the "Debtors"), appointed in the above-captioned cases, for entry of an order (this "Order") (i) scheduling a hearing on the DIP Election Procedures, (ii) compelling the Debtors to obtain entry of an order approving the DIP Election Procedures prior to commencing syndication of the DIP Facility and (iii) granting related relief; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Committee's notice of the Motion

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. A hearing on the DIP Election Procedures will be held on February [\_\_], 2024 at [\_]:00 [\_].m. (prevailing Central Time). Any objections or responses to entry of an order on the Motion must be filed with the Court on or before 5:00 p.m. (prevailing Central Time) on February [\_\_], 2024. If no objections to entry of an order on the Motion are timely received, the Court may enter an order approving the DIP Election Procedures (the "Election Order") without need for such hearing.

3. The Debtors shall not commence the DIP Syndication Process until such time as an Election Order is entered by this Court.

4. Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

5. The Debtors and the Committee are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2024
      Houston, Texas

_____
CHRISTOPHER LOPEZ
UNITED STATES BANKRUPTCY JUDGE