IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket Nos. 1659, 1695, 1712, 1713, 1730, 1813** |

## NOTICE OF FILING REVISED FORM DIP CREDIT AGREEMENT AND REVISED INITIAL BUDGET

**PLEASE TAKE NOTICE** that, on January 23, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Enter into and Perform Under the DIP Commitment Letter, (B) Obtain Postpetition Financing, (C) Use Proceeds of the DIP Facility to Make the First Lien Paydown, (D) Use Cash Collateral, (E) Grant Liens and Provide Claims with Superpriority Administrative Expense Status, and (F) Grant Adequate Protection to the Prepetition First Lien Secured Parties; (II) Modifying Automatic Stay; and (III) Granting Related Relief* [Docket No. 1659] (the "DIP Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 2, 2024, the Debtors filed the *Notice of Filing DIP Credit Agreement* [Docket No. 1695], attaching a form of the DIP Credit Agreement [Docket No. 1695-1] (the "Original Form DIP Credit Agreement").

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the DIP Motion.

**PLEASE TAKE FURTHER NOTICE** that, on February 8, 2024, the Debtors filed the *Notice of Filing Agent Fee Letter, Fronting Fee Letter, and Guarantee Agreement* [Docket No. 1712; SEALED at Docket No. 1713], attaching the Agent Fee Letter [Docket No. 1712-1], the Fronting Fee Letter [Docket No. 1712-2], and the Guarantee Agreement [Docket No. 1712-3].

**PLEASE TAKE FURTHER NOTICE** that, on February 9, 2024, the Debtors filed the *Notice of Filing Initial Budget* [Docket No. 1730], attaching an Initial Budget [Docket No. 1730-1].

**PLEASE TAKE FURTHER NOTICE** that, on February 23, 2024, the Debtors filed a revised proposed *Final Order (I) Authorizing the Debtors to (A) Enter Into and Perform Under the DIP Commitment Letter, (B) Obtain Postpetition Financing, (C) Use Proceeds of the DIP Facility to Make the First Lien Paydown, (D) Use Cash Collateral, (E) Grant Liens and Provide Claims with Superpriority Administrative Expense Status, and (F) Grant Adequate Protection to the Prepetition First Lien Secured Parties; (II) Modifying Automatic Stay; and (III) Granting Related Relief* [Docket No. 1813] (the "Revised Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised form of the DIP Credit Agreement (the "Revised Form DIP Credit Agreement"), which is Exhibit 1 to the Revised Proposed Order. Attached hereto as **Exhibit B** is a redline of the Revised Form DIP Credit Agreement against the Original Form DIP Credit Agreement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is a revised Initial Budget (the "Revised Initial Budget"), which is Exhibit 2 to the Revised Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that the DIP Motion is currently scheduled for hearing on February 26, 2024, at 2:00 p.m. prevailing Central Time.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter, amend, supplement, or otherwise modify the Revised Proposed Order (including the Revised Form DIP

Credit Agreement, the Revised Initial Budget, and any other exhibits or annexes to the Revised Proposed Order), including prior to the hearing on the DIP Motion.

[*Remainder of page intentionally left blank*]

February 23, 2024                                        Respectfully submitted,

                                                         /s/ John F. Higgins
                                                         **PORTER HEDGES LLP**
                                                         John F. Higgins (TX Bar No. 09597500)
                                                         M. Shane Johnson (TX Bar No. 24083263)
                                                         Megan Young-John (TX Bar No. 24088700)
                                                         Bryan L. Rochelle (TX Bar No. 24107979)
                                                         1000 Main St., 36th Floor
                                                         Houston, Texas 77002
                                                         Telephone: (713) 226-6000
                                                         Facsimile: (713) 226-6248
                                                         jhiggins@porterhedges.com
                                                         sjohnson@porterhedges.com
                                                         myoung-john@porterhedges.com
                                                         brochelle@porterhedges.com

                                                         - and -

**WILMER CUTLER PICKERING HALE**                         **PAUL, WEISS, RIFKIND, WHARTON &**
**AND DORR LLP**                                         **GARRISON LLP**
Andrew N. Goldman (admitted *pro hac vice*)              Brian S. Hermann (admitted *pro hac vice*)
Benjamin W. Loveland (admitted *pro hac vice*)           Andrew M. Parlen (admitted *pro hac vice*)
Lauren R. Lifland (admitted *pro hac vice*)              Joseph M. Graham (admitted *pro hac vice*)
250 Greenwich Street                                     Alice Nofzinger (admitted *pro hac vice*)
New York, New York 10007                                 1285 Avenue of the Americas
Telephone: (212) 230-8800                                New York, New York 10019
Facsimile: (212) 230-8888                                Telephone: (212) 373-3000
andrew.goldman@wilmerhale.com                            Facsimile: (212) 757-3990
benjamin.loveland@wilmerhale.com                         bhermann@paulweiss.com
lauren.lifland@wilmerhale.com                            aparlen@paulweiss.com
                                                         jgraham@paulweiss.com
                                                         anofzinger@paulweiss.com

*Section 327(e) Counsel to the Debtors and*              *Counsel to the Debtors and Debtors in*
*Debtors in Possession*                                  *Possession*

## Certificate of Service

      I certify that on February 23, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                        */s/ John F. Higgins*
                                                        John F. Higgins

# **Exhibit A**

**Revised Form DIP Credit Agreement**

**Exhibit B**

**Redline**

## Exhibit C

**Revised Initial Budget**