## <u>Exhibit C</u>

**Revised Initial Budget**

**Diamond Sports Group, LLC**
**DIP Forecast**

Weekly DIP Forecast

($M)

| Week: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week beginning: | 2/17 | 2/24 | 3/2 | 3/9 | 3/16 | 3/23 | 3/30 | 4/6 | 4/13 | 4/20 | 4/27 | 5/4 | 5/11 | 5/18 | 5/25 | 2/17 |
| Week ended: | 2/23 | 3/1 | 3/8 | 3/15 | 3/22 | 3/29 | 4/5 | 4/12 | 4/19 | 4/26 | 5/3 | 5/10 | 5/17 | 5/24 | 5/31 | 5/31 |
| **Operating Receipts** | $ 13.4 | $ 58.3 | $ 9.2 | $ 118.2 | $ 11.7 | $ 56.7 | $ 14.0 | $ 9.0 | $ 107.0 | $ 9.8 | $ 53.5 | $ 12.9 | $ 109.4 | $ 13.3 | $ 56.1 | $ 652.6 |
| **Operating Disbursements** | (13.7) | (110.1) | (32.4) | (56.7) | (12.0) | (26.3) | (201.5) | (6.4) | (58.1) | (7.7) | (78.6) | (12.3) | (12.3) | (8.6) | (114.9) | (751.8) |
| **Cash Flow from Operations** | (0.3) | (51.8) | (23.2) | 61.5 | (0.3) | 30.4 | (187.5) | 2.6 | 48.9 | 2.1 | (25.2) | 0.7 | 97.1 | 4.7 | (58.7) | (99.2) |
| **Restructuring Professionals** | (0.7) | (20.6) | (1.4) | (2.3) | (0.3) | (3.5) | - | (5.2) | - | (5.1) | (5.2) | - | (5.0) | - | - | (49.2) |
| **Interest / Adequate Protection** | - | (8.1) | - | - | - | - | (5.5) | - | - | - | (5.4) | - | - | - | (5.5) | (24.5) |
| **Net Cash Flow** | $ (1.0) | $ (80.5) | $ (24.7) | $ 59.2 | $ (0.5) | $ 26.9 | $ (193.0) | $ (2.6) | $ 48.9 | $ (3.0) | $ (35.8) | $ 0.7 | $ 92.1 | $ 4.7 | $ (64.2) | $ (172.9) |
| **Cash Roll-Forward** | | | | | | | | | | | | | | | | |
| Beginning Cash Balance (including JVs) | $ 226.4 | $ 205.5 | $ 225.0 | $ 200.3 | $ 259.5 | $ 259.0 | $ 285.9 | $ 92.8 | $ 90.2 | $ 139.1 | $ 136.1 | $ 100.3 | $ 100.9 | $ 193.1 | $ 197.8 | $ 226.4 |
| Weekly Cash Flow | (1.0) | (80.5) | (24.7) | 59.2 | (0.5) | 26.9 | (193.0) | (2.6) | 48.9 | (3.0) | (35.8) | 0.7 | 92.1 | 4.7 | (64.2) | (172.9) |
| Segregated Account | (20.0) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (20.0) |
| DIP Funding | - | 450.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | 450.0 |
| 1L Paydown | - | (350.0) | - | - | - | - | - | - | - | - | - | - | - | - | - | (350.0) |
| **Ending Cash Balance (including JVs)** | $ 205.5 | $ 225.0 | $ 200.3 | $ 259.5 | $ 259.0 | $ 285.9 | $ 92.8 | $ 90.2 | $ 139.1 | $ 136.1 | $ 100.3 | $ 100.9 | $ 193.1 | $ 197.8 | $ 133.6 | $ 133.6 |