IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**DEBTORS' AGENDA OF MATTERS SET FOR HYBRID HEARING ON
FEBRUARY 26, 2024, AT 2:00 P.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE CHRISTOPHER M. LOPEZ:

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this agenda of matters set for **hybrid hearing** on **February 26, 2024, at 2:00 p.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002:

1. **Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Enter Into and Perform Under the DIP Commitment Letter, (B) Obtain Postpetition Financing, (C) Use Proceeds of the DIP Facility to Make the First Lien Paydown, (D) Use Cash Collateral, (E) Grant Liens and Provide Claims with Superpriority Administrative Expense Status, and (F) Grant Adequate Protection to the Prepetition First Lien Secured Parties; (II) Modifying Automatic Stay; and (III) Granting Related Relief [Docket No. 1659].**

    Related Documents:

    - Declaration of Zul Jamal in Support of the Debtors' (1) Motion For Entry of an Order (I) Authorizing the Debtors to (A) Enter Into and Perform Under the DIP Commitment Letter, (B) Obtain Postpetition Financing, (C) Use Proceeds of the DIP Facility to Make the First Lien Paydown, (D) Use Cash Collateral, (E) Grant Liens and Provide Claims with Superpriority Administrative Expense Status, and (F) Grant Adequate Protection to the Prepetition First Lien Secured Parties; (II) Modifying Automatic Stay; and (III) Granting Related Relief and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

- (2) Motion for Entry of an Order (I) Authorizing Entry Into and Performance Under the Exit Note Commitment Letter and (II) Granting Related Relief [Docket No. 1660].

- Notice of Filing DIP Credit Agreement [Docket No. 1695].

- Notice of Filing Agent Fee Letter, Fronting Fee Letter, and Guarantee Agreement [Docket No. 1712; SEALED at Docket No. 1713].

- Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File the Notice of Agent Fee Letter, Fronting Fee Letter, and Guarantee Agreement Under Seal and (II) Granting Related Relief [Docket No. 1714].

- Order (I) Authorizing the Debtors to File the Notice of Agent Fee Letter, Fronting Fee Letter, and Guarantee Agreement Under Seal and (II) Granting Related Relief [Docket No. 1719].

- Notice of Filing Initial Budget [Docket No. 1730].

- Notice of Filing Revised Proposed Final Order (I) Authorizing the Debtors to (A) Enter into and Perform Under the DIP Commitment Letter, (B) Obtain Postpetition Financing, (C) Use Proceeds of the DIP Facility to Make the First Lien Paydown, (D) Use Cash Collateral, (E) Grant Liens and Provide Claims with Superpriority Administrative Expense Status, and (F) Grant Adequate Protection to the Prepetition First Lien Secured Parties; (II) Modifying Automatic Stay; and (III) Granting Related Relief [Docket No. 1813].

- Notice of Filing Revised Form DIP Credit Agreement and Revised Initial Budget [Docket No. 1816].

**Status**: The Debtors have received no objections, and therefore believe this matter is uncontested.

2. **Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement by and Among the Debtors and Sinclair, JPM, and Bally's and (II) Granting Related Relief [Docket No. 1658].**

**Status**: The Debtors have received no objections, and therefore believe this matter is uncontested.

3. **Debtors' Motion for Entry of an Order (I) Authorizing Entry Into and Performance Under the Exit Note Commitment Letter and (II) Granting Related Relief [Docket No. 1655; SEALED at Docket No. 1656].**

    Related Documents:

    - Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to file the Exit Note Commitment Letter Motion Under Seal and (II) Granting Related Relief [Docket No. 1657].

    - Declaration of Zul Jamal in Support of the Debtors' (1) Motion For Entry of an Order (I) Authorizing the Debtors to (A) Enter Into and Perform Under the DIP Commitment Letter, (B) Obtain Postpetition Financing, (C) Use Proceeds of the DIP Facility to Make the First Lien Paydown, (D) Use Cash Collateral, (E) Grant Liens and Provide Claims with Superpriority Administrative Expense Status, and (F) Grant Adequate Protection to the Prepetition First Lien Secured Parties; (II) Modifying Automatic Stay; and (III) Granting Related Relief and (2) Motion for Entry of an Order (I) Authorizing Entry Into and Performance Under the Exit Note Commitment Letter and (II) Granting Related Relief [Docket No. 1660].

    - Stipulation and Agreed Order Regarding the Debtors' Restructuring Support Agreement and Exit Note Commitment Letter and Red Seam Holdings LLC's Reservations Thereto [Docket Nos. 1766, 1774].

    - Order (I) Authorizing the Debtors to File the Exit Note Commitment Letter Motion Under Seal and (II) Granting Related Relief [Docket No. 1768].

    - Certificate of No Objection with Respect to Debtors' Motion for Entry of an Order (I) Authorizing Entry into and Performance Under the Exit Note Commitment Letter and (II) Granting Related Relief [Docket No. 1814].

    **Status**: The Debtors have received no objections, and therefore believe this matter is uncontested. The Debtors have filed a Certificate of No Objection at Docket No. 1814.

4. **Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Pay Work Fees to Potential Lenders in Connection with a New A/R Facility and (B) Granting Related Relief [Docket No. 1654].**

    Related Documents:

    - Certificate of No Objection with Respect to Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Pay Work Fees to Potential

3

Lenders in Connection with a New A/R Facility and (B) Granting Related Relief [Docket No. 1815].

**Status**: The Debtors have received no objections, and therefore believe this matter is uncontested. The Debtors have filed a Certificate of No Objection at Docket No. 1815.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| February 25, 2024 | Respectfully submitted,<br><br>/s/ *John F. Higgins*<br>**PORTER HEDGES LLP**<br>John F. Higgins (TX Bar No. 09597500)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Megan Young-John (TX Bar No. 24088700)<br>Bryan L. Rochelle (TX Bar No. 24107979)<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>brochelle@porterhedges.com<br><br>- and - |
| **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Andrew N. Goldman (admitted *pro hac vice*)<br>Benjamin W. Loveland (admitted *pro hac vice*)<br>Lauren R. Lifland (admitted *pro hac vice*)<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br>andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com<br>lauren.lifland@wilmerhale.com<br><br>*Section 327(e) Counsel to the Debtors and Debtors in Possession* | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Brian S. Hermann (admitted *pro hac vice*)<br>Andrew M. Parlen (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>Alice Nofzinger (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>bhermann@paulweiss.com<br>aparlen@paulweiss.com<br>jgraham@paulweiss.com<br>anofzinger@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

**Certificate of Service**

I certify that on February 25, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *John F. Higgins*
John F. Higgins