IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF ENTRY INTO AMENDED AND RESTATED
RESTRUCTURING SUPPORT AGREEMENT**

**PLEASE TAKE NOTICE** that on January 16, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Entry into Restructuring Support Agreement* [Docket No. 1613], pursuant to which the Debtors announced that they had entered into a restructuring support agreement with Amazon.com Services LLC and certain holders of the Debtors' prepetition funded debt (together with all schedules and exhibits attached thereto, the "Original RSA").

**PLEASE TAKE FURTHER NOTICE** that on February 26, 2024, pursuant to and in accordance with the terms of the Original RSA, the Debtors entered into an amended and restated restructuring support agreement with the official committee of unsecured creditors appointed by the Office of the United States Trustee in these chapter 11 cases, Amazon.com Services LLC, and certain holders of the Debtors' prepetition funded debt (together with all schedules and exhibits attached thereto, the "Amended RSA"), which amends and restates the Original RSA in its entirety. For the avoidance of doubt, the Amended RSA replaces and supersedes the Original RSA in its entirety.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Amended RSA is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a blackline reflecting a comparison of the Amended RSA to the Original RSA is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| February 26, 2024 | Respectfully submitted, |
| | /s/ *John F. Higgins* |
| | **PORTER HEDGES LLP**<br>John F. Higgins (TX Bar No. 09597500)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Megan Young-John (TX Bar No. 24088700)<br>Bryan L. Rochelle (TX Bar No. 24107979)<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>brochelle@porterhedges.com |
| | - and - |
| **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Andrew N. Goldman (admitted *pro hac vice*)<br>Benjamin W. Loveland (admitted *pro hac vice*)<br>Lauren R. Lifland (admitted *pro hac vice*)<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br>andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com<br>lauren.lifland@wilmerhale.com | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Brian S. Hermann (admitted *pro hac vice*)<br>Andrew M. Parlen (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>Alice Nofzinger (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>bhermann@paulweiss.com<br>aparlen@paulweiss.com<br>jgraham@paulweiss.com<br>anofzinger@paulweiss.com |
| *Section 327(e) Counsel to the Debtors and Debtors in Possession* | *Counsel to the Debtors and Debtors in Possession* |

**Certificate of Service**

   I certify that, on February 26, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                 */s/ John F. Higgins*
                 John F. Higgins