## Exhibit A

**Debtors' Joint Chapter 11 Plan of Reorganization**

[Filed at Docket No. 1845]