<u>**Exhibit D**</u>

**Financial Projections**

[To be filed]