**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) | **Re: Docket No. 1846** |

**NOTICE OF HEARING TO CONSIDER ADEQUACY OF DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE THAT:**

1. On March 14 and 15, 2023 (the "Petition Date"), the above captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

2. On February 29, 2024, the Debtors filed the *Debtors' Joint Chapter 11 Plan of Reorganization* [Docket No. 1845] (as may be amended, modified, or supplemented from time to time, the "Plan"),[2] and a disclosure statement for the Plan [Docket No. 1846] (as may be amended, modified, or supplemented from time to time, the "Disclosure Statement"), pursuant to sections 1125 and 1126(b) of the Bankruptcy Code. Copies of the Plan and Disclosure Statement may be obtained free of charge by (a) visiting the website maintained by the Claims Agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/DSG, (b) calling (877) 720-6635 (U.S./Canada Toll-Free) or +1 (646) 440-4763 (International), or (c) emailing DSGinfo@ra.kroll.com (with "DSG Solicitation Inquiry" in the subject line). Copies may also be obtained for a fee via PACER at http://www.txs.uscourts.gov.

3. A hearing to consider the adequacy of the Disclosure Statement and any objections thereto will be held before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in Courtroom 401 of the United States Bankruptcy Court, 4th Floor, 515 Rusk Street, Houston, Texas 77002, or via remote video, on **April 17, 2024, at 10:00 a.m. (prevailing Central Time)** or as soon thereafter as counsel may be heard (the "Disclosure Statement Hearing"). The Disclosure Statement Hearing may be adjourned from time to time without further notice other than by filing a notice on

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

the Court's docket indicating such adjournment and/or an announcement of the adjourned date or dates at the Disclosure Statement Hearing.

4. The deadline for filing objections to the adequacy of the Disclosure Statement is **April 10, 2024, at 4:00 p.m. (prevailing Central Time)** (the "Objection Deadline"). Any objections to the Disclosure Statement must: (a) be in writing; (b) conform to the applicable Bankruptcy Rules and the Local Rules; (c) state the name of the objecting party and the amount and nature of the Claim or Interest of such party; (d) state the legal and factual basis for and the nature of any objection; and (e) be filed with the Court, together with proof of service.

**UNLESS AN OBJECTION IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE COURT.**

> If you have questions about this notice, please contact
> Kroll Restructuring Administration LLC
> **Telephone**: (877) 720-6635 (Domestic Toll-Free) or +1 (646) 440-4763 (International)
> **Email**: DSGinfo@ra.kroll.com
> **Website**: https://cases.ra.kroll.com/DSG

**THE DISCLOSURE STATEMENT IS SUBJECT TO CHANGE. IT HAS NOT BEEN APPROVED BY THE COURT UNDER SECTION 1125 OF THE BANKRUPTCY CODE. THE DEBTORS ARE NOT SOLICITING VOTES TO ACCEPT OR REJECT THE PLAN AT THIS TIME.**

[*Remainder of page intentionally left blank*]

Dated February 29, 2024

/s/ *John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Andrew N. Goldman (admitted *pro hac vice*)
Benjamin W. Loveland (admitted *pro hac vice*)
Lauren R. Lifland (admitted *pro hac vice*)
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
andrew.goldman@wilmerhale.com
benjamin.loveland@wilmerhale.com
lauren.lifland@wilmerhale.com

*Section 327(e) Counsel to the Debtors and Debtors in Possession*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
aparlen@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

3

## Certificate of Service

  I certify that on February 29, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                  */s/ John F. Higgins*
                  John F. Higgins