IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |

## STIPULATION FOR REMOTE HEARING PARTICIPATION

This Stipulation is made pursuant to paragraph 3(B)(2) of the Southern District of Texas Post-COVID Reopening Plan and paragraph 26 of the Procedures for Complex Cases in the Southern District of Texas.

1. The parties to this Stipulation are:

| Name of Party | Name of Counsel | Counsel's Law Firm |
|---|---|---|
| Debtors | John F. Higgins<br>M. Shane Johnson<br>Megan Young-John<br>Bryan L. Rochelle | Porter Hedges LLP |
| | Brian S. Hermann<br>Andrew M. Parlen<br>Joseph M. Graham<br>Alice Nofzinger | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| | Andrew Goldman<br>Benjamin Loveland | Wilmer Cutler Pickering Hale and Dorr LLP |
| Official Committee of Unsecured Creditors (the "UCC") | Marty L. Brimmage, Jr.<br>Ira S. Dizengoff<br>Abid Qureshi<br>Scott L. Alberino<br>Naomi Moss | Akin Gump Strauss Hauer & Feld LLP |
| First Lien Group | Timothy A. ("Tad") Davidson II<br>Ashley L. Harper<br>Brandon Bell | Hunton Andrews Kurth LLP |
| | Daniel M. Eggermann<br>Jennifer R. Sharret<br>Ashland J. Bernard | Kramer Levin Naftalis & Frankel LLP |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

| Name of Party | Name of Counsel | Counsel's Law Firm |
|---|---|---|
| Crossholder Group | James T. Grogan III<br>Schlea M. Thomas<br>Jayme T. Goldstein<br>Sayan Bhattacharyya<br>Christopher Guhin<br>Matthew Garofalo<br>Emily Kuznick<br>Caroline Diaz | Paul Hastings LLP |
| Amazon.com Services LLC ("Amazon") | Caroline Reckler<br>Jonathan Gordon | Latham & Watkins LLP |
| The Office of the Commissioner of Baseball d/b/a Major League Baseball; Atlanta National League Baseball Club, LLC; Milwaukee Brewers Baseball Club, L.P.; Minnesota Twins, LLC; Detroit Tigers, Inc.; and Rays Baseball Club, LLC (collectively, "MLB and the Clubs") | William A. (Trey) Wood III<br>Mark Dendinger | Bracewell LLP |
| | James L. Bromley<br>Alexa J. Kranzley | Sullivan & Cromwell LLP |
| Cleveland Guardians Baseball Company, LLC (the "Guardians") | Heather Lennox<br>Philip M. Oliss<br>Oliver S. Zeltner<br>Brett W. Bell<br>Nick Buchta<br>Alexander W. Prunka | Jones Day |
| Rangers Baseball Express LLC (the "Rangers") | Thomas E. Lauria<br>Laura Femino<br>Samuel Kava<br>Glenn M. Kurtz<br>Harrison Denman<br>Camille M. Shepherd<br>Elizabeth C. Stainton<br>Charles Koster | White & Case LLP |
| The National Basketball Association and Its Affiliates (including member teams party to telecast agreements with the Debtors) (collectively, the "NBA") | Bruce J. Ruzinsky<br>Matthew D. Cavenaugh<br>Joel R. Glover | Jackson Walker LLP |
| | Vincent Indelicato<br>Michael T. Mervis<br>Steve Y. Ma | Proskauer Rose LLP |

| Name of Party | Name of Counsel | Counsel's Law Firm |
|---|---|---|
| The National Hockey League (the "NHL") | Kelli Stephenson Norfleet | Haynes and Boone, LLP |
| | Shana A. Elberg | Skadden, Arps, Slate, Meagher & Flom LLP |

2. This Stipulation pertains to the hearing scheduled for April 17, 2024, at 10:00 a.m. prevailing Central Time, on the *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures and Solicitation Packages; (III) Scheduling a Hearing on Confirmation of the Plan; (IV) Establishing Procedures for Objecting to the Plan; (V) Approving the Form, Manner, and Sufficiency of Notice of the Confirmation Hearing; and (VI) Granting Related Relief* [Docket No. 1897].

