IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DEBTORS' AGENDA OF MATTERS SET FOR VIRTUAL HEARING ON APRIL 17, 2024, AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE CHRISTOPHER M. LOPEZ:

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this agenda of matters set for **virtual hearing** on **April 17, 2024, at 10:00 a.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002:

1. **Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures and Solicitation Packages; (III) Scheduling a Hearing on Confirmation of the Plan; (IV) Establishing Procedures for Objecting to the Plan; (V) Approving the Form, Manner, and Sufficiency of Notice of the Confirmation Hearing; and (VI) Granting Related Relief [Docket No. 1897].**

    Related Documents:

    - Debtors' Joint Chapter 11 Plan of Reorganization [Docket No. 1845].

    - Disclosure Statement for the Debtors' Joint Chapter 11 Plan of Reorganization [Docket No. 1846].

    - Notice of Hearing to Consider Adequacy of Disclosure Statement [Docket No. 1847].

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

- Debtors' Exhibit & Witness List for Hearing on April 17, 2024, at 10:00 a.m. (Prevailing Central Time) [Docket No. 1964].

Responses:

- Omnibus Response of the National Basketball Association and Its Affiliates to (A) Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures and Solicitation Packages; (III) Scheduling a Hearing on Confirmation of the Plan; (IV) Establishing Procedures for Objecting to the Plan; (V) Approving the Form, Manner and Sufficiency of Notice of the Confirmation Hearing; and (VI) Granting Related Relief and (B) Debtors' Fourth Motion for Entry of an Order Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 1957].

- Omnibus Response and Reservation of Rights of the National Hockey League with Respect to (A) the Debtors' Disclosure Statement for the Debtors' Joint Chapter 11 Plan of Reorganization and (B) the Debtors' Fourth Motion for Entry of an Order Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 1958].

- Reservation of Rights of Major League Baseball and Certain Major League Baseball Clubs Related to Debtors' Chapter 11 Plan of Reorganization [Docket No. 1959].

**Status**: This matter will be going forward.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| April 16, 2024 | Respectfully submitted,<br><br>*/s/ John F. Higgins*<br>**PORTER HEDGES LLP**<br>John F. Higgins (TX Bar No. 09597500)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Megan Young-John (TX Bar No. 24088700)<br>Bryan L. Rochelle (TX Bar No. 24107979)<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>brochelle@porterhedges.com<br><br>- and - |
| **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Andrew N. Goldman (admitted *pro hac vice*)<br>Benjamin W. Loveland (admitted *pro hac vice*)<br>Lauren R. Lifland (admitted *pro hac vice*)<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br>andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com<br>lauren.lifland@wilmerhale.com<br><br>*Section 327(e) Counsel to the Debtors and Debtors in Possession* | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Brian S. Hermann (admitted *pro hac vice*)<br>Andrew M. Parlen (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>Alice Nofzinger (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>bhermann@paulweiss.com<br>aparlen@paulweiss.com<br>jgraham@paulweiss.com<br>anofzinger@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## Certificate of Service

      I certify that on April 16, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ John F. Higgins*
                                              John F. Higgins