IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 1845** |

### NOTICE OF FILING REVISED PLAN

**PLEASE TAKE NOTICE** that, on February 29, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Joint Chapter 11 Plan of Reorganization* (the "Plan") [Docket No. 1845].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised version of the Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the revised Plan against the prior version of the Plan filed at Docket No. 1845.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter, amend, supplement, or otherwise modify the Plan (including any exhibits or annexes thereto).

[*Remainder of page intentionally left blank*]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

April 16, 2024                                                  Respectfully submitted,

/s/ *John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|---|---|
| Andrew N. Goldman (admitted *pro hac vice*) | Brian S. Hermann (admitted *pro hac vice*) |
| Benjamin W. Loveland (admitted *pro hac vice*) | Andrew M. Parlen (admitted *pro hac vice*) |
| Lauren R. Lifland (admitted *pro hac vice*) | Joseph M. Graham (admitted *pro hac vice*) |
| 250 Greenwich Street | Alice Nofzinger (admitted *pro hac vice*) |
| New York, New York 10007 | 1285 Avenue of the Americas |
| Telephone: (212) 230-8800 | New York, New York 10019 |
| Facsimile: (212) 230-8888 | Telephone: (212) 373-3000 |
| andrew.goldman@wilmerhale.com | Facsimile: (212) 757-3990 |
| benjamin.loveland@wilmerhale.com | bhermann@paulweiss.com |
| lauren.lifland@wilmerhale.com | aparlen@paulweiss.com |
| | jgraham@paulweiss.com |
| | anofzinger@paulweiss.com |
| *Section 327(e) Counsel to the Debtors and Debtors in Possession* | *Counsel to the Debtors and Debtors in Possession* |

## Certificate of Service

    I certify that on April 16, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *John F. Higgins*
John F. Higgins