IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket Nos. 1846, 1972** |

**NOTICE OF FILING SOLICITATION VERSION OF THE DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that, on February 29, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Disclosure Statement for the Debtors' Joint Chapter 11 Plan of Reorganization* (the "Disclosure Statement") [Docket No. 1846].

**PLEASE TAKE FURTHER NOTICE** that, on April 16, 2024, the Debtors filed a revised version of the Disclosure Statement [Docket No. 1972-1].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a solicitation version of the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a changed pages only redline of the solicitation version of the Disclosure Statement reflecting changes from the Disclosure Statement filed at Docket No. 1972-1.

**PLEASE TAKE FURTHER NOTICE** that copies of the solicitation version of the Disclosure Statement and all other documents filed in these chapter 11 cases may be obtained free of charge by (a) visiting the website maintained by the Claims Agent, Kroll Restructuring

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

Administration LLC, at https://cases.ra.kroll.com/DSG, (b) calling (877) 720-6635 (U.S./Canada Toll-Free) or +1 (646) 440-4763 (International), or (c) emailing DSGinfo@ra.kroll.com. Copies may also be obtained for a fee via PACER at http://www.txs.uscourts.gov.

[*Remainder of page intentionally left blank*]

April 17, 2024                                               Respectfully submitted,

                                                             */s/ John F. Higgins*
                                                             **PORTER HEDGES LLP**
                                                             John F. Higgins (TX Bar No. 09597500)
                                                             M. Shane Johnson (TX Bar No. 24083263)
                                                             Megan Young-John (TX Bar No. 24088700)
                                                             Bryan L. Rochelle (TX Bar No. 24107979)
                                                             1000 Main St., 36th Floor
                                                             Houston, Texas 77002
                                                             Telephone: (713) 226-6000
                                                             Facsimile: (713) 226-6248
                                                             jhiggins@porterhedges.com
                                                             sjohnson@porterhedges.com
                                                             myoung-john@porterhedges.com
                                                             brochelle@porterhedges.com

                                                             - and -

**WILMER CUTLER PICKERING HALE AND DORR LLP**                **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Goldman (admitted *pro hac vice*)                  Brian S. Hermann (admitted *pro hac vice*)
Benjamin W. Loveland (admitted *pro hac vice*)               Andrew M. Parlen (admitted *pro hac vice*)
Lauren R. Lifland (admitted *pro hac vice*)                  Joseph M. Graham (admitted *pro hac vice*)
250 Greenwich Street                                         Alice Nofzinger (admitted *pro hac vice*)
New York, New York 10007                                     1285 Avenue of the Americas
Telephone: (212) 230-8800                                    New York, New York 10019
Facsimile: (212) 230-8888                                    Telephone: (212) 373-3000
andrew.goldman@wilmerhale.com                                Facsimile: (212) 757-3990
benjamin.loveland@wilmerhale.com                             bhermann@paulweiss.com
lauren.lifland@wilmerhale.com                                aparlen@paulweiss.com
                                                             jgraham@paulweiss.com
                                                             anofzinger@paulweiss.com

*Section 327(e) Counsel to the Debtors and Debtors in Possession*   *Counsel to the Debtors and Debtors in Possession*

3

**Certificate of Service**

    I certify that on April 17, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                    */s/ John F. Higgins*
                                    John F. Higgins