IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF MODIFIED DATES AND DEADLINES RELATED TO CONFIRMATION OF THE DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION**

[Related to Docket No. 1977]

**PLEASE TAKE NOTICE THAT:**

On February 29, 2024, the Debtors filed the *Debtors' Joint Chapter 11 Plan of Reorganization* (as may be amended, modified, or supplemented from time to time, the "Plan"), and a disclosure statement for the Plan (as may be amended, modified, or supplemented from time to time, the "Disclosure Statement"), pursuant to sections 1125 and 1126(b) of the Bankruptcy Code. On April 17, 2024, the Court entered an order approving the Disclosure Statement as having adequate information under section 1125 of the Bankruptcy Code [Docket No. 1977] (the "Disclosure Statement Order").[2]

The Debtors have determined to modify certain dates and deadlines related to Plan solicitation and confirmation established pursuant to paragraph 2 of the Disclosure Statement Order as follows:

| **Event** | **Original Date/Deadline** | **Modified Date/Deadline** |
|---|---|---|
| Initial Plan Supplement Filing[3] | May 15, 2024 | May 29, 2024 |
| Voting/Opt-Out Deadline | May 22, 2024, at 4:00 p.m. (prevailing Central Time) | June 5, 2024, at 4:00 p.m. (prevailing Central Time) |
| Plan Objection Deadline | May 22, 2024, at 4:00 p.m. (prevailing Central Time) | June 5, 2024, at 4:00 p.m. (prevailing Central Time) |
| Deadline to File Voting Report | May 31, 2024 | June 14, 2024 |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Disclosure Statement Order.

[3] The Debtors may file additional Plan Supplements (which may be in multiple installments) on or prior to the Effective Date.

All other dates and deadlines set forth in the Disclosure Statement Order remain unchanged at this time.  The Debtors reserve the right to further modify all dates and deadlines with respect to Plan solicitation and for objecting to, and confirmation of, the Plan, in accordance with the Disclosure Statement Order.

A hearing to consider confirmation of the Plan and any objections thereto will be held before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in Courtroom 401 of the United States Bankruptcy Court, 4th Floor, 515 Rusk Street, Houston, Texas 77002, or via remote video, on **June 18, 2024, at 9:00 a.m. (prevailing Central Time)** or as soon thereafter as counsel may be heard (the "Confirmation Hearing").  The Confirmation Hearing may be adjourned from time to time without further notice other than by filing a notice on the Court's docket indicating such adjournment and/or an announcement of the adjourned date or dates at the Confirmation Hearing.

Copies of the Plan[4] and Disclosure Statement (and all exhibits thereto) may be obtained free of charge by:  (a) visiting the website maintained by the claims and solicitation agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/DSG; (b) calling (877) 720-6635 (U.S./Canada Toll-Free) or +1 (646) 440-4763 (International); or (c) emailing DSGinfo@ra.kroll.com (with "DSG Solicitation Inquiry" in the subject line).  Copies may also be obtained for a fee via PACER at http://www.txs.uscourts.gov.

[*Remainder of page intentionally left blank*]

---

[4]  When filed, copies of the Plan Supplement (which may occur in multiple installments) will also be available through the Claims Agent free of charge and via PACER for a fee.

Dated May 15, 2024

/s/ John F. Higgins
-------------------------------

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Andrew N. Goldman (admitted *pro hac vice*)
Benjamin W. Loveland (admitted *pro hac vice*)
Lauren R. Lifland (admitted *pro hac vice*)
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
andrew.goldman@wilmerhale.com
benjamin.loveland@wilmerhale.com
lauren.lifland@wilmerhale.com

*Section 327(e) Counsel to the Debtors and Debtors in Possession*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
aparlen@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

  I certify that on May 15, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                   */s/ John F. Higgins*
                   John F. Higgins