IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | Case No. 23-90116 (CML) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION
FOR DISCOVERY CONFERENCE**
[Related to Docket No. ___]

Having considered the *Debtors' Emergency Motion for Discovery Conference* (the "Motion"), it is hereby ORDERED THAT the Motion is GRANTED, and the Court will hold a status conference on June 18, 2024, at 11:30 a.m. (prevailing Central Time).

Dated: _____, 2024
Houston, Texas

The Honorable Christopher M. Lopez
United States Bankruptcy Judge

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/ DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.