# EXHIBIT A

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 19, 2024

Via E-Mail

Andrew N. Goldman,
  Wilmer Cutler Pickering Hale and Dorr LLP,
    250 Greenwich Street,
      New York, NY 10007.

Re:   *In re Diamond Sports Group, LLC, et al.*, Case No. 23-90116 (CML)

Dear Andy,

We write on behalf of the Office of the Commissioner of Baseball ("MLB") and certain constituent major league baseball clubs (the "Clubs") with respect to the ongoing discovery disputes with Diamond Sports Group, LLC and its affiliated debtors and debtors-in-possession (the "Debtors") in connection with confirmation of the *Debtor's Joint Chapter 11 Plan of Reorganization* (Dkt. No. 1982) (as may be amended, modified, or supplemented from time to time, the "Plan").

In particular, we write regarding critical information related to the Debtors' distribution arrangements with certain multichannel video programming distributors and virtual multichannel video programming distributors (collectively, the "Distributors"), including, but not limited to, Charter Communications, Inc., Cox Communications, Inc., and DIRECTV, LLC.  In an effort to resolve the ongoing discovery disputes, MLB and the Clubs propose the following with respect to MLB and the Clubs' discovery requests (such information, the "Distributor Information"):

- *Historical Revenues*:  For the 12-month period ending April 30, 2024, historical revenues from Distributors on an aggregate basis (excluding Arizona and San Diego);
- *Actual Revenues*:  For the months ending May 31, 2024 and June 30, 2024, actual revenues for each month, anonymized on an individual Distributor basis;

- *Projected Revenues*:  For the period beginning July 1, 2024, projected revenues on a monthly basis through fiscal year-end of 2026, anonymized on an individual Distributor basis;
- *Most Favored Nations Provision*:  For each individual Distributor, on the same anonymized basis as above, the contractual language of each "Most Favored Nations" provision in such Distributor's distribution arrangement with the Debtors, and the contractual language of any other existing contractual provision that is or could be impacted by the application of the Most Favored Nations provision (*i.e.*, rate by territory, carriage or tier terms, minimum pay-ons, DTC rights, rebates, etc.).

Such Distributor Information will only be provided to the advisors of MLB and the Clubs and will be treated as "professional eyes only".  We also reserve all rights to make further requests with respect to the distribution arrangements to the extent we believe such terms have a meaningful impact on the Debtors' projections and the feasibility of the Plan.

In light of the Friday, June 21 status conference to further discuss the ongoing discovery disputes, we would appreciate if you can let us know whether this proposal is acceptable to the Debtors as soon as possible.

Very truly yours,

/s/ *James L. Bromley*

James L. Bromley

cc:    Stuart R. Lombardi
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
slombardi@willkie.com
Tel: (212) 728-8000
Attorneys for Cox Communications, Inc.

Judson Brown
Kirkland & Ellis LLP
1301 Pennsylvania Ave NW
Washington, DC 2004
judson.brown@kirkland.com
Tel: (202) 879-5000
Attorneys for Charter Communications, Inc.

Robert S. Berezin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Robert.Berezin@weil.com

Tel: (212) 310-8000
Attorneys for DIRECTV, LLC