# EXHIBIT B

| | |
|---|---|
| **From:** | Lombardi, Stuart |
| **Sent:** | Thursday, June 20, 2024 1:38 PM |
| **To:** | 'Rosenthal, David M.'; Firsenbaum, Ross; Goldman, Andrew; Loveland, Benjamin; Pierce, Allyson |
| **Cc:** | judson.brown@kirkland.com; Robert.Berezin@weil.com; *MLB.DSGBankruptcy; Walker, Benjamin R.; Taylor, Amy J.; Wigler, Amanda |
| **Subject:** | RE: DSG - Letter re Distributor Discovery |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Jim,

Thank you for your letter. With respect to the one issue left open by Tuesday's status conference (MLB's request for the text of the MFN provisions), Cox, Charter, and DirecTV would agree to the following if acceptable to the Debtors as well:

> For current agreements, the forms of any MFNs directly affecting rates (including volume and penetration discounts, but excluding MFNs related to bad debt allowances, channel placement discounts, launch support, marketing spends, and similar ancillary MFNs that may indirectly affect rates). Such MFNs to be provided on an anonymized (*e.g.*, certain non-economic terms that would otherwise reveal the distributor's identity) and outside-professionals'-eyes-only basis, and any outside professional who has access to the information cannot be involved in negotiating agreements with the Debtors or Distributors for a period of four years.

Your letter attempts to revisit two other issues that were not left open. First, your letter asks for actual and projected revenues by distributor. But at Tuesday's status conference, Judge Lopez was clear that the revenue information will be aggregated across distributors and geographies, subject to MLB's right to revisit after depositions. The Distributors do not agree to reverse the Court's decision. Second, your letter seeks the text of other contractual provisions besides the MFNs. But that is not an issue left open following Tuesday's conference. We understand that tomorrow's status conference is laser focused on MLB's request for the MFNs. We believe our proposal above should resolve the MFN issue in a manner acceptable to all parties.

Please let us know as soon as possible if you agree to the proposal above.

Regards,
Stuart


**Stuart R. Lombardi**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8882 | Fax: +1 212 728 8111
slombardi@willkie.com | vCard | www.willkie.com bio

---

**From:** Rosenthal, David M. <rosenthald@sullcrom.com>
**Sent:** Wednesday, June 19, 2024 8:55 PM
**To:** Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Goldman, Andrew <Andrew.Goldman@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; Pierce, Allyson <Allyson.Pierce@wilmerhale.com>
**Cc:** Lombardi, Stuart <slombardi@willkie.com>; judson.brown@kirkland.com; Robert.Berezin@weil.com; *MLB.DSGBankruptcy <MLB.DSGBankruptcy@sullcrom.com>; Walker, Benjamin R. <walkerb@sullcrom.com>; Taylor,

Amy J. <tayloramy@sullcrom.com>
**Subject:** DSG - Letter re Distributor Discovery

**\*\*\* EXTERNAL EMAIL \*\*\***

All, please see attached.

Best,
Dave

**David M. Rosenthal**
S&#85;LLIVAN & C&#82;OMWELL LLP
125 Broad Street | New York, NY 10004-2498
+1 212 558 4049 (T) | +1 484 459 1270 (M)
rosenthald@sullcrom.com | www.sullcrom.com

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.