**EXHIBIT C**

| | |
|---|---|
| **From:** | Bromley, James L. <bromleyj@sullcrom.com> |
| **Sent:** | Thursday, June 20, 2024 2:06 PM |
| **To:** | Lombardi, Stuart; Rosenthal, David M.; Firsenbaum, Ross; Goldman, Andrew; Loveland, Benjamin; Pierce, Allyson |
| **Cc:** | judson.brown@kirkland.com; Robert.Berezin@weil.com; *MLB.DSGBankruptcy; Walker, Benjamin R.; Taylor, Amy J.; Wigler, Amanda |
| **Subject:** | RE: [EXTERNAL] RE: DSG - Letter re Distributor Discovery |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**\*\*\* EXTERNAL EMAIL \*\*\***

Stuart,

We disagree with your email's characterization of Tuesday's status conference. No rulings were made and all rights reserved. Our proposal is our proposal. We now have yours. We will convey this to our client, but expect we will proceed tomorrow.

Jim

---

**From:** Lombardi, Stuart <slombardi@willkie.com>
**Date:** Thursday, Jun 20, 2024 at 7:38 PM
**To:** Rosenthal, David M. <rosenthald@sullcrom.com>, Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>, Goldman, Andrew <Andrew.Goldman@wilmerhale.com>, Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>, Pierce, Allyson <Allyson.Pierce@wilmerhale.com>
**Cc:** judson.brown@kirkland.com <judson.brown@kirkland.com>, Robert.Berezin@weil.com <Robert.Berezin@weil.com>, *MLB.DSGBankruptcy <MLB.DSGBankruptcy@sullcrom.com>, Walker, Benjamin R. <walkerb@sullcrom.com>, Taylor, Amy J. <tayloramy@sullcrom.com>, Wigler, Amanda <AWigler@willkie.com>
**Subject:** [EXTERNAL] RE: DSG - Letter re Distributor Discovery

Jim,

Thank you for your letter. With respect to the one issue left open by Tuesday's status conference (MLB's request for the text of the MFN provisions), Cox, Charter, and DirecTV would agree to the following if acceptable to the Debtors as well:

> For current agreements, the forms of any MFNs directly affecting rates (including volume and penetration discounts, but excluding MFNs related to bad debt allowances, channel placement discounts, launch support, marketing spends, and similar ancillary MFNs that may indirectly affect rates). Such MFNs to be provided on an anonymized (*e.g.*, certain non-economic terms that would otherwise reveal the distributor's identity) and outside-professionals'-eyes-only basis, and any outside professional who has access to the information cannot be involved in negotiating agreements with the Debtors or Distributors for a period of four years.

Your letter attempts to revisit two other issues that were not left open.  First, your letter asks for actual and projected revenues by distributor.  But at Tuesday's status conference, Judge Lopez was clear that the revenue information will be aggregated across distributors and geographies, subject to MLB's right to revisit after depositions.  The Distributors do not agree to reverse the Court's decision.  Second, your letter seeks the text of other contractual provisions besides the MFNs.  But that is not an issue left open following Tuesday's conference.  We understand that tomorrow's status conference is laser focused on MLB's request for the MFNs.  We believe our proposal above should resolve the MFN issue in a manner acceptable to all parties.

Please let us know as soon as possible if you agree to the proposal above.

Regards,
Stuart

**Stuart R. Lombardi**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8882 | Fax: +1 212 728 8111
slombardi@willkie.com | vCard [willkie.com] | www.willkie.com bio [willkie.com]

---

**From:** Rosenthal, David M. <rosenthald@sullcrom.com>
**Sent:** Wednesday, June 19, 2024 8:55 PM
**To:** Firsenbaum, Ross <Ross.Firsenbaum@wilmerhale.com>; Goldman, Andrew <Andrew.Goldman@wilmerhale.com>; Loveland, Benjamin <Benjamin.Loveland@wilmerhale.com>; Pierce, Allyson <Allyson.Pierce@wilmerhale.com>
**Cc:** Lombardi, Stuart <slombardi@willkie.com>; judson.brown@kirkland.com; Robert.Berezin@weil.com; *MLB.DSGBankruptcy <MLB.DSGBankruptcy@sullcrom.com>; Walker, Benjamin R. <walkerb@sullcrom.com>; Taylor, Amy J. <tayloramy@sullcrom.com>
**Subject:** DSG - Letter re Distributor Discovery

**\*\*\* EXTERNAL EMAIL \*\*\***

All, please see attached.

Best,
Dave

**David M. Rosenthal**
**Sullivan & Cromwell LLP**
125 Broad Street | New York, NY 10004-2498
+1 212 558 4049 (T) | +1 484 459 1270 (M)
rosenthald@sullcrom.com | www.sullcrom.com

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.