Electronic Appearance Sheet

Caroline Reckler, Latham & Watkins
Client(s): Amazon.com Services

Jimmy PArrish, Baker & Hostetler LLP
Client(s): Atlanta National League Baseball Club LLC

Kristin Elliott , Kelley Drye & Warren LLP
Client(s): US Bank, as indenture trustee

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): DIRECTV, LLC

Daniel Eggermann, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Jennifer Sharret, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Ashland Bernard, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Edan Lisovicz, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Robert  Berezin, Weil, Gotshal & Manges LLP
Client(s): DirecTV

Daniel Eggermann, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Jennifer Sharret, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Sayan Bhattacharyya, Paul Hastings LLP
Client(s): Ad Hoc Cross Holder Group

Emily Kuznick, Paul Hastings LLP
Client(s): Ad Hoc Cross Holder Group

Ashley Harper, Hunton Andrews Kurth LLP
Client(s): Ad Hoc First Lien Group

Megan Young-John, Porter Hedges LLP
Client(s): Debtors and Debtors in Possession

Bruce J Ruzinsky, Jackson Walker LLP
Client(s): NBA

Electronic Appearance Sheet

Steve Ma, Proskauer
Client(s): NBA

Michael Mervis, Proskauer
Client(s): NBA

David Trausch, Haynes and Boone, LLP
Client(s): National Hockey League

Shana Elberg, Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
Client(s): National Hockey League

John Higgins, Porter Hedges LLP
Client(s): Debtors and Debtors in Possession