United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AMENDMENT TO STIPULATED PROTECTIVE ORDER**
[Related to Dkt. No. 822]

This Amendment to Stipulated Protective Order (this "Amended Order") is entered into by and among: (a) the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"); (b) the Official Committee of Unsecured Creditors of Diamond Sports Group, LLC, *et al.*; and (c) Cleveland Guardians Baseball Company, LLC (the "Guardians") and Rangers Baseball LLC (the "Rangers"); (d) the Office of the Commissioner of Baseball d/b/a Major League Baseball ("MLB"), on behalf of itself, its affiliates, and each MLB club that is a party to a telecast rights agreement with the Debtors or their non-debtor affiliates (together with the Guardians and the Rangers, the "MLB Clubs"); (e) the National Basketball Association ("NBA"), on behalf of itself, its affiliates, and each NBA team that is a party to a telecast rights agreement with the Debtors or their non-debtor affiliates (the "NBA Teams"); (f) the National Hockey League ("NHL"), on behalf of itself, its affiliates, and each NHL club that is a party to a telecast rights agreement with the Debtors or their non-debtor affiliates (the "NHL Clubs"); (g) the Ad Hoc Crossholder Group; (h) the Ad Hoc First Lien Group; (i) Amazon.com

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

1

Services LLC ("Amazon"); and (j) any other persons or entities who are seeking Discovery Material, or from whom Discovery Material is sought in these cases and who becomes bound by this Order. Each of the persons or entities identified in the foregoing clauses (a) through (j) shall be referred to herein individually as a "Party" and collectively as the "Parties."[2] The Parties, by and through their respective attorneys of record, and subject to approval by the Court, have agreed to entry of this Amended Order, which amends the *Stipulated Protective Order* entered by the Court on June 2, 2023 [Docket No. 822] (the "Protective Order"), pursuant to 11 U.S.C. § 107(b) and Bankruptcy Rule 9018, and, as applicable, pursuant to Bankruptcy Rules 7026 and 9014 and Federal Rule 26(c).[3]

### Recitals

WHEREAS, certain of the Parties entered into the Protective Order, which was entered by the Court on June 2, 2023;

WHEREAS, the NBA, on behalf of itself, its affiliates, and the NBA Teams, desires to become a party to the Protective Order and subject to all of its terms;

WHEREAS, the NHL, on behalf of itself, its affiliates, and the NHL Clubs, desires to become a party to the Protective Order and subject to all of its terms;

WHEREAS, certain MLB Clubs that were not parties to the Protective Order desire to become parties to the Protective Order and subject to all of its terms; and

WHEREAS, Amazon desires to become a party to the Protective Order and subject to all of its terms.

---

[2] The designation of a "Party" is for purposes of reference in this Amended Order only. In addition to the Parties, the Ad Hoc Secured Group was a signatory to the Protective Order. The Ad Hoc Secured Group did not produce any Discovery Material under the Protective Order and is no longer involved in the Chapter 11 Cases. Accordingly, the Ad Hoc Secured Group is not a Party to this Amended Order, it will not receive any Discovery Material from and after the date of this Amended Order, and its rights are not impacted by this Amended Order.

[3] Capitalized terms used but not defined herein shall have the meanings given to them in the Protective Order.

NOW, THEREFORE, to facilitate and expedite the production, exchange, and treatment of Discovery Material, and to facilitate the prompt resolution of disputes over confidentiality, and to protect Discovery Material that a Party seeks to maintain as Confidential Material, Attorneys' Eyes Only Material, or Outside Counsel Only Material (as those terms are defined in the Protective Order), it is hereby stipulated and agreed, and, upon Court approval, it is hereby ORDERED:

1. The NBA, its affiliates, and the NBA Teams are deemed "Parties" to the Protective Order and subject to its terms, and, for the avoidance of doubt, are deemed to be included in the list of parties that are entitled to receive information pursuant to paragraphs 10 through 12 of the Protective Order.

2. The NHL, its affiliates, and the NHL Clubs are deemed "Parties" to the Protective Order and subject to its terms, and, for the avoidance of doubt, are deemed to be included in the list of parties that are entitled to receive information pursuant to paragraphs 10 through 12 of the Protective Order.

3. The MLB Clubs are deemed "Parties" to the Protective Order and subject to its terms, and, for the avoidance of doubt, are deemed to be included in the list of parties that are entitled to receive information pursuant to paragraphs 10 through 12 of the Protective Order.

4. Amazon is deemed a "Party" to the Protective Order and subject to its terms, and, for the avoidance of doubt, are deemed to be included in the list of parties that are entitled to receive information pursuant to paragraphs 10 through 12 of the Protective Order.

5.       Except as otherwise expressly modified by this Amended Order, all terms and provisions of the Protective Order remain in full force and effect.

