IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | Case No. 23-90116 (CML) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF LAURA FEMINO AND REQUEST FOR REMOVAL FROM SERVICE LIST**

**PLEASE TAKE NOTICE** that Laura Femino of White & Case LLP hereby (i) gives notice of withdrawal of her *Pro Hac Vice* appearance [Docket Nos. 113, 123] on behalf of Rangers Baseball Express LLC, and (ii) requests her removal from all services lists in the above-captioned case, including the Court's CM/ECF electronic notification list.

*[Remainder of Page Intentionally Left Blank]*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

Dated:  June 25, 2024
Houston, Texas

**WHITE & CASE LLP**

*/s/ Charles R. Koster*

Thomas E Lauria (Texas Bar No. 11998025)
Laura Femino (admitted *pro hac vice*)
Samuel Kava (admitted *pro hac vice*)
**WHITE & CASE LLP**
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-270000
Facsimile: (305) 358-5744
Email: tlauria@whitecase.com
          laura.femino@whitecase.com
          sam.kava@whitecase.com

-and-

Glenn M. Kurtz (admitted *pro hac vice*)
Harrison Denman (admitted *pro hac vice*)
Camille M. Shepherd (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: gkurtz@whitecase.com
          harrison.denman@whitecase.com
          camille.shepherd@whitecase.com

-and-

Charles R. Koster (Texas Bar No. 24128278)
**WHITE & CASE LLP**
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone:  (713) 496-9700
Facsimile:  (713) 496-9701
Email:  charles.koster@whitecase.com

*Counsel for Rangers Baseball Express LLC*

**Certificate of Service**

    I certify that on June 25, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      */s/ Charles R. Koster*  
                                                      Charles R. Koster