IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF CONFIRMATION HEARING**

**[Related to Docket Nos. 1977, 2058, 2109, 2251, 2258]**

**PLEASE TAKE NOTICE THAT:**

On February 29, 2024, the Debtors filed the *Debtors' Joint Chapter 11 Plan of Reorganization* (as may be amended, modified, or supplemented from time to time, the "Plan"), and a disclosure statement for the Plan (as may be amended, modified, or supplemented from time to time, the "Disclosure Statement"), pursuant to sections 1125 and 1126(b) of the Bankruptcy Code. On April 17, 2024, the Court entered an order approving the Disclosure Statement as having adequate information under section 1125 of the Bankruptcy Code [Docket No. 1977] (the "Disclosure Statement Order").[2]

The Disclosure Statement Order established certain dates and deadlines related to Plan solicitation and confirmation, including a hearing on confirmation of the Plan (the "Confirmation Hearing") on June 18, 2024. Those dates and deadlines have since been modified pursuant to the notices filed at Docket Nos. 2058, 2109, 2251, and 2258 (the "Prior Notices") in accordance with the Disclosure Statement Order, including rescheduling the Confirmation Hearing for July 29–30, 2024.

On July 24, 2024, the Court conducted a virtual status conference, during which the Debtors announced their intent to adjourn the Confirmation Hearing to a later date to facilitate finalizing key commercial discussions and documentation.

**Accordingly, the Confirmation Hearing is adjourned, and will not be going forward on July 29–30, 2024. In addition, all remaining dates and deadlines set forth in paragraph 2 of the Disclosure Statement Order (as modified by the Prior Notices), including the**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Disclosure Statement Order.

**Voting/Opt-Out Deadline and Plan Objection Deadline, are adjourned and will be reset. An additional notice will be filed and served with additional information in the near term.**

Copies of the Prior Notices, the Plan,[3] and the Disclosure Statement (and all exhibits thereto) may be obtained free of charge by: (a) visiting the website maintained by the claims and solicitation agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/DSG; (b) calling (877) 720-6635 (U.S./Canada Toll-Free) or +1 (646) 440-4763 (International); or (c) emailing DSGinfo@ra.kroll.com (with "DSG Solicitation Inquiry" in the subject line). Copies may also be obtained for a fee via PACER at http://www.txs.uscourts.gov.

[*Remainder of page intentionally left blank*]

---

[3] When filed, copies of the Plan Supplement (which may occur in multiple installments) will also be available through the Claims Agent free of charge and via PACER for a fee.

Dated July 24, 2024

/s/ *John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Andrew N. Goldman (admitted *pro hac vice*)
Benjamin W. Loveland (admitted *pro hac vice*)
Lauren R. Lifland (admitted *pro hac vice*)
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
andrew.goldman@wilmerhale.com
benjamin.loveland@wilmerhale.com
lauren.lifland@wilmerhale.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
aparlen@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Section 327(e) Counsel to the Debtors and Debtors in Possession*

*Counsel to the Debtors and Debtors in Possession*

3

## Certificate of Service

    I certify that on July 24, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                           */s/ John F. Higgins*
                                           John F. Higgins