IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DIAMOND SPORTS GROUP, LLC, *et al.*, | § § § | Case No. 23-90116 (CML) |
| | § | (Jointly Administered) |
| | § | |
| Debtors.[1] | § | |

## THE NATIONAL HOCKEY LEAGUE'S WITNESS AND EXHIBIT LIST FOR HEARING ON SEPTEMBER 03, 2024 AT 2:00 P.M. (CENTRAL TIME)

The National Hockey League (the "**NHL**"), on behalf of itself, certain affiliates and the clubs who are party to agreements with certain of the debtors (the "**Debtors**") in the above captioned cases (the "**Chapter 11 Cases**"), hereby files this witness and exhibit list (the "**Witness and Exhibit List**") with respect to the hearing scheduled for **Tuesday, September 3, 2024 at 2:00 p.m. (Central Time)** (the "**Hearing**") before the Honorable United States Bankruptcy Judge Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 401, 515 Rusk Street, Houston, TX 77002 and respectfully designates the following potential witnesses and exhibits:

### WITNESSES

1. Any witness designated or called by any other party; and

2. Any rebuttal or impeachment witnesses.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

**EXHIBITS**

| Ex. No. | Description | Off. | Obj. | Adm. | Date |
|---|---|---|---|---|---|
| | Any exhibit listed by any other party | | | | |
| | Any pleading or other document filed with the Court on the docket of the Chapter 11 Cases | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The NHL reserves the right to ask the Court to take judicial notice of pleadings and transcripts and/or documents filed in or in connection with the Chapter 11 Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the Hearing. Designation of any exhibit above does not waive any objections the NHL may have to any exhibit offered by any other party including any exhibit listed on another party's exhibit list.

*[Remainder of page intentionally left blank]*

Dated: Houston, Texas
       August 30, 2024

Respectfully submitted,

HAYNES AND BOONE, LLP

*/s/ Kelli S. Norfleet*
Kelli S. Norfleet
Texas Bar No. 24070678
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Tel: (713) 547-2630
Fax: (713) 236-5621
Email: kelli.norfleet@haynesboone.com

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Shana A. Elberg (*Admitted pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3882
Fax: (917) 777-3882
Email: shana.elberg@skadden.com

*Attorneys for the National Hockey League*

## Certificate of Service

I certify that on August 30, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Kelli S. Norfleet*
Kelli S. Norfleet