# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIAMOND SPORTS GROUP, LLC, *et al.*1 | § | CASE NO. 23-90116 (CML) |
| | § | |
| | § | CHAPTER 11 |
| Debtors. | § | (Joint Administration Requested) |
| | § | |

## NATIONAL BASKETBALL ASSOCIATION'S WITNESS AND EXHIBIT LIST FOR HEARINGS ON SEPTEMBER 3, 2024 AT 2:00 P.M. (CENTRAL TIME)

National Basketball Association ("NBA") submits its Witness and Exhibit List for the hearings scheduled for **September 3, 2024 at 2:00 p.m.** (Central Time).

## WITNESSES

NBA may call the following witnesses at the Hearings:

1. Any witness listed by any other party;

2. Rebuttal witnesses as necessary.

NBA further reserves the right to cross-examine any witness called by any other party.

## EXHIBITS

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned cases | | | |
| | Any exhibit necessary for cross-examination, impeachment and/or rebuttal purposes | | | |

---

1 A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

41651390v.1 164349/00001

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| | Any exhibit identified or offered by any other party | | | |

## RESERVATION OF RIGHTS

NBA reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this Witness and Exhibit List prior to the hearings.

Houston, Texas
August 30, 2024

/s/ *Bruce J. Ruzinsky*

| | |
|---|---|
| **JACKSON WALKER LLP** | **PROSKAUER ROSE LLP** |
| Bruce J. Ruzinsky (TX Bar No. 17469425) | Vincent Indelicato (admitted *pro hac vice*) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Michael T. Mervis (admitted *pro hac vice*) |
| Joel R. Glover (TX Bar No. 24087593) | Eleven Times Square |
| 1401 McKinney Street, Suite 1900 | New York, NY 10036 |
| Houston, Texas 77010 | Telephone: (212) 969-3000 |
| Telephone:    (713) 752-4200 | Facsimile: (212) 969-2900 |
| Facsimile:    (713) 752-4221 | Email: vindelicato@proskauer.com |
| Email: bruzinsky@jw.com | Email: mmervis@proskauer.com |
| Email: mcavenaugh@jw.com | |
| Email: jglover@jw.com | -- and -- |

Counsel to the National Basketball Association and Its Affiliates (including member teams party to telecast agreements with the Debtors)

Steve Y. Ma (admitted *pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (31) 557-2193
Email: sma@proskauer.com

*Counsel to the National Basketball Association and Its Affiliates (including member teams party to telecast agreements with the Debtors)*

## Certificate of Service

      I certify that on August 30, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all registered ECF users in this case.

                                    */s/ Bruce J. Ruzinsky*
                                    Bruce J. Ruzinsky

41651390v.1 164349/00001