## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |

**DEBTORS' AGENDA OF MATTERS SET FOR VIRTUAL HEARING ON SEPTEMBER 3, 2024, AT 2:00 P.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE CHRISTOPHER M. LOPEZ:

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this agenda of matters set for **virtual hearing** on **September 3, 2024, at 2:00 p.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002:

**A.     Motions**

1.  **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Entry into and Performance under the NHL Term Sheet; (II) Authorizing Assumption of Certain NHL Agreements; (III) Approving the Form of Adequate Assurances to NHL Parties; and (IV) Granting Related Relief [Docket No. 2355; SEALED at Docket No. 2356]**

    **Status**: This matter will be going forward.

2.  **Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to File under Seal Exhibit A to the Motion for Entry of an Order (I) Authorizing Entry into and Performance under the NHL Term Sheet; (II) Authorizing Assumption of Certain NHL Agreements; (III) Approving the Form of Adequate Assurances to NHL Parties; and (IV) Granting Related Relief  [Docket No. 2357]**

    **Status**: This matter will be going forward.

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

15545099

3. **Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing Entry into and Performance under the NBA Term Sheet; (II) Authorizing Assumption of Certain NBA Agreements; (III) Approving the Form of Adequate Assurances to NBA Parties; and (IV) Granting Related Relief [Docket No. 2358; SEALED at Docket No. 2359]**

   **Status**: This matter will be going forward.

4. **Debtors' <u>Emergency</u> Motion for Entry of an Order Authorizing the Debtors to File under Seal Exhibit A to the Motion for Entry of an Order (I) Authorizing Entry into and Performance under the NBA Term Sheet; (II) Authorizing Assumption of Certain NBA Agreements; (III) Approving the Form of Adequate Assurances to NBA Parties; and (IV) Granting Related Relief [Docket No. 2360]**

   **Status**: This matter will be going forward.

5. **Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Rejection of Agreements With the New Orleans Pelicans and the Dallas Mavericks and (II) Granting Related Relief [Docket No. 2361]**

   **Status**: This matter will be going forward.

6. **Debtors' <u>Emergency</u> Motion for Entry of an Amending the Final DIP Order [Docket No. 2362]**

   <u>Related Documents</u>:

   - Declaration of Zul Jamal in Support of the Debtors' Emergency Motion for Entry of an Order Amending the Final DIP Order [Docket No. 2363]

   **Status**: This matter will be going forward.

B. **<u>Related Documents</u>**

1. **Debtors' Exhibit & Witness List for September 3, 2024 Hearing [Docket No. 2368; SEALED at Docket No. 2369]**

2. **The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on September 3, 2024 [Docket No. 2372]**

3. **The National Hockey League's Witness and Exhibit List for Hearing on September 3, 2024 at 2:00 p.m. (Central Time) [Docket No. 2373]**

4. **National Basketball Association's Witness and Exhibit List for Hearings on September 3, 2024 at 2:00 p.m. (Central Time) [Docket No. 2374]**

| | |
|---|---|
| August 30, 2024 | Respectfully submitted, |
| | */s/ John F. Higgins*<br>**PORTER HEDGES LLP**<br>John F. Higgins (TX Bar No. 09597500)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Megan Young-John (TX Bar No. 24088700)<br>Bryan L. Rochelle (TX Bar No. 24107979)<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>brochelle@porterhedges.com |
| | - and - |
| **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Andrew Goldman (admitted *pro hac vice*)<br>Benjamin Loveland (admitted *pro hac vice*)<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile:  (212) 230-8888<br>andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Brian S. Hermann (admitted *pro hac vice*)<br>Andrew M. Parlen (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>Alice Nofzinger (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>bhermann@paulweiss.com<br>aparlen@paulweiss.com<br>jgraham@paulweiss.com<br>anofzinger@paulweiss.com |
| *Section 327(e) Counsel to the Debtors and Debtors in Possession* | *Counsel to the Debtors and Debtors in Possession* |

15545099

## Certificate of Service

      I certify that on August 30, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ John F. Higgins*
                                                  John F. Higgins

15545099