IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>DIAMOND SPORTS GROUP, LLC, *et al*.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90116 (CML)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1745, 1968, 1972, 2355, 2358, 2361 & 2363** |

**RESERVATION OF RIGHTS OF MAJOR LEAGUE BASEBALL
AND CERTAIN MAJOR LEAGUE BASEBALL CLUBS
RELATED TO DEBTORS' MOTIONS FILED AUGUST 23, 2024**

Atlanta National League Baseball Club, LLC (the "Braves"), Detroit Tigers, Inc. (the "Tigers"), Milwaukee Brewers Baseball Club, L.P. (the "Brewers"), Minnesota Twins, LLC (the "Twins"), Rangers Baseball Express LLC (the "Rangers") and Rays Baseball Club, LLC (the "Rays" and each of the Braves, Tigers, Brewers, Twins, Rangers and Rays, with certain of their affiliates, a "Club" and collectively, the "Clubs") and the Office of the Commissioner of Baseball d/b/a Major League Baseball ("MLB") hereby submit this reservation of rights (the "Reservation of Rights") as to the submission by the Debtors of (A) *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Entry into and Performance Under the NHL Term Sheet; (II) Authorizing Assumption of Certain NHL Agreements; (III) Approving the Form of Adequate Assurances to the NHL Parties; and (IV) Granting Related Relief)* [Dkt. No. 2355] (the "NHL Motion"); (B) *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Entry into and Performance*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for the purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

4868-6682-5438 v.5

*Under the NBA Term Sheet; (II) Authorizing Assumption of Certain NBA Agreements; (III) Approving the Form of Adequate Assurances to the NBA Parties; and (IV) Granting Related Relief)* [Dkt. No. 2358] (the "NBA Motion"); (C) *Debtors' Emergency Motion for Entry of an Agreed Order (I) Authorizing the Rejection of Agreements with the New Orleans Pelicans and the Dallas Mavericks and (II) Granting Related Relief* [Dkt. No. 2361] (the "Rejection Motion") and (D) *Debtors' Emergency Motion for Entry of an Order Amending the Final DIP Order* [Dkt. No 2363] (the "DIP Amendment Motion" and, together with the NHL Motion, the NBA Motion, and the Rejection Motion, the "Motions"). Capitalized terms used but not otherwise defined herein shall have the meaning attributed to them in the Motions. In support of this Reservation of Rights, MLB and the Clubs respectfully represent as follows:

1. As the Debtors approach the eighteen-month mark in their Chapter 11 Proceedings, and with three major national sports leagues hanging in the balance, we are at another crossroads with the filing of their Motions. The Motions seek (i) approval of a new agreement with the National Basketball Association (the "NBA") and certain NBA teams relating to the telecast of NBA games, (ii) approval of a new agreement with the National Hockey Association (the "NHL") and certain NHL clubs relating to the telecast of NHL games, (iii) rejection of existing telecast rights agreements with two NBA teams (New Orleans Pelicans and Dallas Mavericks), and (iv) approval of an amendment to the existing debtor-in-possession financing facility (the "DIP Facility").

2. The agreements with the NHL and NBA (the "League Agreements"), the amendment to the DIP Facility (the "DIP Amendment") and related developments represent significant changes to the Debtors' ongoing, and anticipated reorganized, business and operations. Since the February 2, 2024, entry of the *Agreed Order (A) Withdrawing Joint Motion to Compel*

*Assumption or Rejection of Telecast Rights Agreements and (B) Approving the Form of Adequate Assurance to MLB Parties* [Dkt. No. 1745] (the "MLB Adequate Protection Order"), MLB and the Clubs have focused on working cooperatively with the Debtors as they have calibrated and recalibrated their business and restructuring strategies. MLB and the Clubs hope to continue to do so going forward.

3. However, the Motions contain essentially no information on the substantive terms of the League Agreements. Among other things, the Debtors provide no information about the full term of the League Agreements under potential extensions, they do not specify the conditions under which the Debtors are committed to telecast NBA and NHL games, and they fail to identify whether the NBA teams and NHL clubs have termination rights with respect to the telecast rights and, if so, the scope of those termination rights.[2] Indeed, both the NBA Motion and the NHL Motion make clear that the cursory descriptions of the new deals with the leagues provided in the Motions are subject in their entirety to the NBA Term Sheet and the NHL Term Sheet, respectively, which have been filed under seal and not made available to MLB and the Clubs for review. As such, it is impossible for MLB and the Clubs to assess the business judgment of the Debtors in assuming the relevant agreements as amended, including the feasibility of the Debtors' go-forward business plan, and the likelihood that the Debtors will be able to continue as a going concern either before confirmation of a yet-to-be-filed plan of reorganization or after emerging from these Chapter 11 Proceedings pursuant to such a plan.

