**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DIAMOND SPORTS GROUP, LLC et al.,[1] | § | Case No. 23-90116 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**SIXTEENTH MONTHLY FEE STATEMENT OF**
**PORTER HEDGES LLP, AS CO-COUNSEL TO THE DEBTORS AND**
**DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM JULY 1, 2024 THROUGH JULY 31, 2024**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Co-Counsel to the Debtors |
| **Date of Retention:** | May 3, 2023 effective as of March 15, 2023 [Docket No. 478] |
| **Period for which Fees and Expenses are Incurred:** | July 1, 2024 through and including July 31, 2024 |
| **Interim Fees Incurred:** | $30,562.00 |
| **Interim Payment of Fees Requested (80%):** | $24,449.60 |
| **Interim Expenses Incurred:** | $123.80 |
| **Total Fees and Expenses Due:** | $24,573.40 |

This is the Sixteenth Fee Statement.

Porter Hedges LLP ("Porter Hedges"), as Co-Counsel for the Debtors and the Debtors in Possession, submits this *Sixteenth Monthly Fee Statement* (the "Fee Statement") for the period July 1, 2024 through July 31, 2024 (the "Application Period") in accordance with the *Order*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

15530659

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for* [Docket No. 512] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $30,562.00 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $123.80 (the "Expenses"), during the Application Period.  Eighty percent (80%) of the Fees equals $24,449.60 and one hundred percent (100%) of the Expenses equals $123.80 for a total requested amount of $24,573.40.  Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges' attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**.  Porter Hedges' invoices for the Application Period are attached hereto as **Exhibit 4**.

## Notice

Notice of this Fee Statement will be served upon (i) the Debtors, c/o Diamond Sports Group, LLC, Attn: David DeVoe (david.devoe@ballysports.com); (ii) co-counsel to the Debtors, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Attn: Brian S. Hermann (bhermann@paulweiss.com), Andrew M. Parlen (aparlen@paulweiss.com), Joseph M. Graham (jgraham@paulweiss.com), and Alice Nofzinger (anofzinger@paulweiss.com); (iii) special corporate and litigation counsel to the Debtors, Wilmer Cutler Pickering Hale and Dorr LLP, Attn: Andrew Goldman (andrew.goldman@wilmerhale.com), Benjamin Loveland (benjamin.loveland@wilmerhale.com), and Lauren R. Lifland (lauren.lifland@wilmerhale.com); (iv) the Office of the United States Trustee for the Southern District of Texas, Attn: Ha Nguyen (ha.nguyen@usdoj.gov); (v) counsel to the Committee, Akin Gump Strauss Hauer & Feld LLP, Attn: Ira S. Dizengoff (idizengoff@akingump.com), Abid Qureshi (aqureshi@akingump.com),

15530659

Naomi Moss (nmoss@akingump.com), Scott L. Alberino (salberino@akingump.com), and Marty L. Brimmage, Jr. (mbrimmage@akingump.com); (vi) counsel to any other statutory committee appointed in these cases; (vii) counsel to the Ad Hoc First Lien Group, Kramer Levin Naftalis, & Frankel LLP, Attn: Daniel Eggermann (deggermann@kramerlevin.com) and Alexander Woolverton (awoolverton@kramerlevin.com); (viii) counsel to the Ad Hoc Secured Group, Gibson, Dunn & Crutcher LLP, Attn: Scott Greenberg (sgreenberg@gibsondunn.com) and Jason Goldstein (jgoldstein@gibsondunn.com); and (ix) counsel to the Ad Hoc Crossholder Group, Paul Hastings LLP, Attn: Jayme Goldstein (jaymegoldstein@paulhastings.com), Sayan Bhattacharyya (sayanbhattacharyya@paulhastings.com), and Matthew Garofalo (mattgarofalo@paulhastings.com); (each an "Application Recipient" and, collectively, the "Application Recipients"). Porter Hedges submits that in light of the relief requested, no other or further notice need be provided.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought), in the amount of $24,449.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $123.80 in the total amount of $24,573.40.

