# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | Case No. 23-90116 (CML) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Mason Gavilan, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On September 9, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Certificate of No Objection with Respect to Fifth Interim Fee Application of Deloitte Consulting LLP for Compensation of Services Rendered and Reimbursement of Expenses Incurred as Consulting Services Provider to the Debtors for the Period from April 1, 2024 through June 30, 2024 [Docket No. 2415]

- Sixteenth Monthly Fee Statement of Paul, Weiss, Rifkind, Wharton & Garrison LLP, as Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024, through July 31, 2024 [Docket No. 2416]

- Order Allowing Porter Hedges LLP's Fifth Interim Compensation and Reimbursement of Expenses [Docket No. 2420]

- Order Allowing AlixPartners, LLP's Interim Compensation and Reimbursement of Expenses [Docket No. 2421]

- Order Allowing LionTree Advisors LLC's Fifth Interim Fee Application [Docket No. 2422]

- Order Allowing Moelis & Company LLC's Interim Compensation and Reimbursement of Expenses [Docket No. 2423]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

- Order Allowing Paul, Weiss, Rifkind, Wharton & Garrison LLP's Interim Compensation and Reimbursement of Expenses [Docket No. 2424]

- Order Allowing Wilmer Cutler Pickering Hale and Dorr LLP's Fifth Interim Compensation and Reimbursement of Expenses [Docket No. 2425]

Dated: September 13, 2024

/s/ Mason Gavilan
Mason Gavilan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 13, 2024, by Mason Gavilan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

## **Exhibit A**

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: MARTY L. BRIMMAGE, JR. | | | | | MBRIMMAGE@AKINGUMP.COM | Email |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA S. DIZENGOFF, ABID QURESHI, NAOMI MOSS | | | | | IDIZENGOFF@AKINGUMP.COM AQURESHI@AKINGUMP.COM NMOSS@AKINGUMP.COM | Email |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: SCOTT L. ALBERINO | | | | | SALBERINO@AKINGUMP.COM | Email |
| DIAMOND SPORTS GROUP, LLC | ATTN: DAVID DEVOE, SPIRIDON CHRISTOFORATOS, VERONICA PRADO | | | | | DAVID.DEVOE@BALLYSPORTS.COM SPIRIDON.CHRISTOFORATOS@BALLYSPORTS.COM VEPRADO@SBGTV.COM | Email |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JASON ZACHARY GOLDSTEIN, MATTHEW J. WILLIAMS, C. LEE WILSON | | | | | SGREENBERG@GIBSONDUNN.COM JGOLDSTEIN@GIBSONDUNN.COM MJWILLIAMS@GIBSONDUNN.COM CLWILSON@GIBSONDUNN.COM | Email |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: DANIEL M. EGGERMANN, ALEXANDER WOOLVERTON, JENNIFER R. SHARRET, NANCY M. BELLO | | | | | DEGGERMANN@KRAMERLEVIN.COM AWOOLVERTON@KRAMERLEVIN.COM JSHARRET@KRAMERLEVIN.COM NBELLO@KRAMERLEVIN.COM | Email |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ALICIA BARCOMB & HA MINH NGUYEN | 515 RUSK STREET, SUITE 3516 | HOUSTON | TX | 77002 | ALICIA.BARCOMB@USDOJ.GOV HA.NGUYEN@USDOJ.GOV | First Class Mail and Email |
| PAUL HASTINGS LLP | ATTN: JAYME T. GOLDSTEIN, SAYAN BHATTACHARYYA, MATTHEW GAROFALO, CAROLINE DIAZ | | | | | JAYMEGOLDSTEIN@PAULHASTINGS.COM SAYANBHATTACHARYYA@PAULHASTINGS.COM MATTGAROFALO@PAULHASTINGS.COM CAROLINEDIAZ@PAULHASTINGS.COM | Email |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: BRIAN S. HERMANN, ANDREW M. PARLEN, JOSEPH M. GRAHAM & ALICE NOFZINGER | | | | | BHERMANN@PAULWEISS.COM APARLEN@PAULWEISS.COM JGRAHAM@PAULWEISS.COM ANOFZINGER@PAULWEISS.COM | Email |
| PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON, MEGAN YOUNG-JOHN & BRYAN L. ROCHELLE | | | | | JHIGGINS@PORTERHEDGES.COM SJOHNSON@PORTERHEDGES.COM MYOUNG-JOHN@PORTERHEDGES.COM BROCHELLE@PORTERHEDGES.COM | Email |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN, BENJAMIN W. LOVELAND & LAUREN R. LIFLAND | | | | | ANDREW.GOLDMAN@WILMERHALE.COM BENJAMIN.LOVELAND@WILMERHALE.COM LAUREN.LIFLAND@WILMERHALE.COM | Email |