**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) |
| | ) Case No. 23-90116 (CML) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**SIXTEENTH MONTHLY FEE STATEMENT OF
AKIN GUMP STRAUSS HAUER & FELD LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JULY 1, 2024 THROUGH JULY 31, 2024**

---

**In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 512], each Application Recipient receiving notice of this monthly fee statement shall have until 14 days after service of this monthly fee statement to object to the fees and expenses requested herein. Upon the expiration of such 14-day period, the Debtors are authorized and directed to pay 80% of the fees and 100% of the expenses requested in this monthly fee statement that are not subject to an objection.**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

| | |
|---|---|
| Name of Professional: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date Order of Employment Signed: | May 28, 2023, effective as of March 30, 2023 [Docket No. 742] |
| Time Period Covered: | July 1, 2024 – July 31, 2024 |
| Total Fees Sought: | $177,757.50 |
| Amount of retainer received in case: | N/A |
| Total professional fees covered by this statement: | $177,757.50 |
| Total professional hours covered by this statement: | 120.00 |
| Average hourly rate for professionals: | $1,481.31 |
| Total paraprofessional fees covered by this statement: | $0.00 |
| Total paraprofessional hours covered by this statement: | 0.00 |
| Average hourly rate for paraprofessionals: | N/A |
| Reimbursable expenses sought in this statement: | $0.00 |
| Out-of-pocket expenses of Committee members sought in this statement: | $0.00[2] |
| Payment requested: | |
|     80% Fees | $142,206.00 |
|     100% Expenses | $0.00 |
|     Total: | $142,206.00 |

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 512] (the "Interim Compensation Order") and the *Order Authorizing the Retention of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Official Committee of Unsecured Creditors of Diamond Sports Group, LLC, et al., Effective as of March 30, 2023* [Docket No. 742], the law firm of Akin Gump Strauss

---

[2]    Pursuant to the Interim Compensation Order, any Committee member requests for reimbursement of expenses incurred in connection with the performance of the duties of the Committee will be submitted as part of Akin's interim or final fee applications.

Hauer & Feld LLP ("Akin"), as counsel to the Official Committee of Unsecured Creditors of Diamond Sports Group, LLC, *et al*. (the "Committee"), hereby submits this *Sixteenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2024 Through July 31, 2024* (the "Sixteenth Monthly Fee Statement"). By this Sixteenth Monthly Fee Statement and pursuant to the Interim Compensation Order, Akin seeks interim payment of (i) $142,206.00 (80% of $177,757.50) as compensation for professional services rendered to the Committee and (ii) $0.00 for reimbursement of actual and necessary expenses  or the period from July 1, 2024 through and including July 31, 2024 (the "Fee Period").[3] Pursuant to the Interim Compensation Order, the Application Recipients (as defined in the Interim Compensation Order and listed on page 6 hereof) have until the fourteenth day following service of this Sixteenth Monthly Fee Statement to object to the fees and expenses requested herein.

### Itemization of Services Rendered and Expenses Incurred

1.    In support of this Sixteenth Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Akin professionals and paraprofessionals during the Fee Period with respect to each of the subject matter categories Akin established in accordance with its internal billing procedures. As reflected in Exhibit A, Akin incurred $177,757.50 in fees during the Fee Period. Pursuant to this Sixteenth Monthly Fee Statement, Akin seeks compensation in the amount of $142,206.00 or 80% of such fees.

- **Exhibit B** is a schedule providing certain information regarding the Akin professionals and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Sixteenth Monthly Fee Statement. Professionals and paraprofessionals employed by Akin expended a total of 120.00 hours in connection with these chapter 11 cases during the Fee Period.

---

[3]    The total amount sought for fees and expenses ($177,757.50) reflects voluntary reductions for the Fee Period of $10,144.50 in fees.

- **Exhibit C** is a schedule setting forth the amount sought with respect to each category of expenses for which reimbursement is sought in this Sixteenth Monthly Fee Statement.  As reflected in Exhibit C, Akin incurred $0.00 in expenses during the Fee Period.

- **Exhibit D** consists of Akin's detailed records of fees and expenses incurred during the Fee Period in rendering professional services to the Committee.

## Representations

2.     Although Akin has used its reasonable best efforts to include all fees and expenses incurred during the Fee Period, some fees and expenses might not be included in this Sixteenth Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Akin reserves the right to seek payment of such fees and expenses not included herein.  Subsequent monthly fee statements will be submitted in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules and the Interim Compensation Order.

[*The remainder of this page has been left blank intentionally.*]

Dated: September 18, 2024                    Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr. (State Bar No. 00793386;
S.D. Tex. 30464)
2300 N. Field Street, Suite 1800
Dallas, TX 75201-2481
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: mbrimmage@akingump.com

-and-

Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Naomi Moss (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: aqureshi@akingump.com
Email: nmoss@akingump.com

-and-

Scott L. Alberino (admitted *pro hac vice*)
2001 K Street N.W.
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: salberino@akingump.com

*Counsel to the Official Committee of Unsecured
Creditors of Diamond Sports Group, LLC,* et al.

