**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF REVISED RATES BY FTI CONSULTING, INC.
(Related Docket No. 743)

1.      On May 28, 2023, this Court entered the *Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors of Diamond Sports Group, LLC, et al., Effective as of March 31, 2023* [Docket No. 743] (the "Retention Order"), which authorized the Official Committee of Unsecured Creditors of the above captioned debtors and debtors in possession (the "Committee") to retain FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as financial advisor to the Committee, for the specific purposes detailed in the *Application to Employ FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors of Diamond Sports Group, LLC, et al., Effective as of March 31, 2023* [Docket No. 459] (the "Application").

2.      Paragraph 13 of the Application disclosed the range of hourly rates charged by FTI for professional services and stated that FTI's hourly rates are subject to periodic adjustments.  *See* Application ¶ 13.  In the ordinary course of business, FTI has adjusted the hourly rates charged by its professionals and, therefore, submits this notice of revised rates.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

This notice shall constitute notice that, as of October 1, 2024, the hourly rates charged for FTI professionals anticipated to be assigned to this case will be as follows:

| | | |
|---|---|---|
| a. | Senior Managing Directors: | $1,185 to $1,525 |
| b. | Directors, Senior Directors, Managing Directors: | $890 to $1,155 |
| c. | Consultants, Senior Consultants: | $485 to $820 |
| d. | Administrative, Paraprofessionals: | $355 to $385 |

3. As set forth in the Application, these rates are, and will continue to be, based on FTI's standard and customary billing arrangements. These rates continue to be subject to periodic adjustment.

Dated: September 18, 2024

By:   */s/ Andrew Scruton*
Andrew Scruton
Senior Managing Director
FTI Consulting, Inc.
1166 Avenue of the Americas
New York, NY 10036
Telephone: 646-453-1222
E-mail: andrew.scruton@fticonsulting.com

*Financial Advisor for the*
*Official Committee of Unsecured Creditors*

**<u>Certificate of Service</u>**

I hereby certify that, on September 18, 2024, a true and correct copy of the foregoing was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

*<u>/s/ Marty L. Brimmage, Jr.</u>*
Marty L. Brimmage, Jr.