**Exhibit A**

**Schedule of Rejected Executory Contracts and Unexpired Leases**

| Counterparty | Debtor [1] | Title of Agreement | Counterparty Address [2] |
|---|---|---|---|
| Angel City FC LLC | Diamond Sports Net West 2, LLC | Event Agreement with Terms and Conditions | Attn: General Counsel<br>3211 Olympic Blvd<br>Santa Monica, CA 90404 |
| Angels Baseball LP | Diamond West Holdings, LLC | Redemption Agreement | Attn: General Counsel<br>2000 E Gene Autry Way<br>Anaheim, CA 92806 |
| Anomaly Partners LA LLC | Diamond Sports Group, LLC | Non-Disclosure Agreement | Attn: General Counsel<br>1041 N Formosa Ave<br>West Hollywood, CA 90046<br>USA |
| Anomaly Partners LA LLC | Diamond Sports Group, LLC | Agency Services Agreement and Scope of Work No. 1 | Attn: General Counsel<br>1041 N Formosa Ave<br>West Hollywood, CA 90046<br>USA |
| Arena Technical Resources LLC | Diamond Sports Group, LLC | Master Services Agreement | Attn: General Counsel<br>104 S Washington St<br>Rockville, MD 20850<br>USA |
| AT&T Corp | Diamond Sports Group, LLC | Service Pricing Addendum | Attn: Dyke Holbrook<br>534 Armory Pl<br>Louisville, KY 40203<br>USA |
| CFD Trust No 8 | Fastball Sports Productions, LLC | Second Amended and Restated Operating Agreement of Fastball Sports Productions LLC | Attn: Joseph R Znidarsic<br>100 7th Ave, Ste 150<br>Chardon, OH 44024 |
| CFD Trust No 8 | Fastball Sports Productions, LLC;<br>Diamond Ohio Holdings II, LLC | Purchase Agreement | Attn: Joseph R. Znidarsic, Trustee<br>100 7th Avenue, Ste 150<br>Chardon, OH 44024 |
| CFD Trust No. 8 u/a/d 12/30/1975 | Fastball Sports Productions, LLC;<br>Diamond Ohio Holdings II, LLC | Form of Assignment of Membership Interest | Attn: Joseph R Znidarsic<br>100 7th Ave, Ste 150<br>Chardon, OH 44024-1079 |
| CFD Trust No. 8 u/a/d 12/30/1975 | Fastball Sports Productions, LLC | Assignment Agreement | Attn: Joseph R Znidarsic<br>100 7th Ave, Ste 150<br>Chardon, OH 44024-1079 |
| CFD Trust No. 8 u/a/d 12/30/1975 | Fastball Sports Productions, LLC | Assignment of Membership Interest | Attn: Joseph R Znidarsic<br>100 7th Ave, Ste 150<br>Chardon, OH 44024-1079 |
| CFD Trust No. 8 u/a/d 12/30/1975 | Fastball Sports Productions, LLC | First Amended and Restated Operating Agreement of Fastball Sports Productions LLC | Attn: Joseph R Znidarsic<br>100 7th Ave, Ste 150<br>Chardon, OH 44024-1079 |

(1) The inclusion of any contract or lease on the Schedule of Rejected Executory Contracts and Unexpired Leases shall not constitute an admission by the Debtors or any other party that any Debtor is in fact a counterparty to such contract or lease.
(2) Certain natural person counterparties' addresses are redacted consistent with the Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors and the 30 Largest Unsecured Creditors and (B) Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of Notifying Parties of the Commencement of These Chapter 11 Cases, and (III) Granting Related Relief [Docket No. 155].

