Electronic Appearance Sheet

Brian Hermann, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Diamond Sports Group

Caroline Reckler, Latham & Watkins LLP
Client(s): Amazon.com Services LLC

Naomi Moss, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Scott Alberino, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Edan Lisovicz, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

John Higgins, Porter Hedges LLP
Client(s): Debtors and Debtors in Possession

Kelli Norfleet, Haynes and Boone, LLP
Client(s): National Hockey League

David Trausch, Haynes and Boone, LLP
Client(s): National Hockey League

Shana Elberg, Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
Client(s): National Hockey League

Bruce J. Ruzinsky, Jackson Walker LLP
Client(s): NBA

Matthew D. Cavenaugh, Jackson Walker LLP
Client(s): NBA

Vincent Indelicato, Proskauer
Client(s): NBA

Jennifer  Sharret, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Ashland Bernard, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Daniel Eggermann, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Sayan Bhattacharyya, Paul Hastings LLP
Client(s): Ad Hoc Cross Holder Group

Electronic Appearance Sheet

James Bromley, Sullivan & Cromwell
Client(s): Office of the Commissioner of Major League Baseball and certain of its Clubs

Jonathan Lozano, Bracewell LLP
Client(s): Office of the Commissioner of Major League Baseball and certain of its Clubs