IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF RESET HEARING**

[Related to Docket No. 2499]

**PLEASE TAKE NOTICE** that a *virtual hearing* on the *Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement Supplement, (II) Authorizing Continued Solicitation of the Amended Plan, and (III) Granting Related Relief* [Docket No. 2499] (the "<u>Motion</u>"), which was originally set for Monday, October 7, 2024, at 1:00 p.m. (prevailing Central Time), has been reset for **Wednesday, October 9, 2024, at 2:00 p.m. (prevailing Central time)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge. The hearing on the Motion will take place by telephone and video conference pursuant to the instructions below.

*Audio Communication*

Audio communication will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**.

*Video Communication*

Video communication will be by use of the GoTo platform. Connect via the free GoTo

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

1

application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez." Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both virtual and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

[*Remainder of page intentionally left blank*]

Dated: October 2, 2024

Respectfully submitted,

*/s/ John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

| | |
|---|---|
| **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> Andrew N. Goldman (admitted *pro hac vice*) <br> Benjamin W. Loveland (admitted *pro hac vice*) <br> Lauren R. Lifland (admitted *pro hac vice*) <br> 250 Greenwich Street <br> New York, New York 10007 <br> Telephone: (212) 230-8800 <br> Facsimile: (212) 230-8888 <br> andrew.goldman@wilmerhale.com <br> benjamin.loveland@wilmerhale.com <br> lauren.lifland@wilmerhale.com <br><br> *Section 327(e) Counsel to the Debtors and Debtors in Possession* | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** <br> Brian S. Hermann (admitted *pro hac vice*) <br> Andrew M. Parlen (admitted *pro hac vice*) <br> Joseph M. Graham (admitted *pro hac vice*) <br> Alice Nofzinger (admitted *pro hac vice*) <br> 1285 Avenue of the Americas <br> New York, New York 10019 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 757-3990 <br> bhermann@paulweiss.com <br> aparlen@paulweiss.com <br> jgraham@paulweiss.com <br> anofzinger@paulweiss.com <br><br> *Counsel to the Debtors and Debtors in Possession* |

## Certificate of Service

I certify that on October 2, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ John F. Higgins*
John F. Higgins