IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | § | Case No. 23-90116 (CML) |
| | § | (Jointly Administered) |
| DEBTORS. | § | |

**UNITED STATES TRUSTEE'S WITNESS/EXHIBIT LIST**

| Main Case No: 23-90116 | Name of Debtor: Diamond Sports Group, LLC |
|---|---|
| | |
| | |
| Witnesses: | |
| Any witness called by any other party | Judge: **Christopher Lopez** |
| | |
| | Hearing Date: October 9, 2024 |
| | Hearing Time: 2:00 PM |
| | Party's Name: United States Trustee |
| | Attorneys' Names: Ha Nguyen |
| | Attorney's Phone: 713-718-4655 |
| | |

NATURE OF PROCEEDINGS: The Court is considering conditional approval of the Disclosure Statement and Solicitation Procedures filed by Diamond Sports Group, LLC.

---

[1] The last four digits of Debtors federal tax identification number, include: Diamond Sports Group, LLC (3143); ARC Holding, Ltd. (6758); Diamond College Sports, LLC (5824); Diamond Digital Group, LLC (0831); Diamond Gaming Services, LLC (8533); Diamond Mobile Holdings, LLC (5174); Diamond Ohio Holdings, LLC (N/A); Diamond Ohio Holdings II, LLC (N/A); Diamond San Diego Holdings, LLC (6188); Diamond Southern Holdings, LLC (1431); Diamond Sports Net Arizona Holdings, LLC (0234); Diamond Sports Net Arizona, LLC (1168); Diamond Sports Net Detroit, LLC (5952); Diamond Sports Net North, LLC (1366); Diamond Sports Net Ohio, LLC (7503); Diamond Sports Net West 2, LLC (5177); Diamond Sports Net, LLC (7112); Diamond Sports Sun, LLC (0357); Diamond St. Louis Holdings, LLC (9387); Diamond West Holdings, LLC (9811); Diamond-BRV Southern Sports Holdings, LLC (9111); Fastball Sports Productions, LLC (6199); FRSM Holdings LLC (3026); Sports Holding, LLC (6757); Sports Network II, LLC (2051); Sports Network, LLC (7733); SportSouth Network II, LLC (9432); SportSouth Network, LLC (8790); Sunshine Holdco, LLC (4370); and Diamond Sports Net Florida, LLC (7491). The Debtors service address in this chapter 11 case is: 3003 Exposition Blvd., Santa Monica, CA 90404.

1

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Any exhibit introduced by any other party | | | | |
| 2 | Any exhibit identified or offered by any other party | | | | |
| | | | | | |

Dated: October 8, 2024,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

*/s/ Ha Nguyen*
Ha Nguyen, Trial Attorney
California Bar #305411
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
Office: 713-718-4655
Cell: 202-590-7962
E-mail: Ha.Nguyen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing UNITED STATES TRUSTEE'S WITNESS/EXHIBIT LIST was served upon all parties entitled to receive notice by CM/ECF on October 8, 2024.

*/s/Ha Nguyen*
Ha Nguyen