**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DEBTORS' AGENDA OF MATTERS SET FOR VIRTUAL HEARING ON**
**OCTOBER 9, 2024, AT 2:00 P.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE CHRISTOPHER M. LOPEZ:

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file

this agenda of matters set for **virtual hearing** on **October 9, 2024, at 2:00 p.m. (prevailing**

**Central Time)** before the Honorable Christopher M. Lopez at the United States Bankruptcy Court

for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002:

1.    Debtors' Emergency Motion for Entry of an Order (I) Conditionally
Approving the Adequacy of the Disclosure Statement Supplement,
(II) Authorizing Continued Solicitation of the Amended Plan, and
(III) Granting Related Relief [Docket No. 2499].

    Related Documents:

    - Notice of Filing Amended Plan [Docket No. 2497].

    - Notice of Filing Initial Plan Supplement for the Debtors' First Amended
      Joint Chapter 11 Plan of Reorganization [Docket No. 2498].

    - Notice of Reset Hearing [Docket No. 2504].

    - Debtors' Exhibit & Witness List for Virtual Hearing on October 9,
      2024, at 2:00 p.m. (Prevailing Central Time) [Docket No. 2514].

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these
chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

**Status**: This matter will be going forward.

[*Remainder of page intentionally left blank*]

October 8, 2024

Respectfully submitted,

/s/ John F. Higgins

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Andrew N. Goldman (admitted *pro hac vice*)
Benjamin W. Loveland (admitted *pro hac vice*)
Lauren R. Lifland (admitted *pro hac vice*)
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
andrew.goldman@wilmerhale.com
benjamin.loveland@wilmerhale.com
lauren.lifland@wilmerhale.com

*Section 327(e) Counsel to the Debtors and Debtors in Possession*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
aparlen@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

## **Certificate of Service**

I certify that on October 8, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ John F. Higgins
John F. Higgins