IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On September 25, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Steve Physioc, (ADRID: 27561411), at an address that is being redacted in the interest of privacy:

- Notice of Adjournment of Confirmation Hearing (the "***Notice of Adjournment***") [Docket No. 2295]

On September 27, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Adjournment to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit A**.

On September 30, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Miami Heat Limited Partnership, (ADRID: 27552082), Attn: Adam R Klein, Partner, 601 Biscayne Blvd, Miami, FL 33132:

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing Entry into and Performance Under the NBA Term Sheet; (II) Authorizing Assumption of Certain NBA Agreements; (III) Approving the Form of Adequate Assurances to NBA Parties; and (IV) Granting Related Relief [Docket No. 2358]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

- Debtors' Emergency Motion for Entry of an Order Authorizing Debtors to File Under Seal Exhibit A to the Motion for Entry of an Order (I) Authorizing Entry into and Performance Under the NBA Term Sheet; (II) Authorizing Assumption of Certain NBA Agreements; (III) Approving the Form of Adequate Assurances to NBA Parties; and (IV) Granting Related Relief [Docket No. 2360]

Dated: October 4, 2024

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 4, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 82497, 82559 & 82629

## **Exhibit A**

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 27557737 | FRIEND, JULIE | ADDRESS ON FILE | | | | | |
| 27857618 | UNITED SERVICES INC | PULSE BROADBAND | ATTENTION: FRANK SCOTELLO | 4N171 NORTON LAKE CIR | SAINT CHARLES | IL | 60175-8579 |