IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) | Case No. 23-90116 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ENTRY INTO SECOND AMENDED AND RESTATED
RESTRUCTURING SUPPORT AGREEMENT**
**[Related to Docket Nos. 1613, 1829]**

**PLEASE TAKE NOTICE** that on January 16, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Notice of Entry into Restructuring Support Agreement* [Docket No. 1613] (together with all schedules and exhibits attached thereto, the "Original RSA").

**PLEASE TAKE FURTHER NOTICE** that on February 26, 2024, the Debtors filed the *Notice of Entry into Amended and Restated Restructuring Support Agreement* [Docket No. 1829] (together with all schedules and exhibits attached thereto, the "Amended RSA"), which amended and restated the Original RSA in its entirety.

**PLEASE TAKE FURTHER NOTICE** that on October 9, 2024, pursuant to and in accordance with the terms of the Amended RSA, the Debtors entered into a second amended and restated restructuring support agreement with the official committee of unsecured creditors appointed by the Office of the United States Trustee in these chapter 11 cases, Amazon.com Services LLC, and certain holders of the Debtors' prepetition funded debt (together with all schedules and exhibits attached thereto, the "Second A&R RSA"), which amends and restates the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

Amended RSA in its entirety. For the avoidance of doubt, the Second A&R RSA replaces and supersedes the Amended RSA in its entirety.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Second A&R RSA is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a redline reflecting a comparison of the Second A&R RSA to the Amended RSA is attached hereto as **Exhibit B**.[2]

[*Remainder of page intentionally left blank*]

---

[2] Redlines of exhibits to the respective Restructuring Term Sheets attached to the Amended RSA and Second A&R RSA have been omitted from **Exhibit B** as the exhibits attached to the version of the Restructuring Term Sheet attached to the Amended RSA have been removed from the Second A&R RSA and replaced in their entirety.

October 9, 2024

Respectfully submitted,

*/s/ John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
aparlen@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that, on October 9, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

／s/ *John F. Higgins*
John F. Higgins