IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF FILING REVISED AMENDED PLAN**
**[Related to Docket Nos. 1982, 2497]**

**PLEASE TAKE NOTICE** that on April 17, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a solicitation version of the *Debtors' Joint Chapter 11 Plan of Reorganization* (the "Plan") [Docket No. 1982-1].

**PLEASE TAKE FURTHER NOTICE** that on October 2, 2024, the Debtors filed an amended version of the Plan (the "Amended Plan") [Docket No. 2497-1].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised version of the Amended Plan (the "Revised Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a changed-pages only redline of the Revised Amended Plan against the Amended Plan filed at Docket No. 2497-1.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is a redline of the Revised Amended Plan against the solicitation version of the Plan filed at Docket No. 1982-1.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to alter, amend, supplement, or otherwise modify the Plan (including any exhibits or annexes thereto).

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

October 9, 2024                                    Respectfully submitted,

*/s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
aparlen@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

    I certify that on October 9, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                             */s/ John F. Higgins*
                                             John F. Higgins