IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DEBTORS' AMENDED EXHIBIT & WITNESS LIST FOR VIRTUAL HEARING
ON OCTOBER 9, 2024, AT 2:00 P.M. (PREVAILING CENTRAL TIME)**

[Related to Docket No. 2514]

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this amended Exhibit and Witness List for the virtual hearing to be held on October 9, 2024, at 2:00 p.m. prevailing Central Time before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 515 Rusk Street, Houston, Texas 77002, on the *Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement Supplement, (II) Authorizing Continued Solicitation of the Amended Plan, and (III) Granting Related Relief* [Docket No. 2499].

## WITNESSES

The Debtors may call any of the following witnesses at the hearing, whether by video communication or by proffer:

1. David Preschlack;

2. Any witnesses called or listed by any other party;

3. Any witnesses necessary to establish that notice of hearing has been provided; and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

4. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

## EXHIBITS

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | *Disclosure Statement Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization*, Exhibit A to the *Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement Supplement, (II) Authorizing Continued Solicitation of the Amended Plan, and (III) Granting Related Relief* [Docket No. 2522-2] | | | | |
| 2. | *Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2521-1] | | | | |
| 3. | *Initial Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2498] | | | | |
| 4. | *Second Amended and Restated Restructuring Support Agreement* [Docket No. 2519-1] | | | | |
| 5. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| 6. | Any exhibit introduced by any other party | | | | |
| 7. | Rebuttal or impeachment exhibits as necessary | | | | |

The Debtors reserve the right to supplement, amend, or delete any witness and exhibits prior to the hearing. The Debtors also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. The Debtors finally reserve the right to introduce exhibits previously admitted.

[*Remainder of page intentionally left blank*]

October 9, 2024

Respectfully submitted,

*/s/ John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|---|---|
| Andrew N. Goldman (admitted *pro hac vice*) | Brian S. Hermann (admitted *pro hac vice*) |
| Benjamin W. Loveland (admitted *pro hac vice*) | Andrew M. Parlen (admitted *pro hac vice*) |
| Lauren R. Lifland (admitted *pro hac vice*) | Joseph M. Graham (admitted *pro hac vice*) |
| 250 Greenwich Street | Alice Nofzinger (admitted *pro hac vice*) |
| New York, New York 10007 | 1285 Avenue of the Americas |
| Telephone: (212) 230-8800 | New York, New York 10019 |
| Facsimile: (212) 230-8888 | Telephone: (212) 373-3000 |
| andrew.goldman@wilmerhale.com | Facsimile: (212) 757-3990 |
| benjamin.loveland@wilmerhale.com | bhermann@paulweiss.com |
| lauren.lifland@wilmerhale.com | aparlen@paulweiss.com |
| | jgraham@paulweiss.com |
| | anofzinger@paulweiss.com |
| *Section 327(e) Counsel to the Debtors and Debtors in Possession* | *Counsel to the Debtors and Debtors in Possession* |

**Certificate of Service**

      I certify that on October 9, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ John F. Higgins*
                                                John F. Higgins