IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DEBTORS' AMENDED AGENDA OF MATTERS SET FOR VIRTUAL HEARING ON OCTOBER 9, 2024, AT 2:00 P.M. (PREVAILING CENTRAL TIME)**

[Related to Docket No. 2517]

TO THE HONORABLE CHRISTOPHER M. LOPEZ:

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this agenda of matters set for **virtual hearing** on **October 9, 2024, at 2:00 p.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002:

1. **Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement Supplement, (II) Authorizing Continued Solicitation of the Amended Plan, and (III) Granting Related Relief [Docket No. 2499].**

   Related Documents:

   - Notice of Filing Amended Plan [Docket No. 2497].
   - Notice of Filing Initial Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization [Docket No. 2498].
   - Notice of Reset Hearing [Docket No. 2504].
   - Notice of Entry Into Second Amended and Restated Restructuring Support Agreement [Docket No. 2519].

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

- Notice of Filing Revised Amended Plan [Docket No. 2521].

- Notice of Filing Revised Proposed Order (I) Conditionally Approving the Adequacy of the Disclosure Statement Supplement, (II) Authorizing Continued Solicitation of the Amended Plan, and (III) Granting Related Relief [Docket No. 2522].

- Debtors' Reply in Support of the Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement Supplement, (II) Authorizing Continued Solicitation of the Amended Plan, and (III) Granting Related Relief [Docket No. 2520].

- Debtors' Amended Exhibit & Witness List for Virtual Hearing on October 9, 2024, at 2:00 p.m. (Prevailing Central Time) [Docket No. 2523].

<u>Responses:</u>

- The United States Trustee's Objection to Debtors' Emergency Motion for Entry of an Order **(**I) Conditionally Approving the Adequacy of the Disclosure Statement Supplement; (II) Authorizing Continued Solicitation of the Amended Plan, and (III) Granting Related Relief [Docket No. 2515]

**Status**: This matter will be going forward.

[*Remainder of page intentionally left blank*]

October 9, 2024                              Respectfully submitted,

                                             /s/ John F. Higgins
                                             **PORTER HEDGES LLP**
                                             John F. Higgins (TX Bar No. 09597500)
                                             M. Shane Johnson (TX Bar No. 24083263)
                                             Megan Young-John (TX Bar No. 24088700)
                                             Bryan L. Rochelle (TX Bar No. 24107979)
                                             1000 Main St., 36th Floor
                                             Houston, Texas 77002
                                             Telephone: (713) 226-6000
                                             Facsimile: (713) 226-6248
                                             jhiggins@porterhedges.com
                                             sjohnson@porterhedges.com
                                             myoung-john@porterhedges.com
                                             brochelle@porterhedges.com

                                             - and -

**WILMER CUTLER PICKERING HALE**           **PAUL, WEISS, RIFKIND, WHARTON &**
**AND DORR LLP**                            **GARRISON LLP**
Andrew N. Goldman (admitted *pro hac vice*) Brian S. Hermann (admitted *pro hac vice*)
Benjamin W. Loveland (admitted *pro hac vice*) Andrew M. Parlen (admitted *pro hac vice*)
Lauren R. Lifland (admitted *pro hac vice*) Joseph M. Graham (admitted *pro hac vice*)
250 Greenwich Street                        Alice Nofzinger (admitted *pro hac vice*)
New York, New York 10007                    1285 Avenue of the Americas
Telephone: (212) 230-8800                   New York, New York 10019
Facsimile: (212) 230-8888                   Telephone: (212) 373-3000
andrew.goldman@wilmerhale.com               Facsimile: (212) 757-3990
benjamin.loveland@wilmerhale.com            bhermann@paulweiss.com
lauren.lifland@wilmerhale.com               aparlen@paulweiss.com
                                            jgraham@paulweiss.com
                                            anofzinger@paulweiss.com

*Section 327(e) Counsel to the Debtors and*   *Counsel to the Debtors and Debtors in*
*Debtors in Possession*                       *Possession*

**Certificate of Service**

    I certify that on October 9, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                          */s/ John F. Higgins*
                                          John F. Higgins