## Exhibit A

**FanDuel Term Sheet**

**[Filed Under Seal]**