IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF CONSENT TO EXTENSION OF DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**
**[Related to Docket Nos. 1339, 1533, 1534, 1903, 1907, 2297]**

**PLEASE TAKE NOTICE** that on November 3, 2023, this Court entered the *Order Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [Docket No. 1339] (the "365(d)(4) Order"),[2] extending the time period in which the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") must assume or reject the unexpired leases of nonresidential real property listed on **Exhibit A** hereto (the "Unexpired Leases").

**PLEASE TAKE FURTHER NOTICE** that paragraph 4 of the 365(d)(4) Order provides as follows:

> Upon the Debtors' filing of a notice that any lessor of the Unexpired Leases has consented to an extension of the 365(d)(4) Deadline with respect to the applicable Unexpired Lease, the 365(d)(4) Deadline with respect to such Unexpired Lease will be further extended automatically to the date consented to as specified in such notice without the need for further notice or hearing.

(365(d)(4) Order ¶ 4.)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the 365(d)(4) Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 4 of the 365(d)(4) Order, on July 25, 2024, the Debtors filed a notice [Docket No. 2297], extending the time period in which the Debtors must assume or reject the Unexpired Leases through and including November 1, 2024.

**PLEASE TAKE FURTHER NOTICE** that the lessors of the Unexpired Leases have consented to extensions of the 365(d)(4) Deadline through and including the effective date of a chapter 11 plan.  Accordingly, pursuant to paragraph 4 of the 365(d)(4) Order, the 365(d)(4) Deadline with respect to the Unexpired Leases is hereby automatically extended through and including the effective date of a chapter 11 plan upon the filing of this notice.

[*Remainder of page intentionally left blank*]

October 17, 2024

Respectfully submitted,

*/s/ John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
aparlen@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

      I certify that on October 17, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                     */s/ John F. Higgins*
                                                     John F. Higgins