**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DEBTORS' EXHIBIT & WITNESS LIST FOR VIRTUAL HEARING**
**ON OCTOBER 18, 2024, AT 10:30 A.M. (PREVAILING CENTRAL TIME)**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Exhibit and Witness List for the virtual hearing to be held on October 18, 2024, at 10:30 a.m. prevailing Central Time before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 401, 515 Rusk Street, Houston, Texas 77002, on the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Entry Into and Performance Under the FanDuel Term Sheet and (II) Granting Related Relief* [Docket No. 2540; SEALED at Docket No. 2541].

## **WITNESSES**

The Debtors may call any of the following witnesses at the hearing, whether by video communication or by proffer:

1.    Eric Ratchman;

2.    Any witnesses called or listed by any other party;

3.    Any witnesses necessary to establish that notice of hearing has been provided; and

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

4.      Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

## **EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Eric Ratchman in Support of the Debtors' Emergency Motion for Entry of an Order (I) Entry Into and Performance Under the FanDuel Term Sheet and (II) Granting Related Relief [Docket No. 2540-2] | | | | |
| 2. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| 3. | Any exhibit introduced by any other party | | | | |
| 4. | Rebuttal or impeachment exhibits as necessary | | | | |

The Debtors reserve the right to supplement, amend, or delete any witness and exhibits prior to the hearing.  The Debtors also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.  The Debtors finally reserve the right to introduce exhibits previously admitted.

[*Remainder of page intentionally left blank*]

October 18, 2024

Respectfully submitted,

*/s/ John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
aparlen@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on October 18, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/ John F. Higgins_
John F. Higgins