Electronic Appearance Sheet

Jolene Wise, SEC
Client(s): SEC

Jonathan Gordon, Latham & Watkins LLP
Client(s): Amazon.com Services LLC

Edan Lisovicz, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Scott Alberino, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Daniel Eggermann, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Jennifer Sharret, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Ashland Bernard, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Joseph (Joe) Graham, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Diamond Sports Group

Amber Carson, Gray Reed
Client(s): FanDuel Group, Inc.

Sayan Bhattacharyya, Paul Hastings LLP
Client(s): Ad Hoc Cross Holder Group

Daniel Eggermann, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Jennifer Sharret, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Ashland Bernard, Kramer Levin Naftalis & Frankel LLP
Client(s): Ad Hoc First Lien Group

Ashley Harper, Hunton Andrews Kurth LLP
Client(s): Ad Hoc First Lien Group

Bruce Ruzinsky, Jackson Walker
Client(s): NBA

Steve Ma, Proskauer
Client(s): NBA

Electronic Appearance Sheet

Shana Elberg, Skadden, Arps, Slate, Meagher & Flom LLP
Client(s): National Hockey League

Kelli Norfleet, Haynes and Boone, LLP
Client(s): National Hockey League

David Trausch, Haynes and Boone, LLP
Client(s): National Hockey League