IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | Case No. 23-90116 (CML) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On September 19, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Adjournment of Confirmation Hearing (the "***Notice of Adjournment***") [Docket No. 2295]

On September 20, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Adjournment to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit B**.

On September 23, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Adjournment to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit C**.

On September 24, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Adjournment to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit D**.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

Dated: October 16, 2024

                                                              */s/ Paul Pullo*
                                                              Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 16, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 82309, 82353, 82397 & 82448

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 27560650 | ADTEC PRODUCTIONS, INC | 502 W CAMPBELL RD | | GOODLETTSVILLE | TN | 37072-2910 |
| 27562106 | DEREK REED ZURCHER | Address On File | | | | |
| 27556782 | EXPRESS MEDIA | 1401 FREDLENA LN | | EL DORADO HLS | CA | 95762-9761 |
| 27769803 | GRACENOTE MEDIA SERVICES LLC | 675 AVENUE OF THE AMERICAS | FL 4 | NEW YORK | NY | 10010-5100 |
| 27555751 | GREATER ST LOUIS INC | 211 NORTH BROADWAY | SUITE 2200 | ST LOUIS | MO | 63102-2732 |
| 27558841 | JOHN COSHUN | Address On File | | | | |
| 27563261 | NATHAN J. CASANOVA | Address On File | | | | |

**Exhibit B**

Exhibit B
Supplemental Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 27562227 | ETHAN DANIEL CROCKER | Address On File | | | | |
| 27553798 | KEELINE, JOHANNA | Address On File | | | | |
| 27556361 | LATIMER CHEYCARA ELAINE | Address On File | | | | |
| 27554127 | MINOR VICES INCORPORATED | ATTN: GENERAL COUNSEL | 10 ORIENT AVE | BROOKLYN | NY | 11211-2503 |
| 27554098 | WESTERN COLLEGIATE HOCKEY ASSOCIATION INC | ATTN: GENERAL COUNSEL | 10408 WYOMING AVE S | MINNEAPOLIS | MN | 55438-2028 |

**Exhibit C**

Exhibit C
Supplemental Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 |
|---|---|---|
| 27563067 | MATTHEW JORDAN LINGERFELT | ADDRESS ON FILE |
| 27563673 | STEPHEN M. BALL | ADDRESS ON FILE |

**Exhibit D**

## Exhibit D
Supplemental Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 27553771 | BLEVINS, BENJAMIN THOMAS | ADDRESS ON FILE | | | | |
| 27552272 | CALIBER GROUP | 1585 E RIVER RD | STE 121 | TUCSON | AZ | 85718-5980 |
| 27555422 | CONSOLIDATED COMMUNICATIONS NETWORK SERVICES, INC. | 2116 S 17TH ST | | MATTOON | IL | 61938-3987 |
| 27563631 | SETH SETH BILEY | ADDRESS ON FILE | | | | |