# EXHIBIT A

Diamond Sports Group, LLC
Case No. 23-90116 (Consolidated Reporting for All Debtors)
OCP Payment Reporting
Reporting Period: 07/01/2024 - 09/30/2024

| Vendor Name | Tier | Services Provided | Post-Petition Pmts July 1 - Sept 30 | Post-Petition Pmts Case-to-Date |
|---|---|---|---|---|
| Gray Robinson PA | Tier 1 | Employment/labor matters | $0.00 | $448.02 |
| Jenner & Block LLP [1] | Tier 2 | Corporate legal matters | $365,121.74 | $709,576.46 |
| The Farm LLP | Tier 1 | Corporate legal matters | $37,930.00 | $239,930.00 |
| Mitchell Silberberg & Knupp LLP | Tier 1 | Employment/labor matters | $0.00 | $325.00 |
| DLA Piper LLP | Tier 2 | Distribution contract matters | $94,258.00 | $150,497.00 |

(1) On July 17, 2024, the Debtors filed the Notice of Third Amendment to the List of Ordinary Course Professionals [Docket No. 2257] to remove Jenner & Block LLP from the Tier 1 Ordinary Course Professionals list and add Jenner & Block to the Tier 2 Ordinary Course Professionals list (the "Third Amendment"). The Third Amendment became effective August 1, 2024, pursuant to the OCP Order [Docket No. 851].