UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF
APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT Paul M. Green hereby withdraws his notice of appearance for Grey Television, Inc. [Dkt. 468] in the above-captioned chapter 11 cases and requests that he be removed from the CM/ECF noticing system and any other service lists in these cases.

Dated: October 30, 2024
Houston, Texas

Respectfully submitted,

*/s/ Paul M. Green*
Paul M. Green (TX 24059854)
JONES DAY
717 Texas, Suite 3300
Houston, Texas  77002
Telephone:  (832) 239-3939
Fax:  (832) 239-3600
Email:  pmgreen@jonesday.com

ATTORNEYS FOR GRAY TELEVISION, INC.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

NAI-1541654144

## CERTIFICATE OF SERVICE

I certify that on October 30, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Paul M. Green*
Paul M. Green