3. Select all that apply:

| | |
|---|---|
| X | Counsel for the Debtors, the UCC, the First Lien Group, the Crossholder Group, Amazon, MLB and the Clubs, the Guardians, the Rangers, the NBA, and the NHL will only appear remotely at the hearing identified in paragraph 2. This stipulation applies to all counsel who may be acting for the identified parties. |
| X | Witnesses will only appear remotely at the hearing identified in paragraph 2. |
| | Witnesses will appear both remotely and in-person. Counsel must provide a list identifying which witnesses will appear remotely and which will appear in person. |
| | Other: |

4. This Stipulation is binding when it is electronically filed with the Clerk. This Stipulation may not be modified except by Court order.

Dated: April 11, 2024

[*Signature pages follow*]

|  | /s/ John F. Higgins |
|---|---|
|  | **PORTER HEDGES LLP** |
|  | John F. Higgins (TX Bar No. 09597500) |
|  | M. Shane Johnson (TX Bar No. 24083263) |
|  | Megan Young-John (TX Bar No. 24088700) |
|  | Bryan L. Rochelle (TX Bar No. 24107979) |
|  | 1000 Main St., 36th Floor |
|  | Houston, Texas 77002 |
|  | Telephone: (713) 226-6000 |
|  | Facsimile: (713) 226-6248 |
|  | jhiggins@porterhedges.com |
|  | sjohnson@porterhedges.com |
|  | myoung-john@porterhedges.com |
|  | brochelle@porterhedges.com |

- and -

| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|---|---|
| Andrew N. Goldman (admitted *pro hac vice*) | Brian S. Hermann (admitted *pro hac vice*) |
| Benjamin W. Loveland (admitted *pro hac vice*) | Andrew M. Parlen (admitted *pro hac vice*) |
| Lauren R. Lifland (admitted *pro hac vice*) | Joseph M. Graham (admitted *pro hac vice*) |
| 250 Greenwich Street | Alice Nofzinger (admitted *pro hac vice*) |
| New York, New York 10007 | 1285 Avenue of the Americas |
| Telephone: (212) 230-8800 | New York, New York 10019 |
| Facsimile: (212) 230-8888 | Telephone: (212) 373-3000 |
| andrew.goldman@wilmerhale.com | Facsimile: (212) 757-3990 |
| benjamin.loveland@wilmerhale.com | bhermann@paulweiss.com |
| lauren.lifland@wilmerhale.com | aparlen@paulweiss.com |
|  | jgraham@paulweiss.com |
|  | anofzinger@paulweiss.com |
| *Section 327(e) Counsel to the Debtors and Debtors in Possession* | *Counsel to the Debtors and Debtors in Possession* |

*/s/ Marty L. Brimmage, Jr.*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr. (State Bar No. 00793386; S.D. Tex. 30464)
2300 N. Field Street, Suite 1800
Dallas, TX 75201-2481
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
mbrimmage@akingump.com

Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Naomi Moss (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
aqureshi@akingump.com
nmoss@akingump.com

Scott L. Alberino (admitted *pro hac vice*)
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com

*Counsel to the UCC*

/s/ *Timothy A. Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Ashley L. Harper (TX Bar No. 24065272)
Brandon Bell (TX Bar No. 24127019)
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
taddavidson@HuntonAK.com
ashleyharper@HuntonAK.com
bbell@HuntonAK.com

- and -

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Daniel M. Eggermann (admitted *pro hac vice*)
Jennifer R. Sharret (admitted *pro hac vice*)
Ashland J. Bernard (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
deggermann@KramerLevin.com
jsharret@KramerLevin.com
abernard@KramerLevin.com

*Counsel to the First Lien Group*

*/s/ James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
Schlea M. Thomas (TX Bar No. 24131710)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
jamesgrogan@paulhastings.com
schleathomas@paulhastings.com