**THE FOREGOING STIPULATION IS SO ORDERED:**

Signed: June 21, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

**IT IS SO STIPULATED:**

Dated:  June 20, 2024

| | |
|---|---|
| */s/ John F. Higgins* | */s/ Marty L. Brimmage, Jr.* |

**PORTER HEDGES LLP**
John F. Higgins, IV (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email: jhiggins@porterhedges.com
Email: sjohnson@porterhedges.com
Email: myoung-john@porterhedges.com
Email: brochelle@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: bhermann@paulweiss.com
Email: aparlen@paulweiss.com
Email: jgraham@paulweiss.com
Email: anofzinger@paulweiss.com

- and –

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Andrew N. Goldman (admitted *pro hac vice*)
Benjamin W. Loveland (admitted *pro hac vice*)
Lauren R. Lifland (admitted *pro hac vice*)
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr. (TX Bar No. 00793386)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com

- and -

Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Naomi Moss (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: aqureshi@akingump.com
Email: nmoss@akingump.com

- and -

Scott L. Alberino (admitted *pro hac vice*)
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: salberino@akingump.com

*Counsel to the Official Committee of Unsecured Creditors*

5

Facsimile: (212) 230-8888
Email: andrew.goldman@wilmerhale.com
Email: benjamin.loveland@wilmerhale.com
Email: lauren.lifland@wilmerhale.com

*Counsel for the Debtors and Debtors in Possession*

*/s/ James L. Bromley*

**SULLIVAN & CROMWELL LLP**
James L. Bromley (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: bromleyj@sullcrom.com
         kranzleya@sullcrom.com

*Counsel to MLB and the MLB Clubs*

*/s/ Bruce J. Ruzinsky*

**JACKSON WALKER LLP**
Bruce J. Ruzinsky (TX Bar No. 17469425)
Matthew D. Cavenaugh (TX Bar No. 24062656)
Joel R. Glover (TX Bar No. 24087593)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: bruzinsky@jw.com
Email: mcavenaugh@jw.com
Email: jglover@jw.com

- *and* –

**PROSKAUER ROSE LLP**
Vincent Indelicato (admitted *pro hac vice*)
Michael T. Mervis (admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: vindelicato@proskauer.com
Email: mmervis@proskauer.com

- *and* –

**PROSKAUER ROSE LLP**
Steve Y. Ma (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
Email: sma@proskauer.com

*Counsel to the NBA and the NBA Teams*

6

| | |
|---|---|
| */s/ Kelli Stephenson Norfleet* | */s/ Paul R. Genender* |
| **HAYNES AND BOONE, LLP** | **PAUL HASTINGS LLP** |
| Kelli Stephenson Norfleet (TX Bar No. 24070678) | Paul R. Genender (TX Bar No. 00790758) |
| 1221 McKinney Street, Suite 4000 | Schlea M. Thomas (TX Bar No. 24131710) |
| Houston, Texas 77010 | 600 Travis Street, 58th Floor |
| Telephone: (713) 547-2630 | Houston, Texas 77002 |
| Facsimile: (713) 236-5621 | Telephone: (713) 860-7300 |
| Email: kelli.norfleet@haynesboone.com | Facsimile: (713) 353-3100 |
| *- and –* | *- and –* |
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | Jayme T. Goldstein (admitted *pro hac vice*) |
| | Sayan Bhattacharyya (admitted *pro hac vice*) |
| Shana A. Elberg (admitted *pro hac vice*) | Matthew Garofalo (admitted *pro hac vice*) |
| One Manhattan West | Caroline Diaz (admitted *pro hac vice*) |
| New York, New York 10001 | 200 Park Avenue |
| Telephone: (212) 735-3882 | New York, New York 10166 |
| Facsimile: (917) 777-3882 | Telephone: (212) 318-6000 |
| Email: shana.elberg@skadden.com | Facsimile: (212) 319-4090 |
| | Email: jaymegoldstein@paulhastings.com |
| *Counsel to the NHL* | sayanbhattacharyya@paulhastings.com |
| | mattgarofalo@paulhastings.com |
| | carolinediaz@paulhastings.com |
| | *Counsel to the Ad Hoc Crossholder Group* |

| | |
|---|---|
| */s/ Timothy A. ("Tad") Davidson II* | */s/ Caroline Reckler* |
| **HUNTON ANDREWS KURTH LLP** | **LATHAM & WATKINS LLP** |
| Timothy A. ("Tad") Davidson II (TX Bar No. 24012503) | Caroline Reckler (S.D. Tex. Bar No. IL6275746) |
| Ashley L. Harper (TX Bar No. 24065272) | Jonathan Gordon |
| Brandon Bell (TX Bar No. 24127019) | 330 North Wabash Avenue, Suite 2800 |
| 600 Travis Street, Suite 4200 | Chicago, IL 60611 |
| Houston, Texas 77002 | Telephone: (312) 876-7700 |
| Telephone: (713) 220-4200 | Facsimile: (312) 993-9667 |
| Facsimile: (713) 220-4285 | E-mail: caroline.reckler@lw.com |
| E-mail: taddavidson@HuntonAK.com | E-mail: jonathan.gordon@lw.com |
| ashleyharper@HuntonAK.com | |
| bbell@HuntonAK.com | *Counsel to Amazon* |

*- and -*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Daniel M. Eggermann (admitted *pro hac vice*)
Jennifer R. Sharret (admitted *pro hac vice*)
Ashland J. Bernard (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: deggermann@kramerlevin.com
jsharret@kramerlevin.com
abernard@kramerlevin.com

*Co-Counsel for Ad Hoc First Lien Group*