4. What's more, it is unclear how the adequate protection security packages offered to the NBA and NHL affect or alter the existing adequate assurance security package granted

---

[2] In this vein, MLB and the Clubs note that media reports as of August 28, 2024 indicate that one of the NHL clubs the Debtors proposed to assume in the League Agreements (Anaheim Ducks) is in fact not entering into a telecast agreement with the Debtors.

pursuant to the MLB Adequate Protection Order (the "MLB Security"), a security package that was extensively negotiated and critical to the 2024 MLB season. The DIP Amendment also contemplates a pay down of the Debtors' first lien lenders. This is a significant payment of cash from the Debtors' cash on hand, which appears to include the proceeds of a Sinclair settlement, and the Motions contain no concrete information on how such a paydown impacts the MLB Security (which includes a lien on such settlement proceeds). Additionally, MLB and the Clubs understand from recent media reports and discussions with the Debtors' advisors that one of the core elements of the Debtors' reorganized business – the anticipated investment by Amazon of $115 million in new money upon emergence – will not go forward. Yet the Motions do not acknowledge this critical development, or its impact on either Debtors' plans with respect to the League Agreements or their overall effort to present and confirm a plan of reorganization.

5. While non-legal advisors to MLB and the Debtors are engaging on financial information relating to what the Debtors' business will look like going forward, MLB requested by a letter to the Debtors dated August 28, 2024, that the Debtors provide the complete NBA Term Sheet and NHL Term Sheet by close of business, August 29, 2024. Because the Debtors sought an expedited hearing on the Motions, MLB and the Clubs require immediate access to these documents to determine whether or not to object to the Motions. MLB and the Clubs reserve all rights to object to the Motions, and further reserve the right to seek discovery in connection with the same, and in connection with the Debtors' attempt to confirm a plan of reorganization.

-5-

Dated: August 30, 2024
       Houston, Texas

**BRACEWELL LLP**

*/s/ William A. (Trey) Wood III*
William A. (Trey) Wood III (Texas Bar No. 21916050)
711 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1166
Facsimile: (713) 221-1212
E-mail: trey.wood@bracewell.com

Mark Dendinger (admitted *pro hac vice*)
City Place I, 34th Floor, 185 Asylum St.
Hartford, Connecticut 06103
Telephone: (860) 256-8541
Facsimile: (800) 404-3970
E-mail: mark.dendinger@bracewell.com

-and-

**SULLIVAN & CROMWELL LLP** James L. Bromley (admitted *pro hac vice*) Alexa J. Kranzley (admitted *pro hac vice*) 125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: bromleyj@sullcrom.com
          kranzleya@sullcrom.com

Counsel for Office of the Commissioner of Baseball d/b/a Major League Baseball
Atlanta National League Baseball Club, LLC
Milwaukee Brewers Baseball Club, L.P.
Minnesota Twins, LLC
Detroit Tigers, Inc.
Rays Baseball Club, LLC

-6-

        **WHITE & CASE LLP**

        */s/ Charles Koster*
        Thomas E Lauria (Texas Bar No. 11998025)
        Laura Femino (admitted pro hac vice)
        Samuel Kava (admitted pro hac vice)
        200 South Biscayne Blvd., Suite 4900
        Miami, Florida
        Telephone: (305) 371-2700
        Facsimile: (305) 358-5744
        Email: tlauria@whitecase.com
               laura.femino@whitecase.com
               sam.kava@whitecase.com

        Glenn M. Kurtz (admitted pro hac vice)
        Harrison Denman (admitted pro hac vice)
        Camille M. Shepherd (admitted pro hac vice)
        Elizabeth C. Stainton (admitted pro hac vice)
        1221 Avenue of the Americas
        New York, New York 10020
        Telephone: (212) 819-8200
        Facsimile: (212) 354-8113
        Email: gkurtz@whitecase.com
               harrison.denman@whitecase.com
               camille.shepherd@whitecase.com
               elizabeth.stainton@whitecase.com

        Charles Koster (Texas Bar No. 24128278)
        609 Main Street, Suite 2900
        Houston, Texas 77002
        Telephone: (713) 496-9700
        Facsimile: (713) 496-9701
        Email: charles.koster@whitecase.com


        Counsel for:
        Rangers Baseball Express LLC

**CERTIFICATE OF SERVICE**

I certify that on August 30, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ William A. (Trey) Wood III*
William A. (Trey) Wood III

4868-6682-5438 v.5