Dated:  September 11, 2024

Respectfully submitted,

**PORTER HEDGES LLP**

By: */s/ John F. Higgins*
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email: jhiggins@porterhedges.com
       sjohnson@porterhedges.com
       myoung-john@porterhedges.com
       brochelle@porterhedges.com


*Co-Counsel to the Debtors and Debtors in Possession*

15530659

**EXHIBIT 1**

**SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Case Administration | 2.30 | $1,486.00 |
| Meetings and Other Creditor Communications | .10 | $72.50 |
| Hearings | 9.40 | $4,719.00 |
| Assume/Reject Lease | 3.00 | $2,968.00 |
| Claims Administration and Objections | .60 | $396.00 |
| DIP and Exit Financing/Cash Collateral/Cash Management | .70 | $584.50 |
| Plan and Disclosure Statement/Confirmation | 9.60 | $8,168.50 |
| Motions | 5.70 | $2,314.50 |
| Debtor Fees/Employment Apps | 13.60 | $6,844.00 |
| Reporting | 6.50 | $3,009.00 |
| | | |
| **TOTAL** | **51.50** | **$30,562.00** |

15530659

**EXHIBIT 2**

SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---|
| Computer Assisted Legal Research | $23.80 |
| Filing Fee | $100.00 |
|  |  |
| **TOTAL** | **$123.80** |

15530659

**EXHIBIT 3**

SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Higgins, John | 1050 | 10.60 |
| Johnson, M. Shane | 835 | 2.00 |
| Young-John, Megan | 725 | 2.10 |
| Rochelle, Bryan | 595 | 4.70 |
| Webb, Mitzie | 465 | 12.60 |
| Garfias, Eliana | 405 | 17.60 |
| Flinn, Stephanie M. | 240 | 1.90 |
| | | |
| **TOTAL** | | **51.50** |

## **EXHIBIT 4**

## **PORTER HEDGES LLP INVOICES**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566676 |
| Date | 08/12/24 |
| | 017832-0002 |
| | JOHN F. HIGGINS |

DIAMOND SPORTS GROUP, LLC
ATTN: DAVID PRESCHLACK, CEO
10706 BEAVER DAM ROAD
HUNT VALLEY, MD  21030

TAX ID# 74-2174193

**Case Administration**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $1,486.00 |
| Disbursements | 123.80 |
| Total Current Invoice | $1,609.80 |
| **TOTAL AMOUNT DUE** | **$1,609.80** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566676 |
| Date | 08/12/24 |
| | 017832-0002 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/24 | EG | Review docket updates for upcoming deadlines and scheduled hearings. | 0.10 | 40.50 |
| 07/03/24 | MNY | Call with PW regarding 345 compliance questions. | 0.20 | 145.00 |
| 07/08/24 | BLR | Email correspondence with PW and WH regarding upcoming filings. | 0.50 | 297.50 |
| 07/08/24 | JFH | Email A. Nofzinger regarding witness and exhibit list. | 0.10 | 105.00 |
| 07/09/24 | MNY | Emails with UST regarding 345(b) questions. | 0.20 | 145.00 |
| 07/12/24 | MNY | Emails with PW, S. Johnson and UST regarding 345(b) compliance questions. | 0.20 | 145.00 |
| 07/15/24 | BLR | Email correspondence with PW and WH regarding upcoming filings. | 0.30 | 178.50 |
| 07/16/24 | MNY | Email PW team regarding UST update on 345(b) issues. | 0.10 | 72.50 |
| 07/22/24 | BLR | Email correspondence with PW and WH regarding upcoming filings. | 0.20 | 119.00 |
| 07/29/24 | BLR | Email correspondence with PW and WH regarding upcoming filings. | 0.40 | 238.00 |
| **Total Services** | | | **2.30** | **$1,486.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 566676 |
| Date | 08/12/24 |
| | 017832-0002 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 0.10 | 1,050.00 | 105.00 |
| MNY | Megan N. Young-John | Partner | 0.70 | 725.00 | 507.50 |
| BLR | Bryan L. Rochelle | Associate | 1.40 | 595.00 | 833.00 |
| EG | Eliana Garfias | Paralegal | 0.10 | 405.00 | 40.50 |

## Disbursements Summary

| Description | Value |
|---|---|
| Computer Assisted Legal Research | 23.80 |
| Filing Fees | 100.00 |
| **Total Disbursements** | **$123.80** |

| | |
|---|---|
| **Invoice Total** | **$1,609.80** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566677 |
| Date | 08/12/24 |
| | 017832-0004 |
| | JOHN F. HIGGINS |