5

**<u>Application Recipients</u>**

a.  the Debtors, c/o Diamond Sports Group, LLC, Attention: David DeVoe (<u>david.devoe@ballysports.com</u>);

b.  co-counsel to the Debtors, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Attention: Brian S. Hermann (<u>bhermann@paulweiss.com</u>), Andrew M. Parlen (<u>aparlen@paulweiss.com</u>), Joseph M. Graham (<u>jgraham@paulweiss.com</u>), and Alice Nofzinger (<u>anofzinger@paulweiss.com</u>);

c.  co-counsel to the Debtors, Porter Hedges LLP, Attention: John F. Higgins (<u>jhiggins@porterhedges.com</u>), M. Shane Johnson (<u>sjohnson@porterhedges.com</u>), Megan Young-John (<u>myoung-john@porterhedges.com</u>), and Bryan L. Rochelle (<u>brochelle@porterhedges.com</u>);

d.  special corporate and litigation counsel to the Debtors, Wilmer Cutler Pickering Hale and Dorr LLP, Attention: Andrew Goldman (<u>andrew.goldman@wilmerhale.com</u>), Benjamin Loveland (<u>benjamin.loveland@wilmerhale.com</u>), and Lauren R. Lifland (<u>lauren.lifland@wilmerhale.com</u>);

e.  the Office of the United States Trustee for the Southern District of Texas, Attention: Ha Nguyen (<u>ha.nguyen@usdoj.gov</u>);

f.  counsel to the Ad Hoc First Lien Group, Kramer Levin Naftalis & Frankel LLP, Attention: Daniel Eggermann (<u>deggermann@kramerlevin.com</u>) and Alexander Woolverton (<u>awoolverton@kramerlevin.com</u>);

g.  counsel to the Ad Hoc Secured Group, Gibson, Dunn & Crutcher LLP, Attention: Scott Greenberg (<u>sgreenberg@gibsondunn.com</u>) and Jason Goldstein (<u>jgoldstein@gibsondunn.com</u>); and

h.  counsel to the Ad Hoc Crossholder Group, Paul Hastings LLP, Attention: Jayme Goldstein (<u>jaymegoldstein@paulhastings.com</u>), Sayan Bhattacharyya (<u>sayanbhattacharyya@paulhastings.com</u>), and Matthew Garofalo (<u>mattgarofalo@paulhastings.com</u>).

## EXHIBIT A

### Schedule of Hours Expended and Fees Incurred by Project Category

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested ($) |
|---|---|---|---|
| 2 | Case Administration | 6.30 | 7,604.50 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 21.80 | 25,113.50 |
| 4 | Analysis of Other Professionals Fee Applications/Reports | 9.40 | 10,717.50 |
| 6 | Retention of Professionals | 0.20 | 365.00 |
| 7 | Creditors Committee Matters/Meetings (including 341 Meetings) | 34.60 | 51,676.50 |
| 8 | Hearings and Court Matters/Court Preparation | 10.10 | 17,122.50 |
| 9 | Financial Reports and Analysis | 0.20 | 365.00 |
| 11 | Executory Contract/Lease Issues | 7.10 | 11,200.50 |
| 12 | General Claims Analysis/Claims Objections | 7.60 | 13,541.50 |
| 22 | Disclosure Statement/Solicitation/Plan/Confirmation | 11.90 | 22,025.50 |
| 23 | Asset Dispositions/363 Asset Sales/Bidding Procedures | 1.40 | 2,555.00 |
| 31 | Business Operations | 9.40 | 15,470.50 |
| **Totals** | | **120.00** | **177,757.50** |

## EXHIBIT B

### Schedule of Timekeepers Included in Fee Period

| TIMEKEEPER | DEPT. | BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| DIZENGOFF, IRA S. | FRS | 1992 | 2,195.00 | 2.80 | 6,146.00 |
| QURESHI, ABID | FRS | 1995 | 2,195.00 | 2.90 | 6,365.50 |
| ALBERINO, SCOTT L. | FRS | 2002 | 2,195.00 | 2.80 | 6,146.00 |
| MOSS, NAOMI | FRS | 2009 | 1,825.00 | 44.20 | 80,665.00 |
| **TOTAL PARTNERS** | | | | **52.70** | **99,322.50** |
| **SENIOR COUNSEL & COUNSEL** | | | | | |
| LISOVICZ, EDAN S. | FRS | 2014 | 1,575.00 | 19.60 | 30,870.00 |
| SZYDLO, JOSEPH E. | FRS | 2019 | 1,350.00 | 14.70 | 19,845.00 |
| **TOTAL COUNSEL** | | | | **34.30** | **50,715.00** |
| **ASSOCIATES** | | | | | |
| VECELLIO, AVA G. | FRS | 2024 | 840.00 | 33.00 | 27,720.00 |
| **TOTAL ASSOCIATES** | | | | **33.00** | **27,720.00** |
| **TOTAL TIMEKEEPERS** | | | | **120.00** | **177,757.50** |

Key: FRS = Financial Restructuring

## **EXHIBIT C**

### **Schedule of Expenses for the Fee Period**

| Expense Category | Amount ($) |
|---|---:|
| None | |
| **TOTAL** | **0.00** |

**EXHIBIT D**

**Detailed Description of Services and Expenses**

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
44th Floor
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com



DSG CREDITORS COMMITTEE
DIAMOND SPORTS GROUP LLC
3003 EXPOSITION BLVD
SANTA MONICA, CA  90404

| | |
|---|---|
| Invoice Number | 2113499 |
| Invoice Date | 09/18/24 |
| Client Number | 106697 |
| Matter Number | 0001 |