| Counterparty | Debtor [1] | Title of Agreement | Counterparty Address [2] |
|---|---|---|---|
| CFD Trust No. 8 u/a/d 12/30/1975 | Fastball Sports Productions, LLC | Second Amended and Restated Operating Agreement of Fastball Sports Productions LLC | Attn: Joseph R Znidarsic<br>100 7th Ave, Ste 150<br>Chardon, OH 44024-1079 |
| CFD Trust No. 8 u/a/d 12/30/1975 | Fastball Sports Productions, LLC;<br>Diamond Ohio Holdings II, LLC | Purchase Agreement | Attn: Joseph R. Znidarsic, Trustee<br>100 7th Avenue, Ste 150<br>Chardon, OH 44024-1079 |
| Cintas Corporation | Diamond Sports Net Detroit, LLC | Facility Services Rental Service Agreement | Attn: General Counsel<br>7635 Edgecomb Dr<br>Liverpool, NY 13088<br>USA |
| Detroit Tigers Inc | Diamond Sports Net Detroit, LLC | Short Form Agreement | Attn: General Counsel<br>2100 Woodward Ave<br>Detroit, MI 48201 |
| Dolan Broadcast Properties Ltd | Fastball Sports Productions, LLC | Officer's Certificate to the Purchase Agreement | c/o Thrasher, Dinsmore & Dolan<br>Attn: General Counsel<br>100 7th Ave, Ste 150<br>Chardon, OH 44024-1079 |
| Dolan Broadcast Properties Ltd | Fastball Sports Productions, LLC | Officer's Certificate to the Purchase Agreement | c/o Thrasher, Dinsmore & Dolan<br>Attn: General Counsel<br>100 7th Ave, Ste 150<br>Chardon, OH 44024-1079 |
| Dolan Broadcast Properties Ltd | Fastball Sports Productions, LLC | Third Amended and Restated Operating Agreement | c/o Thrasher, Dinsmore & Dolan<br>Attn: General Counsel<br>100 7th Ave, Ste 150<br>Chardon, OH 44024-1079 |
| Dolan Broadcast Properties Ltd | Fastball Sports Productions, LLC;<br>Diamond Ohio Holdings II, LLC | Form of Assignment of Membership Interest | c/o Thrasher, Dinsmore & Dolan<br>Attn: General Counsel<br>100 7th Ave, Ste 150<br>Chardon, OH 44024-1079 |
| Dolan Broadcast Properties Ltd | Fastball Sports Productions, LLC | Assignment of Membership Interest | c/o Thrasher, Dinsmore & Dolan<br>Attn: General Counsel<br>100 7th Ave, Ste 150<br>Chardon, OH 44024-1079 |
| Dolan Broadcast Properties Ltd | Fastball Sports Productions, LLC | Second Amended and Restated Operating Agreement of Fastball Sports Productions LLC | Attn: Joseph R Znidarsic<br>100 7th Ave, Ste 150<br>Chardon, OH 44024 |
| Dolan Broadcast Properties Ltd | Fastball Sports Productions, LLC;<br>Diamond Ohio Holdings II, LLC | Purchase Agreement | Attn: Joseph R. Znidarsic, Trustee<br>100 7th Avenue, Ste 150<br>Chardon, OH 44024 |

| Counterparty | Debtor [1] | Title of Agreement | Counterparty Address [2] |
|---|---|---|---|
| Indiana High School Athletic Association Inc | ARC Holding, Ltd. | Telecast Rights Agreement | Attn: Paul Neidig, Commissioner<br>9150 N Meridian St<br>Indianapolis, IN 46240-0650 |
| Kansas City Royals Baseball Club LLC | ARC Holding, Ltd. | Letter Agreement Re: Revenue Participation Payments | Attn: James L. Bromley, Alexa J. Kranzley<br>C/O SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004 |
| Kansas City Royals Baseball Club LLC | ARC Holding, Ltd. | Revenue Participation Payment Agreement | Attn: James L. Bromley, Alexa J. Kranzley<br>C/O SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004 |
| Kansas City Royals Media Holdings LLC | ARC Holding, Ltd. | Letter Agreement Re: Revenue Participation Payments | Attn: General Counsel<br>2000 Shawnee Mission Parkway<br>Suite 310<br>Mission Woods, KS 66205 |
| Kansas City Royals Media Holdings LLC | ARC Holding, Ltd. | Contribution Agreement | Attn: John J. Sherman<br>2000 Shawnee Mission Parkway<br>Suite 310<br>Mission Woods, KS 66205 |
| Kansas City Royals Media Holdings LLC | ARC Holding, Ltd. | Revenue Participation Payment Agreement | Attn: General Counsel<br>2000 Shawnee Mission Parkway<br>Suite 310<br>Mission Woods, KS 66205 |
| Lamar | SportSouth Network, LLC | Advertisement Contract | Attn: General Counsel<br>1993 Southerland Dr<br>Nashville, TN 37207<br>USA |
| Marlins Broadcast Investment LLC | Diamond Sports Net Florida, LLC | Contribution Agreement | Attn: Adam Jones<br>501 Marlins Way<br>Miami, FL 33125 |
| Marlins Teamco LLC | Diamond Sports Net Florida, LLC | Contribution Agreement | Attn: Adam Jones<br>501 Marlins Way<br>Miami, FL 33125 |
| Miami Dolphins Ltd | Diamond Sports Net Florida, LLC | Preseason Games and Ancillary Programming Telecast Rights Agreement | Attn: General Counsel<br>347 Don Shula Dr<br>Miami Gardens, FL 33056 |