Jayme T. Goldstein (admitted *pro hac vice*)
Sayan Bhattacharyya (admitted *pro hac vice*)
Christopher M. Guhin (admitted *pro hac vice*)
Matthew Garofalo (admitted *pro hac vice*)
Emily Kuznick (admitted *pro hac vice*)
Caroline Diaz (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
jaymegoldstein@paulhastings.com
sayanbhattacharyya@paulhastings.com
chrisguhin@paulhastings.com
mattgarofalo@paulhastings.com
emilykuznick@paulhastings.com
carolinediaz@paulhastings.com

*Counsel to the Crossholder Group*

*/s/ Caroline Reckler*
**LATHAM & WATKINS LLP**
Caroline Reckler (S.D. Tex. Bar No. IL6275746)
Jonathan Gordon
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9667
caroline.reckler@lw.com
jonathan.gordon@lw.com

*Counsel to Amazon*

*/s/ James L. Bromley*
**BRACEWELL LLP**
William A. (Trey) Wood III (Texas Bar No. 21916050)
711 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1166
Facsimile: (713) 221-1212
trey.wood@bracewell.com

Mark Dendinger (admitted *pro hac vice*)
CityPlace I, 34th Floor, 185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 256-8541
Facsimile: (800) 404-3970
mark.dendinger@bracewell.com

- and -

**SULLIVAN & CROMWELL LLP**
James L. Bromley (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
bromleyj@sullcrom.com
kranzleya@sullcrom.com

*Counsel to MLB and the Clubs*

*/s/ Oliver S. Zeltner*
**JONES DAY**
Heather Lennox (admitted *pro hac vice*)
Philip M. Oliss (admitted *pro hac vice*)
Oliver S. Zeltner (TX Bar No. 2410400)
Brett W. Bell (admitted *pro hac vice*)
Nick Buchta (admitted *pro hac vice*)
Alexander W. Prunka (admitted *pro hac vice*)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
hlennox@jonesday.com
poliss@jonesday.com
ozeltner@jonesday.com
bbell@jonesday.com
nbuchta@jonesday.com
aprunka@jonesday.com

*Counsel to the Guardians*

*/s/ Charles Koster*
**WHITE & CASE LLP**
Thomas E. Lauria (Texas Bar No. 11998025)
Laura Femino (admitted *pro hac vice*)
Samuel Kava (admitted *pro hac vice*)
200 South Biscayne Blvd., Suite 4900
Miami, Florida
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
laura.femino@whitecase.com
sam.kava@whitecase.com

Glenn M. Kurtz (admitted *pro hac vice*)
Harrison Denman (admitted *pro hac vice*)
Camille M. Shepherd (admitted *pro hac vice*)
Elizabeth C. Stainton (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
gkurtz@whitecase.com
harrison.denman@whitecase.com
camille.shepherd@whitecase.com
elizabeth.stainton@whitecase.com

Charles Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
charles.koster@whitecase.com

*Counsel to the Rangers*

*/s/ Vincent Indelicato*
**JACKSON WALKER LLP**
Bruce J. Ruzinsky (TX Bar No. 17469425)
Matthew D. Cavenaugh (TX Bar No. 24062656)
Joel R. Glover (TX Bar No. 24087593)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
bruzinsky@jw.com
mcavenaugh@jw.com
jglover@jw.com

- and -

**PROSKAUER ROSE LLP**
Vincent Indelicato (admitted *pro hac vice*)
Michael T. Mervis (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
vindelicato@proskauer.com
mmervis@proskauer.com

Steve Y. Ma (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
sma@proskauer.com

*Counsel to the NBA*

*/s/ Shana A. Elberg*
**HAYNES AND BOONE, LLP**
Kelli Stephenson Norfleet
Attorney-in-Charge
State Bar No. 24070678
Federal Bar No. 1054894
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Tel: (713) 547-2630
Facsimile: (713) 236-5621
kelli.norfleet@haynesboone.com

- and -

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Shana A. Elberg (admitted *pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3882
Facsimile: (917) 777-3882
shana.elberg@skadden.com

*Counsel to the NHL*