DIAMOND SPORTS GROUP, LLC
ATTN: DAVID PRESCHLACK, CEO
10706 BEAVER DAM ROAD
HUNT VALLEY, MD  21030

TAX ID# 74-2174193

**Meetings and Other Creditor Communications**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $72.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $72.50 |
| **TOTAL AMOUNT DUE** | **$72.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566677 |
| Date | 08/12/24 |
| | 017832-0004 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/23/24 | MNY | Circulate inquiry from creditor regarding ballot. | 0.10 | 72.50 |
| **Total Services** | | | **0.10** | **$72.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|--|-------|-------|------|--------|
| MNY | Megan N. Young-John | Partner | 0.10 | 725.00 | 72.50 |
| Total Disbursements | | | | | $0.00 |
| **Invoice Total** | | | | | **$72.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566678 |
| Date | 08/12/24 |
| | 017832-0006 |
| | JOHN F. HIGGINS |

DIAMOND SPORTS GROUP, LLC
ATTN: DAVID PRESCHLACK, CEO
10706 BEAVER DAM ROAD
HUNT VALLEY, MD  21030

TAX ID# 74-2174193

**Hearings**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $4,719.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $4,719.00 |
| **TOTAL AMOUNT DUE** | **$4,719.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---:|
| Page | 2 |
| Inv# | 566678 |
| Date | 08/12/24 |
| | 017832-0006 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/05/24 | EG | Review docket updates for upcoming deadlines and scheduled hearings (.1); correspondence on scheduling of hybrid hearing and notice of same (.2). | 0.30 | 121.50 |
| 07/05/24 | MLW | Confer with Court Case Manager regarding emergency hearing date relating to Emergency Motion to Reject Stars' Agreement (.3); confer with J. Higgins and M. Young-John regarding same (.3). | 0.60 | 279.00 |
| 07/05/24 | MNY | Emails with M. Webb and Paul Weiss team regarding hearing on Stars rejection motion. | 0.30 | 217.50 |
| 07/08/24 | MLW | Email exchanges regarding Notice of Hearing - Stars Rejection Motion (.2); receive/review and file same (.3); submit request for service to Noticing Agent (.1); forward copy of Notice of Court Case Manager (.1). | 0.70 | 325.50 |
| 07/08/24 | MNY | Prepare and coordinate filing of hearing notice for Stars rejection motion. | 0.30 | 217.50 |
| 07/09/24 | MLW | Email exchanges regarding Debtors' Witness/Exhibit List for July 11th hearing (.4); receive/review and file same (.3); submit request for service to Noticing Agent (.1); email exchanges with J. Graham regarding requesting a chambers conference (.3); confer with J. Higgins regarding same (.2); confer with Court Case Manager and update J. Higgins (.3). | 1.60 | 744.00 |
| 07/10/24 | MLW | Email exchange regarding Agenda for July 11th hearing (.3); receive/review and file same (.3); submit request for service to Noticing Agent (.1). | 0.70 | 325.50 |
| 07/18/24 | MLW | Email exchanges regarding obtaining Court's availability for status conference (.2); confer with J. Higgins regarding same (.2); email exchanges with Court Case Manager (.2). | 0.60 | 279.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 566678 |
| Date | 08/12/24 |
| | 017832-0006 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/24 | MLW | Email exchange with Case Manager regarding availability for status conference on July 24th (.3); update J. Higgins regarding same (.2); draft and circulate Notice of Case Status Conference (.2); finalize and file Notice with copy to Court Case Manager (.3); docket hearing date (.1). | 1.10 | 511.50 |
| 07/22/24 | MLW | Confer with Court Case Manager regarding status of confirmation hearing on July 29th (.4); confer with J. Higgins regarding same (.3). | 0.70 | 325.50 |
| 07/23/24 | MLW | Attend virtual status conference. | 0.40 | 186.00 |
| 07/24/24 | EG | Correspondence on adjourned hearing and noticing of same (.2); receive, review, and electronically file notice with the court (.3); download and circulate filed version (.1); coordinate service of same (.1). | 0.70 | 283.50 |
| 07/24/24 | MLW | Attend virtual status conference (.4); forward copy of Notice of Adjournment of Confirmation Hearing to Court Case Manager (.1). | 0.50 | 232.50 |
| 07/24/24 | MSJ | Attend Plan status conference. | 0.40 | 334.00 |
| 07/24/24 | MNY | Attend case status conference virtually. | 0.40 | 290.00 |
| 07/26/24 | MLW | Draft and file request for July 24th status conference transcript. | 0.10 | 46.50 |
| **Total Services** | | | **9.40** | **$4,719.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 566678 |
| Date | 08/12/24 |
| | 017832-0006 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MNY | Megan N. Young-John | Partner | 1.00 | 725.00 | 725.00 |
| MSJ | M. Shane Johnson | Partner | 0.40 | 835.00 | 334.00 |
| EG | Eliana Garfias | Paralegal | 1.00 | 405.00 | 405.00 |
| MLW | Mitzie L. Webb | Paralegal | 7.00 | 465.00 | 3,255.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |

| | |
|---|---|
| **Invoice Total** | **$4,719.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566679 |
| Date | 08/12/24 |
| | 017832-0011 |
| | JOHN F. HIGGINS |

DIAMOND SPORTS GROUP, LLC
ATTN: DAVID PRESCHLACK, CEO
10706 BEAVER DAM ROAD
HUNT VALLEY, MD  21030

TAX ID# 74-2174193

**Assumption and Rejection of Leases and Contracts**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $2,968.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $2,968.00 |
| **TOTAL AMOUNT DUE** | **$2,968.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566679 |
| Date | 08/12/24 |
| | 017832-0011 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/01/24 | JFH | Email A. Nofzinger and B. Rochelle regarding motion to reject Stars agreement. | 0.10 | 105.00 |
| 07/02/24 | BLR | Review draft Stars rejection motion (.3); email correspondence with M. Young-John and J. Higgins regarding same (.1). | 0.40 | 238.00 |
| 07/02/24 | JFH | Email Paul Weiss, M. Young-John and B. Rochelle regarding Stars motion to reject and hearing. | 0.40 | 420.00 |
| 07/03/24 | JFH | Email A. Nofzinger regarding Stars motion. | 0.10 | 105.00 |
| 07/05/24 | JFH | Email A. Nofzinger, M. Webb, N. Fazli and M. Young-John regarding Stars rejection motion and notice of hearing. | 0.30 | 315.00 |
| 07/08/24 | JFH | Email J. Graham, A. Nofzinger and M. Webb regarding notice. | 0.20 | 210.00 |
| 07/09/24 | JFH | Email Paul Weiss team and M. Webb regarding witness and exhibit list (.1); conference call and email J. Graham regarding motion to reject Stars and status conference (.3); conference call with M. Webb regarding same (.1). | 0.50 | 525.00 |
| 07/10/24 | JFH | Email Paul Weiss and M. Webb regarding agenda. | 0.20 | 210.00 |
| 07/11/24 | JFH | Conference call with M. Webb regarding Stars hearing and order (.2); conference call with H. Graham regarding same (.3); email A. Nofzinger regarding same (.1). | 0.60 | 630.00 |
| 07/25/24 | JFH | Email Paul Weiss team regarding 365(d)(4) extension. | 0.10 | 105.00 |
| 07/29/24 | JFH | Email regarding Comcast agreement. | 0.10 | 105.00 |
| **Total Services** | | | **3.00** | **$2,968.00** |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 566679 |
| Date | 08/12/24 |
| | 017832-0011 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 2.60 | 1,050.00 | 2,730.00 |
| BLR | Bryan L. Rochelle | Associate | 0.40 | 595.00 | 238.00 |

Total Disbursements $0.00

**Invoice Total** **$2,968.00**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566680 |
| Date | 08/12/24 |
| | 017832-0014 |
| | JOHN F. HIGGINS |