Re: CHAPTER 11 CASES

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/24 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | Case Administration | 6.30 | $7,604.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 21.80 | $25,113.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 9.40 | $10,717.50 |
| 0006 | Retention of Professionals | 0.20 | $365.00 |
| 0007 | Creditors Committee Matters/Meetings (including 341 Meetings) | 34.60 | $51,676.50 |
| 0008 | Hearings and Court Matters/Court Preparation | 10.10 | $17,122.50 |
| 0009 | Financial Reports and Analysis | 0.20 | $365.00 |
| 0011 | Executory Contract/Lease Issues | 7.10 | $11,200.50 |
| 0012 | General Claims Analysis/Claims Objections | 7.60 | $13,541.50 |
| 0022 | Disclosure Statement/Solicitation/Plan/Confirmation | 11.90 | $22,025.50 |
| 0023 | Asset Dispositions/363 Asset Sales/Bidding Procedures | 1.40 | $2,555.00 |
| 0031 | Business Operations | 9.40 | $15,470.50 |
| | TOTAL | 120.00 | $177,757.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| 07/01/24 | N  MOSS | 0007 | Emails with PW re: upcoming update call. | 0.20 | $365.00 |
| 07/01/24 | N  MOSS | 0011 | Review correspondence from PW re: Stars rejection and related motion (.5); confer with with E. Lisovicz re same (.5). | 1.00 | $1,825.00 |
| 07/01/24 | E S  LISOVICZ | 0011 | Review draft motion to reject Stars agreement (.3); call with PW re same (.2); confer with N. Moss re same (.5). | 1.00 | $1,575.00 |
| 07/01/24 | A G  VECELLIO | 0011 | Draft correspondence to E. Lisovicz re Stars Rejection Motion. | 0.10 | $84.00 |
| 07/01/24 | A G  VECELLIO | 0003 | Draft May fee statement (.5); draft correspondence to Akin FR team re same (.2); correspondence with accounting team re May invoice (.2). | 0.90 | $756.00 |
| 07/01/24 | A G  VECELLIO | 0002 | Draft correspondence to J. Szydlo re case admin. | 0.20 | $168.00 |
| 07/01/24 | A G  VECELLIO | 0004 | Correspondence with HL re filing of fee statement. | 0.20 | $168.00 |
| 07/02/24 | N  MOSS | 0031 | Review updates re ongoing Debtor negotiations with leagues/distributors. | 0.50 | $912.50 |
| 07/02/24 | N  MOSS | 0011 | Analyze Stars rejection motion issues (.3); call with E. Lisovicz re same (.1); review rejection order and internal comments to same (.4). | 0.80 | $1,460.00 |
| 07/02/24 | E S  LISOVICZ | 0011 | Review revised draft of Stars rejection motion and proposed order (.2); prepare revisions to same (.2); call with PW re same (.1); call with N. Moss re same (.1). | 0.60 | $945.00 |
| 07/02/24 | E S  LISOVICZ | 0002 | Attend to case admin matters. | 0.20 | $315.00 |
| 07/02/24 | E S  LISOVICZ | 0007 | Correspondence with FTI and HL teams re UCC advisor call (.1); draft correspondence to Committee re status (.1). | 0.20 | $315.00 |
| 07/02/24 | A G  VECELLIO | 0011 | Review draft Stars Rejection Motion (.1); draft summary re same for UCC (.4). | 0.50 | $420.00 |
| 07/02/24 | A G  VECELLIO | 0003 | Review and update May fee statement (.4); call with E. Lisovicz re same (.1); correspondence with Akin accounting team re payment in connection with April fee statement (.1). | 0.60 | $504.00 |
| 07/02/24 | A G  VECELLIO | 0004 | Review HL fee statement (.4); correspondence with UCC advisors re preparation of fee statements (.5). | 0.90 | $756.00 |
| 07/02/24 | A G  VECELLIO | 0007 | Update case calendar (.3) and WIP (.2). | 0.50 | $420.00 |
| 07/03/24 | I S  DIZENGOFF | 0007 | Attend UCC advisors call (.4); | 0.60 | $1,317.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | draft correspondence to N. Moss following same (.2). | | |
| 07/03/24 | A  QURESHI | 0007 | Attend debtors/UCC advisors call (.5); attend UCC advisors call (.4); review draft emails re Committee update (.2). | 1.10 | $2,414.50 |
| 07/03/24 | N  MOSS | 0031 | Review updates re ongoing negotiations with leagues (.3); analyze issues re: same (.2). | 0.50 | $912.50 |
| 07/03/24 | N  MOSS | 0011 | Review revised draft Stars rejection motion (.3); analyze issues re: same (.2); review filed version of same (.2); review correspondence re: same (.1). | 0.80 | $1,460.00 |
| 07/03/24 | N  MOSS | 0007 | Review and comment on draft UCC update and attachments (.5); review related correspondence (.2); prepare for (.2) and attend Debtors/UCC call (.5); attend UCC advisors follow up call (.4); follow up correspondence with I. Dizengoff re case strategy (.2). | 2.00 | $3,650.00 |