| Counterparty | Debtor [1] | Title of Agreement | Counterparty Address [2] |
|---|---|---|---|
| Pinkerton Consulting & Investigations Inc | Diamond Sports Group, LLC | Master Services Agreement | Attn: General Counsel<br>101 N Main St<br>Ste 300<br>Ann Arbor, MI 48104<br>USA |
| Queen City Reds Media Company LLC | Diamond Sports Net Ohio, LLC | Assignment of Interest | Attn: General Counsel<br>100 Joe Nuxhall Way<br>Cincinnati, OH 45202-4109 |
| Queen City Reds Media Company LLC | Diamond Ohio Holdings II, LLC; Diamond Sports Net Ohio, LLC | Letter Re: Network Services | Attn: General Counsel<br>c/o The Cincinnati Reds LLC<br>100 Joe Nuxhall Way<br>Cincinnati, OH 45202 |
| Queen City Reds Media Company LLC | Diamond Sports Net Ohio, LLC | Master Contribution and Allocation Agreement | Attn: Robert H. Castellini, President and CEO<br>c/o The Cincinnati Reds LLC<br>100 Joe Nuxhall Way<br>Cincinnati, OH 45202 |
| Queen City Reds Media Company LLC | Diamond Sports Net Ohio, LLC | Letter Re: Limited Liability Company Agreement | Attn: Robert H Castellini, President and CEO<br>c/o The Cincinnati Reds LLC<br>100 Joe Nuxhall Way<br>Cincinnati, OH 45202 |
| Reds Media Holdings I LLC | Diamond Sports Net Ohio, LLC | Assignment of Interest | Attn: General Counsel<br>100 Joe Nuxhall Way<br>Cincinnati, OH 45202-4109 |
| Reds Media Holdings I LLC | Diamond Ohio Holdings II, LLC; Diamond Sports Net Ohio, LLC | Letter Re: Network Services | Attn: General Counsel<br>100 Joe Nuxhall Way<br>Cincinnati, OH 45202-4109 |
| Reds Media Holdings I LLC | Diamond Sports Net Ohio, LLC | Master Contribution and Allocation Agreement | Attn: Robert H. Castellini, President and CEO<br>c/o The Cincinnati Reds LLC<br>100 Joe Nuxhall Way<br>Cincinnati, OH 45202 |
| Reds Media Holdings I LLC | Diamond Sports Net Ohio, LLC | Letter Re: Limited Liability Company Agreement | Attn: Robert H Castellini, President and CEO<br>c/o The Cincinnati Reds LLC<br>100 Joe Nuxhall Way<br>Cincinnati, OH 45202 |

| Counterparty | Debtor [1] | Title of Agreement | Counterparty Address [2] |
|---|---|---|---|
| Reds Media Holdings II LLC | Diamond Sports Net Ohio, LLC | Assignment of Interest | Attn: General Counsel<br>100 Joe Nuxhall Way<br>Cincinnati, OH 45202-4109 |
| Reds Media Holdings II LLC | Diamond Ohio Holdings II, LLC;<br>Diamond Sports Net Ohio, LLC | Letter Re: Network Services | Attn: General Counsel<br>100 Joe Nuxhall Way<br>Cincinnati, OH 45202-4109 |
| Reds Media Holdings II LLC | Diamond Sports Net Ohio, LLC | Master Contribution and Allocation Agreement | Attn: Robert H. Castellini, President and CEO<br>c/o The Cincinnati Reds LLC<br>100 Joe Nuxhall Way<br>Cincinnati, OH 45202 |
| Spilman Thomas & Battle PLLC | Diamond Sports Net, LLC | LE: Regarding Pending Tax Appeals | Attn: Paul Nesterovsky<br>300 Kanawha Blvd East<br>Charleston, WV 25321-0273<br>USA |
| St Louis Cardinals LLC | Diamond Sports Net, LLC | Letter Re: Telecast Rights Agreement | Attn: General Counsel<br>700 Clark Street<br>St. Louis, MO 63102 |
| Tampa Bay Rays Baseball Ltd | Diamond Sports Sun, LLC | Binding Term Sheet | Attn: General Counsel<br>Mathew Silverman<br>One Tropicana Dr<br>Saint Petersburg, FL 33705 |
| TEKsystems Inc | Diamond Digital Group, LLC | Direct Placement Agreement: Modified | Attn: General Counsel<br>7437 Race Rd<br>Hanover, MD 21076<br>USA |
| The Cincinnati Reds LLC | Diamond Sports Net Ohio, LLC | Assignment and Assumption Agreement | Attn: General Counsel<br>100 Joe Nuxhall Way<br>Great American Ballpark<br>Cincinnati, OH 45202-4109 |
| The Cincinnati Reds LLC | Diamond Sports Net Ohio, LLC | Assignment of Interest | Attn: General Counsel<br>100 Joe Nuxhall Way<br>Great American Ballpark<br>Cincinnati, OH 45202-4109 |
| The Cincinnati Reds LLC | Diamond Ohio Holdings II, LLC;<br>Diamond Sports Net Ohio, LLC | Letter Re: Network Services | Attn: General Counsel<br>100 Joe Nuxhall Way<br>Great American Ballpark<br>Cincinnati, OH 45202-4109 |

| Counterparty | Debtor [1] | Title of Agreement | Counterparty Address [2] |
|---|---|---|---|
| The Cincinnati Reds LLC | Diamond Sports Net Ohio, LLC | Master Contribution and Allocation Agreement | Attn: Robert H. Castellini, President and CEO<br>100 Joe Nuxhall Way<br>Cincinnati, OH 45202 |
| Williams Scotsman Inc | Diamond Sports Net Arizona, LLC | Furniture Lease Agreement | Attn: General Counsel<br>1775 N Delaware St<br>Chandler, AZ 85225<br>USA |