DIAMOND SPORTS GROUP, LLC
ATTN: DAVID PRESCHLACK, CEO
10706 BEAVER DAM ROAD
HUNT VALLEY, MD  21030

TAX ID# 74-2174193

**Claims Administration and Objections**

---

**Invoice Summary**

| | |
|---|---|
| Professional Services | $396.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $396.00 |
| **TOTAL AMOUNT DUE** | **$396.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566680 |
| Date | 08/12/24 |
| | 017832-0014 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/23/24 | MLW | Email exchanges with Paul Weiss team regarding status of Order - Debtors' 4th Omnibus Objection (late filed claims) (.2); confer with Court Case Manager regarding same (.1). | 0.30 | 139.50 |
| 07/23/24 | JFH | Email Paul Weiss team and E. Garfias regarding claim objection and order. | 0.20 | 210.00 |
| 07/24/24 | MLW | Gather/circulate signed Order Sustaining 4th Omnibus Claim Objections. | 0.10 | 46.50 |
| **Total Services** | | | **0.60** | **$396.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 0.20 | 1,050.00 | 210.00 |
| MLW | Mitzie L. Webb | Paralegal | 0.40 | 465.00 | 186.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Disbursements | | | | | $0.00 |

| | |
|---|---|
| **Invoice Total** | **$396.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566681 |
| Date | 08/12/24 |
| | 017832-0015 |
| | JOHN F. HIGGINS |

DIAMOND SPORTS GROUP, LLC
ATTN: DAVID PRESCHLACK, CEO
10706 BEAVER DAM ROAD
HUNT VALLEY, MD  21030

TAX ID# 74-2174193

**DIP and Exit Financing/Cash Collateral/Cash Management**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $584.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $584.50 |
| **TOTAL AMOUNT DUE** | **$584.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

---

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566681 |
| Date | 08/12/24 |
| | 017832-0015 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/03/24 | MSJ | E-mail M. Young-John regarding 345(b) issues. | 0.20 | 167.00 |
| 07/12/24 | MSJ | Correspondence with M. Young-John regarding 345(b) compliance (.3); e-mail Paul Weiss regarding same (.2). | 0.50 | 417.50 |
| **Total Services** | | | **0.70** | **$584.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| MSJ    M. Shane Johnson | Partner | 0.70 | 835.00 | 584.50 |

| | |
|---|---|
| Total Disbursements | $0.00 |

| | |
|---|---|
| **Invoice Total** | **$584.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566682 |
| Date | 08/12/24 |
| | 017832-0016 |
| | JOHN F. HIGGINS |

DIAMOND SPORTS GROUP, LLC
ATTN: DAVID PRESCHLACK, CEO
10706 BEAVER DAM ROAD
HUNT VALLEY, MD  21030

TAX ID# 74-2174193

**Plan and Disclosure Statement and Confirmation**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $8,168.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $8,168.50 |
| **TOTAL AMOUNT DUE** | **$8,168.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566682 |
| Date | 08/12/24 |
| | 017832-0016 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/07/24 | JFH | Email J. Graham regarding plan and conference. | 0.30 | 315.00 |
| 07/11/24 | EG | Correspondence on notice of further modified dates and deadlines (.2); receive, review, and electronically file same with court (.2); download and circulate filed version (.1); update file (.1); coordinate service of same (.1). | 0.70 | 283.50 |
| 07/11/24 | MLW | Email exchanges regarding Notice of Modified Dates/Deadlines. | 0.30 | 139.50 |
| 07/11/24 | JFH | Review notice of further modified dates and email regarding same. | 0.30 | 315.00 |
| 07/15/24 | JFH | Email PH team and B. Rochelle regarding plan supplement and filing. | 0.20 | 210.00 |
| 07/17/24 | EG | Correspondence on filing logistics of notice of further modified dates/deadlines (.2); receive, review, and electronically file same with court (.2); download and circulate filed version (.1); update file (.1); coordinate service of same (.2). | 0.80 | 324.00 |
| 07/17/24 | MLW | Email exchanges regarding updating Court regarding status of case and requesting status conference hearing (.4); confer with J. Higgins regarding same (.3); update hearing/scheduling deadlines based on Notice of Further Modified Dates/Deadlines (.3). | 1.00 | 465.00 |
| 07/17/24 | JFH | Email J. Graham, A. Nofzinger, B. Hermann and S. Johnson regarding plan, deadlines and status conference (.5); email and conference call regarding same (.2); email A. Nofzinger and M. Webb regarding notice (.2); conference call with J. Graham regarding plan negotiations (.5). | 1.40 | 1,470.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