| 07/03/24 | E S  LISOVICZ | 0003 | Call with A. Vecellio re May fee statement. | 0.10 | $157.50 |
| 07/03/24 | E S  LISOVICZ | 0011 | Review revised proposed order re Stars rejection motion (.1); correspond with UCC advisors (.1) and PW (.1) re same; revise summary re same for UCC (.3); review revised Stars rejection motion (.1). | 0.70 | $1,102.50 |
| 07/03/24 | E S  LISOVICZ | 0007 | Attend update calls with Debtor/UCC advisors (.5) and UCC advisors (.4); prepare for same (.2); draft correspondence to Committee re case updates and issues (.8); review materials re same (.2); revise update correspondence to UCC (.2); correspond with FTI (.1) and Houlihan (.1) re same. | 2.50 | $3,937.50 |
| 07/03/24 | A G  VECELLIO | 0011 | Review filing version Stars Rejection Motion (.1); review (.1) and edit (.3) summary re same for UCC; draft correspondence to E. Lisovicz re same (.1). | 0.60 | $504.00 |
| 07/03/24 | A G  VECELLIO | 0007 | Prepare for (.2) and attend Debtor and UCC advisor call (.5) and UCC advisor call (.4); internal correspondence re same (.1); update case calendar (.2) and WIP (.2). | 1.60 | $1,344.00 |
| 07/03/24 | A G  VECELLIO | 0003 | Draft correspondence to E. Lisovicz re May fee statement. | 0.10 | $84.00 |
| 07/03/24 | A G  VECELLIO | 0002 | Review recent docket updates. | 0.60 | $504.00 |
| 07/05/24 | N  MOSS | 0011 | Review updates from PW re: Stars rejection motion (.4); review correspondence with case | 0.70 | $1,277.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | parties re same (.3). | | |
| 07/05/24 | E S LISOVICZ | 0008 | Correspondence with PW re scheduling of upcoming hearing. | 0.10 | $157.50 |
| 07/08/24 | I S DIZENGOFF | 0022 | Call with S. Alberino re confirmation related issues and timing (.3); draft email to S. Alberino re same (.1). | 0.40 | $878.00 |
| 07/08/24 | S L ALBERINO | 0022 | Call with Debtors advisors re Plan and RSA issues (.2); call with I. Dizengoff re same (.3). | 0.50 | $1,097.50 |
| 07/08/24 | N MOSS | 0007 | Prepare for (.1) and attend Debtors/UCC advisor call (.3); confer with E. Lisovicz re: same (.3). | 0.70 | $1,277.50 |
| 07/08/24 | N MOSS | 0008 | Emails with PW re: upcoming hearing and related prep (.2); review notice of same (.1). | 0.30 | $547.50 |
| 07/08/24 | N MOSS | 0004 | Emails with A. Vecellio re: UCC advisor monthly fee statements (.3); review filed versions of the same (.2). | 0.50 | $912.50 |
| 07/08/24 | N MOSS | 0003 | Review correspondence with company advisors re: Akin fees. | 0.10 | $182.50 |
| 07/08/24 | N MOSS | 0002 | Attention to case admin. | 0.50 | $912.50 |
| 07/08/24 | E S LISOVICZ | 0004 | Review draft FTI and HL fee statements for privilege and confidentiality (.2); review filing versions of same (.1). | 0.30 | $472.50 |
| 07/08/24 | E S LISOVICZ | 0007 | Prepare for (.1) and attend (.3) update call with UCC and Debtors' advisors; confer with N. Moss re same (.3). | 0.70 | $1,102.50 |
| 07/08/24 | E S LISOVICZ | 0003 | Review filing version of Akin May fee statement. | 0.10 | $157.50 |
| 07/08/24 | E S LISOVICZ | 0002 | Attend to case admin matters. | 0.10 | $157.50 |
| 07/08/24 | A G VECELLIO | 0007 | Prepare for (.2) and attend (.3) Debtor/UCC advisor call. | 0.50 | $420.00 |
| 07/08/24 | A G VECELLIO | 0002 | Review recent docket filings (.3); attend to case admin (.1). | 0.40 | $336.00 |
| 07/08/24 | A G VECELLIO | 0004 | Correspondence with UCC professionals re filing of May fee statements (.5); correspondence with N. Moss re same (.3); finalize statements in connection with same (1.2); confer with B. Kemp re same (.2). | 2.20 | $1,848.00 |
| 07/09/24 | I S DIZENGOFF | 0031 | Review updates re status of discussions with Comcast. | 0.20 | $439.00 |
| 07/09/24 | A QURESHI | 0007 | Attend UCC advisors' update call. | 0.40 | $878.00 |
| 07/09/24 | S L ALBERINO | 0022 | Call with N. Moss re plan issues (.3); review materials in connection with same (.3). | 0.60 | $1,317.00 |
| 07/09/24 | N MOSS | 0007 | Prepare for (.2) and attend (.4) weekly catch up call with UCC advisors; review and comment on UCC update correspondence (.4); consider status and next steps in connection with same | 1.20 | $2,190.00 |