|        |            |
|--------|-----------:|
| Page   |          3 |
| Inv#   |     566682 |
| Date   |   08/12/24 |
|        | 017832-0016 |
|        | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 07/17/24 | MSJ | Review correspondence regarding Plan deadlines and e-mail Paul Weiss regarding same. | 0.40 | 334.00 |
| 07/17/24 | MNY | Coordinate with PW regarding notice of revised deadlines and confirmation timing. | 0.30 | 217.50 |
| 07/18/24 | JFH | Email and conference call with J. Graham regarding plan negotiations and hearings (.4); conference call with M. Webb regarding same (.1); email regarding voting deadline (.1). | 0.60 | 630.00 |
| 07/19/24 | JFH | Email J. Graham and M. Webb regarding plan, hearing and status conference (.4); email Paul Weiss team and M. Webb regarding notice and revise same (.4). | 0.80 | 840.00 |
| 07/22/24 | JFH | Email B. Rochelle and J. Graham regarding plan supplement and status conference (.2); email J. Graham, B. Hermann, M. Webb and court regarding confirmation hearing, status conference and hearing dates (.6). | 0.80 | 840.00 |
| 07/24/24 | JFH | Email J. Graham regarding status conference (.1); email M. Webb regarding same (.1); attend status conference regarding negotiations and plan (.4); email J. Marcin regarding notice of adjournment (.2). | 0.80 | 840.00 |
| 07/25/24 | JFH | Email K. Otten and A. Goldman regarding Diamondbacks and plan issues. | 0.30 | 315.00 |
| 07/29/24 | JFH | Email B. Rochelle, X. Wang and A. Goldman regarding plan, dates and fee statements. | 0.30 | 315.00 |
| 07/30/24 | JFH | Email regarding hearing (.1); conference call with H. Perrin regarding plan (.2). | 0.30 | 315.00 |
| **Total Services** | | | **9.60** | **$8,168.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 566682 |
| Date | 08/12/24 |
| | 017832-0016 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 6.10 | 1,050.00 | 6,405.00 |
| MNY | Megan N. Young-John | Partner | 0.30 | 725.00 | 217.50 |
| MSJ | M. Shane Johnson | Partner | 0.40 | 835.00 | 334.00 |
| EG | Eliana Garfias | Paralegal | 1.50 | 405.00 | 607.50 |
| MLW | Mitzie L. Webb | Paralegal | 1.30 | 465.00 | 604.50 |

Total Disbursements                                                     $0.00

**Invoice Total**                                                       **$8,168.50**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                1
Inv#         566683
Date         08/12/24
017832-0018
JOHN F. HIGGINS

DIAMOND SPORTS GROUP, LLC
ATTN: DAVID PRESCHLACK, CEO
10706 BEAVER DAM ROAD
HUNT VALLEY, MD  21030

TAX ID# 74-2174193

**Motions**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $2,314.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $2,314.50 |
| **TOTAL AMOUNT DUE** | **$2,314.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---:|
| Page | 2 |
| Inv# | 566683 |
| Date | 08/12/24 |
| | 017832-0018 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/03/24 | EG | Correspondence on filing of Stars Rejection Motion (.2); discuss filing logistics with M. Webb (.1); monitor emails for status of same (2.6); follow up emails on status of finalizing draft (.2); receive, review, and electronically file same with court (.3); download and circulate filed version (.1); coordinate service of same (.1); update file (.1). | 3.70 | 1,498.50 |
| 07/11/24 | MLW | Gather/circulate signed Agreed Order - Stars Rejection Motion. | 0.10 | 46.50 |
| 07/17/24 | EG | Correspondence on filing logistics of notice of third amended OCP list (.2); receive, review, and electronically file same with court (.2); download and circulate filed version (.1); update file (.1); coordinate service of same (.2). | 0.80 | 324.00 |
| 07/18/24 | EG | Correspondence on filing logistics of CNO - fourth omnibus objection (.2); receive, review, and electronically file same with court (.2); download and circulate filed version (.1); update file (.1); coordinate service of same (.1); email case manager on submission of same (.1). | 0.80 | 324.00 |
| 07/19/24 | EG | Correspondence with noticing agent on service of entered orders. | 0.20 | 81.00 |
| 07/23/24 | EG | Follow up email on filed CNO. | 0.10 | 40.50 |
| **Total Services** | | | **5.70** | **$2,314.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 566683 |
| Date | 08/12/24 |
| | 017832-0018 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| EG | Eliana Garfias | Paralegal | 5.60 | 405.00 | 2,268.00 |
| MLW | Mitzie L. Webb | Paralegal | 0.10 | 465.00 | 46.50 |