| Date | Tkpr | Task | | Hours | Value |
|---|---|---|---|---|---|
| | | | (.2). | | |
| 07/09/24 | N  MOSS | 0022 | Review plan and related materials (.8); call with S. Alberino re plan issues (.3). | 1.10 | $2,007.50 |
| 07/09/24 | N  MOSS | 0012 | Attention to issues re potential unsecured claim (.6); draft correspondence to E. Lisovicz re: same (.2). | 0.80 | $1,460.00 |
| 07/09/24 | E S  LISOVICZ | 0007 | Correspond with unsecured creditor re claim and related issues (.3); review claim and related provisions of plan in connection with same (.5); analyze issues re same (.1); correspond with FTI re same (.2);  attend call with UCC advisors re case updates and issues (.4); prepare for same (.1); draft correspondence to Committee re case updates (.4); revise same (.1). | 2.10 | $3,307.50 |
| 07/09/24 | E S  LISOVICZ | 0031 | Review correspondence from Houlihan re NBA negotiations (.1); review update materials re same (.2). | 0.30 | $472.50 |
| 07/09/24 | A G  VECELLIO | 0003 | Draft correspondence to J. Szydlo re fee statement and fifth interim fee application. | 0.10 | $84.00 |
| 07/09/24 | A G  VECELLIO | 0007 | Prepare for (.3) and attend (.4) UCC advisor call; internal correspondence re same (.1). | 0.80 | $672.00 |
| 07/09/24 | A G  VECELLIO | 0002 | Review recent docket filings. | 0.20 | $168.00 |
| 07/10/24 | S L  ALBERINO | 0022 | Review correspondence from parties in interest re plan status (.2); consider issues re same (.4). | 0.60 | $1,317.00 |
| 07/10/24 | N  MOSS | 0031 | Review materials re: NBA negotiations (.8); emails with HL and FTI re: same (.4); analyze issues re: same (.3); confer with J. Szydlo re same (.4). | 1.90 | $3,467.50 |
| 07/10/24 | N  MOSS | 0008 | Communications with A. Goldman (WH) re status and hearing related issues (.4); prepare for 7/11 hearing (1.1); draft correspondence to members of the Akin team re: upcoming hearing and related issues (1.0); emails with A. Vecellio re: hearing prep (.2); review hearing agenda (.1). | 2.80 | $5,110.00 |
| 07/10/24 | E S  LISOVICZ | 0008 | Review materials for 7/11 hearing. | 0.10 | $157.50 |
| 07/10/24 | E S  LISOVICZ | 0002 | Attend to case admin matters. | 0.30 | $472.50 |
| 07/10/24 | J E  SZYDLO | 0003 | Review correspondence from A. Vecellio re fee statements and upcoming fee application (.1); consider issues re same (.1). | 0.20 | $270.00 |
| 07/10/24 | J E  SZYDLO | 0031 | Review correspondence from HL re update on NBA negotiations (.2); confer with N. | 0.60 | $810.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | Moss re same (.4). | | |
| 07/10/24 | A G VECELLIO | 0008 | Prepare for upcoming hearing (.2); correspondence with N. Moss re same (.2). | 0.40 | $336.00 |
| 07/10/24 | A G VECELLIO | 0004 | Correspondence with UCC advisors re upcoming Interim Fee Applications. | 0.20 | $168.00 |
| 07/10/24 | A G VECELLIO | 0022 | Review correspondence re plan status and next steps. | 0.10 | $84.00 |
| 07/11/24 | I S DIZENGOFF | 0022 | Call with E. Lisovicz re postponement of confirmation deadlines. | 0.20 | $439.00 |
| 07/11/24 | N MOSS | 0008 | Prepare for upcoming hearing (1.0); review notice of cancellation of hearing (.2); review court calendar (.2); emails with A. Goldman re same (.3); draft and send update to UCC re: hearing cancellation (.3). | 2.00 | $3,650.00 |
| 07/11/24 | E S LISOVICZ | 0022 | Draft correspondence to N. Moss re confirmation schedule (.2); call with I. Dizengoff re updates to same (.2). | 0.40 | $630.00 |
| 07/11/24 | E S LISOVICZ | 0007 | Draft correspondence to Committee re case updates (.2); correspondence with A. Vecellio re same (.2). | 0.40 | $630.00 |
| 07/11/24 | A G VECELLIO | 0007 | Update case calendar in connection with updated plan dates (.3); draft UCC update email re same (.4); correspondence with E Lisovicz re same (.2). | 0.90 | $756.00 |
| 07/11/24 | A G VECELLIO | 0002 | Review recent docket updates. | 0.30 | $252.00 |
| 07/11/24 | A G VECELLIO | 0022 | Review correspondence re confirmation schedule (.3); review case filings in connection with same (.3). | 0.60 | $504.00 |
| 07/11/24 | A G VECELLIO | 0003 | Review June invoice for privilege, confidentiality and UST compliance. | 0.10 | $84.00 |
| 07/12/24 | I S DIZENGOFF | 0022 | Analyze issues re progress on RSA Plan and status of negotiations with leagues in connection with same (.5); draft email to S. Alberino and N. moss re same (.2). | 0.70 | $1,536.50 |
| 07/12/24 | N MOSS | 0004 | Review creditor advisor invoices. | 0.10 | $182.50 |
| 07/12/24 | N MOSS | 0002 | Review recent press re case: status (.4); attend to case admin (.5). | 0.90 | $1,642.50 |
| 07/12/24 | A G VECELLIO | 0002 | Review recent docket filings. | 0.20 | $168.00 |
| 07/15/24 | N MOSS | 0007 | Prepare for (.1) and attend (.2) weekly update call with Debtors' advisors; correspondence with A. Vecellio re same (.1); review summary of case status (.1). | 0.50 | $912.50 |
| 07/15/24 | N MOSS | 0009 | Review reporting re payments | 0.20 | $365.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | made pursuant to first day orders. | | |
| 07/15/24 | N  MOSS | 0022 | Review correspondence with creditor re: plan voting deadline and related issues. | 0.20 | $365.00 |
| 07/15/24 | E S  LISOVICZ | 0007 | Prepare for (.2) and attend (.2) Debtor-UCC Advisor update call. | 0.40 | $630.00 |
| 07/15/24 | J E  SZYDLO | 0007 | Attend Debtors/UCC advisors call re case updates. | 0.20 | $270.00 |