Total Disbursements $0.00

**Invoice Total** **$2,314.50**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566684 |
| Date | 08/20/24 |
| | 017832-0027 |
| | JOHN F. HIGGINS |

DIAMOND SPORTS GROUP, LLC
ATTN: DAVID PRESCHLACK, CEO
10706 BEAVER DAM ROAD
HUNT VALLEY, MD  21030

TAX ID# 74-2174193

**Debtor Fees/Employment Applications**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $6,844.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $6,844.00 |
| **TOTAL AMOUNT DUE** | **$6,844.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566684 |
| Date | 08/20/24 |
| | 017832-0027 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/24 | BLR | Draft supplemental declaration to PH retention application; draft PH final fee application. | 1.90 | 1,130.50 |
| 07/03/24 | JFH | Email Paul Weiss team regarding fee statement. | 0.10 | 105.00 |
| 07/08/24 | JFH | Email regarding Alix fee statement. | 0.10 | 105.00 |
| 07/09/24 | SMF | Draft and chart fees and expenses for Porter Hedges fifth interim fee application. | 1.10 | 264.00 |
| 07/09/24 | EG | Correspondence on filing logistics of AlixPartners' 14th monthly fee statement (.2); receive, review, and electronically file same with court (.2); download and circulate filed version (.1); update file (.1); coordinate service of same (.2). | 0.80 | 324.00 |
| 07/09/24 | MLW | Email exchanges regarding tentative internal deadline for filing 5th Interim Fee Applications (.2); confer with S. Flinn regarding charting PH's fees/expenses for April - June in preparation for drafting 5th Interim (.1). | 0.30 | 139.50 |
| 07/09/24 | JFH | Email debtor professionals fee application and email M. Webb regarding same. | 0.30 | 315.00 |
| 07/11/24 | BLR | Draft second supplemental declaration to PH retention application. | 0.50 | 297.50 |
| 07/11/24 | EG | Correspondence on filing logistics of AlixPartners' fourth supplemental declaration (.1); receive, review, and electronically file same with court (.2); download and circulate filed version (.1); update file (.1); coordinate service of same (.1). | 0.60 | 243.00 |
| 07/11/24 | MLW | Email exchanges regarding filing Paul Weiss' 14th Monthly Fee Statement (.2); receive/review and file (.3); submit request for service to Noticing Agent (.1). | 0.60 | 279.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 566684 |
| Date | 08/20/24 |
| | 017832-0027 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/11/24 | MSJ | Review and revise draft Porter Hedges' monthly fee statement. | 0.50 | 417.50 |
| 07/12/24 | EG | Correspondence on draft WH June fee statement (.1); continuous monitoring of emails for status of same (.6); receive, review, and organize same for filing (.2); electronically file same with court (.2); download and circulate filed version (.1); coordinate service of same (.1). | 1.30 | 526.50 |
| 07/17/24 | MLW | Email exchanges regarding filing Notice of Third Amended OCP List (.2); confer with E. Garfias regarding same (.1). | 0.30 | 139.50 |
| 07/17/24 | JFH | Email Paul Weiss team and M. Webb regarding OCP. | 0.10 | 105.00 |
| 07/22/24 | EG | Correspondence on AlixPartners' 15th monthly fee statement (.2); receive, review, and electronically file same (.2); coordinate service of same (.1); update file (.1). | 0.60 | 243.00 |
| 07/22/24 | JFH | Email Paul Weiss team and E. Garfias regarding Alix fee statement. | 0.10 | 105.00 |
| 07/23/24 | MLW | Chart fees/expenses in preparation for drafting PH's 15th Monthly Fee Statement (June) (.4); draft 15th Monthly Fee Statement (.3); forward same to accounting for confirmation of numbers (.1); circulate draft to B. Rochelle (.1). | 0.90 | 418.50 |
| 07/24/24 | BLR | Review PH 15th monthly fee statement (.4); email correspondence with M. Webb regarding same (.1). | 0.50 | 297.50 |
| 07/25/24 | SMF | Draft and chart fees and expenses for Porter Hedges fifth interim fee application (.4); draft and prepare Porter Hedges fifth interim fee application (.4). | 0.80 | 192.00 |
| 07/25/24 | EG | Correspondence on draft and filing logistics of OCP statement for Q2 and 365(d)(4) notice (.3); receive, review, and electronically file same (.4); coordinate service of same (.2); update file (.1). | 1.00 | 405.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 566684 |
| Date | 08/20/24 |
| | 017832-0027 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/25/24 | MLW | Finalize draft of PH's 15th Monthly Fee Statement (June) and circulate to D. DeVoe (.3); confer with S. Flinn regarding updating PH's 5th interim Fee Application (.1). | 0.40 | 186.00 |
| 07/25/24 | JFH | Email Paul Weiss team, E. Garfias and Kroll regarding OCP. | 0.30 | 315.00 |
| 07/26/24 | MLW | Finalize draft of PH's 5th Interim Fee Application and forward to B. Rochelle for review. | 0.40 | 186.00 |
| 07/26/24 | JFH | Email regarding PH fee statement. | 0.10 | 105.00 |
| **Total Services** | | | **13.60** | **$6,844.00** |