| 07/15/24 | A G  VECELLIO | 0007 | Prepare for (.1) and attend (.2) Debtor/UCC advisor call; correspondence with N. Moss re same (.1). | 0.40 | $336.00 |
| 07/16/24 | N  MOSS | 0031 | Review Comcast update and related materials (.3); analyze same (.4); emails with HL re: same (.3); analyze plan issues in connection with same (.3); confer with E. Lisovicz re same (.2). | 1.50 | $2,737.50 |
| 07/16/24 | N  MOSS | 0007 | Confer with E. Lisovicz re UCC call status (.1); review draft update email to UCC (.2). | 0.30 | $547.50 |
| 07/16/24 | E S  LISOVICZ | 0031 | Confer with N. Moss re Comcast update and related Plan issues. | 0.20 | $315.00 |
| 07/16/24 | E S  LISOVICZ | 0007 | Confer with N. Moss re UCC update call (.1); draft correspondence to Committee re same (.2). | 0.30 | $472.50 |
| 07/16/24 | J E  SZYDLO | 0031 | Review updates from Moelis re ongoing Comcast discussions. | 0.40 | $540.00 |
| 07/16/24 | A G  VECELLIO | 0007 | Update WIP (.3) and case calendar (.3); draft correspondence to J. Szydlo re same (.2). | 0.80 | $672.00 |
| 07/17/24 | S L  ALBERINO | 0022 | Consider plan issues in connection with distributor proposals. | 0.40 | $878.00 |
| 07/17/24 | N  MOSS | 0022 | Attention to confirmation schedule changes (.3); consider issues re same (.2); correspond with E. Lisovicz and J. Szydlo re: status and plan-related deadlines (.3). | 0.80 | $1,460.00 |
| 07/17/24 | E S  LISOVICZ | 0022 | Correspond with N. Moss and J. Szydlo re plan deadlines. | 0.20 | $315.00 |
| 07/17/24 | E S  LISOVICZ | 0007 | Draft correspondence to Committee re case updates. | 0.20 | $315.00 |
| 07/17/24 | J E  SZYDLO | 0022 | Correspond with N. Moss and E. Lisovicz re plan and confirmation-related deadlines. | 0.30 | $405.00 |
| 07/17/24 | A G  VECELLIO | 0003 | Draft sections of fifth interim fee application (.7); draft June fee statement (1.0). | 1.70 | $1,428.00 |
| 07/17/24 | A G  VECELLIO | 0002 | Review recent docket filings. | 0.30 | $252.00 |
| 07/18/24 | I S  DIZENGOFF | 0012 | Review updated claims analysis materials from FTI. | 0.40 | $878.00 |
| 07/18/24 | N  MOSS | 0007 | Review correspondence from creditor re case status (.2); | 0.40 | $730.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | confer with E. Lisovicz re same (.2). | | |
| 07/18/24 | N  MOSS | 0012 | Review claims related analysis and backup files. | 1.00 | $1,825.00 |
| 07/18/24 | E S  LISOVICZ | 0007 | Call with unsecured creditor re case status (.2); confer with N. Moss re same (.2). | 0.40 | $630.00 |
| 07/18/24 | A G  VECELLIO | 0003 | Draft June fee statement (.3); draft sections of interim fee app (1.4). | 1.70 | $1,428.00 |
| 07/19/24 | I S  DIZENGOFF | 0012 | Analyze updated claims analysis from FTI (.2); correspond with N. Moss re same (.1). | 0.30 | $658.50 |
| 07/19/24 | N  MOSS | 0031 | Review June MORs. | 0.50 | $912.50 |
| 07/19/24 | N  MOSS | 0012 | Review fourth omni and analyze potential claims pool related issues (.6); correspond with I. Dizengoff re FTI claims analysis (.1). | 0.70 | $1,277.50 |
| 07/19/24 | N  MOSS | 0007 | Review and comment on UCC update correspondence. | 0.20 | $365.00 |
| 07/19/24 | N  MOSS | 0004 | Attention to upcoming UCC advisors interim fee application deadline and filings (.3); confer with A. Vecellio re same (.4); review correspondence with FTI and HL re same (.2). | 0.90 | $1,642.50 |
| 07/19/24 | N  MOSS | 0008 | Review PW update re: upcoming status conference (.2); review notice re: same (.1). | 0.30 | $547.50 |
| 07/19/24 | E S  LISOVICZ | 0022 | Conduct research re potential plan issues. | 0.60 | $945.00 |
| 07/19/24 | E S  LISOVICZ | 0007 | Correspond with UCC member re case issues. | 0.10 | $157.50 |
| 07/19/24 | J E  SZYDLO | 0003 | Prepare voluntary write offs for June invoice (.2); draft correspondence to N. Moss re same and fee data (.4); correspond with A. Vecellio re same (.2). | 0.80 | $1,080.00 |
| 07/19/24 | A G  VECELLIO | 0004 | Confer with N. Moss re UCC advisors interim fee application timeline. | 0.40 | $336.00 |
| 07/19/24 | A G  VECELLIO | 0002 | Review recent docket filings. | 0.30 | $252.00 |
| 07/19/24 | A G  VECELLIO | 0003 | Draft June fee statement (1.1); draft correspondence to Akin team re June invoice (.3); correspondence to Akin accounting team re same (.2); correspond with J. Szydlo re write offs for June invoice (.2). | 1.80 | $1,512.00 |
| 07/22/24 | N  MOSS | 0022 | Emails with case parties re: plan status and next steps. | 0.30 | $547.50 |
| 07/22/24 | N  MOSS | 0012 | Review and analyze updated claims analysis from FTI. | 0.70 | $1,277.50 |
| 07/22/24 | N  MOSS | 0004 | Review debtor advisor fee statement. | 0.10 | $182.50 |
| 07/22/24 | J E  SZYDLO | 0012 | Review correspondence and materials from FTI re claims analysis updates. | 0.50 | $675.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|-------|-------|
| 07/22/24 | J E SZYDLO | 0003 | Review and comment on June fee statement (.3); review invoice and write offs in connection with same (.2); call with A. Vecellio re same (.2). | 0.70 | $945.00 |
| 07/22/24 | A G VECELLIO | 0003 | Update June fee statement (.1); correspondence with accounting team re June invoice (.1); call with J. Szydlo re write offs in connection with same (.2). | 0.40 | $336.00 |
| 07/22/24 | A G VECELLIO | 0031 | Review Debtors' June MORs. | 1.10 | $924.00 |