### Timekeeper Summary

| | Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|-----|--------------------------|---------|-------|----------|----------|
| JFH | John F. Higgins | Partner | 1.10 | 1,050.00 | 1,155.00 |
| MSJ | M. Shane Johnson | Partner | 0.50 | 835.00 | 417.50 |
| BLR | Bryan L. Rochelle | Associate | 2.90 | 595.00 | 1,725.50 |
| EG | Eliana Garfias | Paralegal | 4.30 | 405.00 | 1,741.50 |
| MLW | Mitzie L. Webb | Paralegal | 2.90 | 465.00 | 1,348.50 |
| SMF | Stephanie M. Flinn | Paralegal | 1.90 | 240.00 | 456.00 |

Total Disbursements                                                                 $0.00

**Invoice Total**                                                              **$6,844.00**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 566685 |
| Date | 08/12/24 |
| | 017832-0032 |
| | JOHN F. HIGGINS |

DIAMOND SPORTS GROUP, LLC
ATTN: DAVID PRESCHLACK, CEO
10706 BEAVER DAM ROAD
HUNT VALLEY, MD  21030

TAX ID# 74-2174193

**Reporting**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $3,009.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $3,009.00 |
| **TOTAL AMOUNT DUE** | **$3,009.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 566685 |
| Date | 08/12/24 |
| | 017832-0032 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through July 2024, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/24 | JFH | Email Paul Weiss regarding UST and 345. | 0.20 | 210.00 |
| 07/19/24 | EG | Correspondence on filing logistics of monthly operating reports (.4); discuss same with M. Webb (.2); receive, review, and electronically file same with court (3.6); download and circulate filed versions (.5); update file (.2); coordinate service of same (.2). | 5.10 | 2,065.50 |
| 07/19/24 | MLW | Email exchanges regarding Monthly Operating Reports (.3); confer with E. Garfias regarding same (.3); receive/download and organize thirty (30) Reports in preparation for filing (.3). | 0.90 | 418.50 |
| 07/19/24 | JFH | Email Paul Weiss team, E. Garfias and M. Webb regarding MOR. | 0.30 | 315.00 |
| **Total Services** | | | **6.50** | **$3,009.00** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 0.50 | 1,050.00 | 525.00 |
| EG | Eliana Garfias | Paralegal | 5.10 | 405.00 | 2,065.50 |
| MLW | Mitzie L. Webb | Paralegal | 0.90 | 465.00 | 418.50 |

Total Disbursements                                                                 $0.00

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

Page                3
Inv#           566685
Date        08/12/24
017832-0032
JOHN F. HIGGINS

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

TAX ID# 74-2174193

**Invoice Total**                                                        **$3,009.00**