| 07/22/24 | A G VECELLIO | 0002 | Review recent docket filings (.2); analyze same (.2). | 0.40 | $336.00 |
| 07/23/24 | A QURESHI | 0022 | Confer with N. Moss regarding plan issues and status (.2); emails with UCC advisors re same (.2). | 0.40 | $878.00 |
| 07/23/24 | N MOSS | 0008 | Prepare for upcoming status conference (1.0); review correspondence from Akin team re: conference logistics (.2). | 1.20 | $2,190.00 |
| 07/23/24 | N MOSS | 0022 | Call with PW re: status of discussions and related plan issues and strategy (.6); confer with A. Qureshi re same (.2); emails with UCC advisors re same (.2). | 1.00 | $1,825.00 |
| 07/23/24 | N MOSS | 0003 | Review correspondence to debtors' advisors re: Akin fees. | 0.20 | $365.00 |
| 07/23/24 | N MOSS | 0004 | Review debtor advisor invoice. | 0.10 | $182.50 |
| 07/23/24 | N MOSS | 0007 | Emails with PW and WH re: update call status and rescheduling of same. | 0.30 | $547.50 |
| 07/23/24 | E S LISOVICZ | 0012 | Review correspondence from FTI re claims update. | 0.20 | $315.00 |
| 07/23/24 | E S LISOVICZ | 0007 | Draft correspondence to Committee re case updates. | 0.30 | $472.50 |
| 07/23/24 | E S LISOVICZ | 0008 | Attend to prep for 7/24 status conference. | 0.10 | $157.50 |
| 07/23/24 | J E SZYDLO | 0003 | Review Akin invoice for privilege and confidentiality (.4); review Akin fee statement (.7). | 1.10 | $1,485.00 |
| 07/23/24 | A G VECELLIO | 0004 | Correspondence (.1) and call (.1) with FTI re FTI fee statement; review and comment on same (.7); emails with HL re HL fee statement (.1); review revised draft of same (.2); draft correspondence to J. Szydlo re same (.1). | 1.30 | $1,092.00 |
| 07/23/24 | A G VECELLIO | 0007 | Draft correspondence to J. Szydlo and E. Lisovicz re upcoming Committee update email (.2); draft same (.4). | 0.60 | $504.00 |
| 07/24/24 | N MOSS | 0022 | Review notice of adjournment of confirmation hearing and related dates and deadlines (.2); attention to issues re: same (.4); review updates from HL and FTI re next steps (.3). | 0.90 | $1,642.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| 07/24/24 | N  MOSS | 0012 | Review order sustaining omnibus objection to late filed claims. | 0.20 | $365.00 |
| 07/24/24 | N  MOSS | 0007 | Review UCC update email. | 0.30 | $547.50 |
| 07/24/24 | N  MOSS | 0003 | Confer with J. Szydlo re Akin June fee statement. | 0.30 | $547.50 |
| 07/24/24 | N  MOSS | 0008 | Prepare for (.5) and attend (.3) status conference; consider next steps in connection with same (.2); review summary of same for UCC (.2). | 1.20 | $2,190.00 |
| 07/24/24 | E S  LISOVICZ | 0008 | Prepare for (.2) and attend (.3) status conference; prepare summary for UCC same (.5). | 1.00 | $1,575.00 |
| 07/24/24 | E S  LISOVICZ | 0012 | Review correspondence and materials from FTI re claims analysis updates (.2); correspond with FTI re same (.1); review order sustaining omnibus objection (.2). | 0.50 | $787.50 |
| 07/24/24 | J E  SZYDLO | 0003 | Confer with N. Moss re Akin June fee statement. | 0.30 | $405.00 |
| 07/24/24 | J E  SZYDLO | 0004 | Coordinate finalization of fee statements for other UCC professionals. | 0.50 | $675.00 |
| 07/24/24 | A G  VECELLIO | 0008 | Prepare for (.2) and attend (.3) status conference; internal correspondence re same (.1). | 0.60 | $504.00 |
| 07/24/24 | A G  VECELLIO | 0004 | Correspondence with FTI (.1) and HL (.1) re UCC advisors' fee statements. | 0.20 | $168.00 |
| 07/24/24 | A G  VECELLIO | 0007 | Draft correspondence to E. Lisovicz re Committee update materials (.2); update case calendar (.3). | 0.50 | $420.00 |
| 07/24/24 | A G  VECELLIO | 0002 | Review recent docket filings. | 0.30 | $252.00 |
| 07/25/24 | N  MOSS | 0006 | Review OCP quarterly statement. | 0.20 | $365.00 |
| 07/25/24 | N  MOSS | 0011 | Review notice of consent to extend deadline to assume or reject leases and related schedule. | 0.30 | $547.50 |
| 07/25/24 | N  MOSS | 0012 | Analyze GUC claims pool issues (.5); call with E. Lisovicz re same (.3). | 0.80 | $1,460.00 |
| 07/25/24 | N  MOSS | 0031 | Review correspondence re ongoing Debtor negotiations with leagues and Comcast. | 0.60 | $1,095.00 |
| 07/25/24 | E S  LISOVICZ | 0012 | Review FTI correspondence re unsecured claims pool updates (.2); call with N. Moss re same (.3). | 0.50 | $787.50 |
| 07/25/24 | A G  VECELLIO | 0007 | Draft correspondence to J. Szydlo re case calendar. | 0.10 | $84.00 |
| 07/25/24 | A G  VECELLIO | 0002 | Review recent docket filings (.2); analyze same (.2). | 0.40 | $336.00 |
| 07/26/24 | N  MOSS | 0007 | Review case update materials for UCC (.5); correspondence with E. Lisovicz re: same (.1). | 0.60 | $1,095.00 |
| 07/26/24 | N  MOSS | 0003 | Attention to filing of Akin fee | 0.50 | $912.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|-------|-------|
| | | | statement. | | |
| 07/26/24 | N  MOSS | 0004 | Review debtor advisor monthly fee statements. | 0.30 | $547.50 |
| 07/26/24 | E S  LISOVICZ | 0007 | Draft update correspondence to Committee (.1); correspondence with N. Moss re same (.1). | 0.20 | $315.00 |
| 07/26/24 | E S  LISOVICZ | 0004 | Review FTI and HL June fee statements. | 0.10 | $157.50 |
| 07/26/24 | E S  LISOVICZ | 0003 | Review filing version of Akin June fee statement. | 0.10 | $157.50 |
| 07/26/24 | E S  LISOVICZ | 0022 | Conduct research re potential plan issues (.6); analyze same (.3). | 0.90 | $1,417.50 |
| 07/26/24 | J E  SZYDLO | 0007 | Review and comment on liquidity update deck for committee (.3); correspond with FTI re same (.1). | 0.40 | $540.00 |
| 07/26/24 | J E  SZYDLO | 0004 | Review proposed filing versions of FTI and HL fee statements. | 0.40 | $540.00 |
| 07/26/24 | J E  SZYDLO | 0003 | Correspond with A. Vecellio re filing of June fee statement (.2); draft sections of Akin Fifth Interim Fee Application (2.2). | 2.40 | $3,240.00 |
| 07/26/24 | A G  VECELLIO | 0003 | Finalize June fee statement for filing (.8); correspondence with J. Szydlo (.2) and B. Kemp (.2) re filing of same; correspondence with Akin accounting team re fee payment (.1). | 1.30 | $1,092.00 |
| 07/26/24 | A G  VECELLIO | 0004 | Correspondence with FTI (.1) and HL (.1) re filing of June fee statements; attend to same (.4). | 0.60 | $504.00 |
| 07/26/24 | A G  VECELLIO | 0007 | Update case calendar. | 0.10 | $84.00 |
| 07/26/24 | A G  VECELLIO | 0002 | Review recent docket updates. | 0.20 | $168.00 |
| 07/29/24 | S L  ALBERINO | 0022 | Analyze plan issues in connection with case updates. | 0.40 | $878.00 |
| 07/29/24 | N  MOSS | 0031 | Review Comcast update from PW (.3); review related press release (.2); confer with E. Lisovicz re same (.3). | 0.80 | $1,460.00 |
| 07/29/24 | E S  LISOVICZ | 0031 | Confer with N. Moss re Comcast update. | 0.30 | $472.50 |
| 07/29/24 | E S  LISOVICZ | 0007 | Prepare update correspondence to Committee (.3); correspondence with Debtor and UCC advisors re update call (.2). | 0.50 | $787.50 |
| 07/29/24 | A G  VECELLIO | 0003 | Revise sections of Akin Fifth Interim Fee Application (1.0); draft correspondence to Akin FR team re payment of May fee statement (.1). | 1.10 | $924.00 |
| 07/30/24 | A  QURESHI | 0007 | Attend UCC advisors update call. | 0.40 | $878.00 |
| 07/30/24 | S L  ALBERINO | 0022 | Consider strategy re potential plan issues. | 0.30 | $658.50 |
| 07/30/24 | N  MOSS | 0023 | Review Marquee acquisition update (.5); review Sinclair settlement docs and other materials in connection with | 1.40 | $2,555.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | analysis of same (.9). | | |
| 07/30/24 | N  MOSS | 0003 | Review correspondence with debtors' advisors re: Akin may fees. | 0.20 | $365.00 |
| 07/30/24 | N  MOSS | 0002 | Analyze case status and potential next steps (.3); attend to case admin (.2). | 0.50 | $912.50 |
| 07/30/24 | N  MOSS | 0007 | Discuss potential upcoming UCC call with E. Lisovicz (.4); prepare for (.1) and attend (.4); UCC advisor update call; review agenda for upcoming call with debtors' advisors (.4). | 1.30 | $2,372.50 |
| 07/30/24 | E S  LISOVICZ | 0007 | Prepare for (.2) and attend (.4) weekly update call with UCC advisors; confer with N. Moss re potential UCC call (.4). | 1.00 | $1,575.00 |
| 07/30/24 | J E  SZYDLO | 0003 | Draft sections of Akin Fifth Interim Fee Application. | 1.20 | $1,620.00 |
| 07/30/24 | J E  SZYDLO | 0007 | Call with A. Vecellio re WIP and case calendar in advance of UCC advisors update call (.3); review same (.3). | 0.60 | $810.00 |
| 07/30/24 | A G  VECELLIO | 0007 | Prepare for (.1) and attend (.4) standing UCC advisors call; internal correspondence re same (.1); update WIP (.3) and case calendar (.3); call with J. Szydlo re same (.3). | 1.50 | $1,260.00 |
| 07/30/24 | A G  VECELLIO | 0003 | Draft correspondence to Akin FR team re fee statement payment. | 0.10 | $84.00 |
| 07/31/24 | A  QURESHI | 0007 | Attend Debtors/UCC advisors' update call. | 0.60 | $1,317.00 |
| 07/31/24 | N  MOSS | 0007 | Prepare for (.2) and attend (.6) update call with debtors' advisors; review and revise draft email to UCC (.4); review case filings in connection with same (.5); confer with E. Lisovicz re same (.3). | 2.00 | $3,650.00 |
| 07/31/24 | N  MOSS | 0012 | Confer with E. Lisovicz and FTI re: claims related issues (.2); review claims analysis materials (.6). | 0.80 | $1,460.00 |
| 07/31/24 | N  MOSS | 0004 | Review crossover group fee invoice. | 0.10 | $182.50 |
| 07/31/24 | N  MOSS | 0003 | Review email from company advisors re: outstanding Akin fees. | 0.10 | $182.50 |
| 07/31/24 | E S  LISOVICZ | 0012 | Confer with N. Moss and FTI re claims issues. | 0.20 | $315.00 |
| 07/31/24 | E S  LISOVICZ | 0007 | Prepare for (.2) and attend (.6) Debtor/UCC advisor call; confer with N. Moss re UCC update email (.3). | 1.10 | $1,732.50 |
| 07/31/24 | J E  SZYDLO | 0007 | Attend call with Debtors/UCC advisors re case updates. | 0.60 | $810.00 |
| 07/31/24 | J E  SZYDLO | 0003 | Review and revise sections of Akin Fifth Interim Fee | 3.50 | $4,725.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | Application (2.1); review case pleadings in connection with same (1.4). | | |
| 07/31/24 | A G  VECELLIO | 0007 | Prepare for (.1) and attend (.6) Debtor/UCC advisor call; internal correspondence re same (.3). | 1.00 | $840.00 |
| | | | Total Hours | 120.00 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| IRA S. DIZENGOFF | 2.80 | at | $2195.00 | = | $6,146.00 |
| ABID QURESHI | 2.90 | at | $2195.00 | = | $6,365.50 |
| SCOTT L. ALBERINO | 2.80 | at | $2195.00 | = | $6,146.00 |
| NAOMI MOSS | 44.20 | at | $1825.00 | = | $80,665.00 |
| EDAN S. LISOVICZ | 19.60 | at | $1575.00 | = | $30,870.00 |
| JOSEPH E. SZYDLO | 14.70 | at | $1350.00 | = | $19,845.00 |
| AVA G. VECELLIO | 33.00 | at | $840.00 | = | $27,720.00 |
| Current Fees | | | | | $177,757.50 |

**Total Amount of This Invoice**                                **$177,757.50**