IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) |
| Debtors. | ) (Jointly Administered) |

**PERIODIC REPORT OF DEBTORS PURSUANT TO BANKRUPTCY RULE 2015.3**

Pursuant to rule 2015.3 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the above-captioned debtors and debtors in possession (the "Debtors") submit this report (this "Periodic Report") regarding the value, operations, and profitability, as of September 30, 2024, of certain non-debtor entities that are not publicly traded corporations in which one or more of the Debtors hold a substantial or controlling interest. This Periodic Report was prepared solely for the purpose of complying with the Federal Rules of Bankruptcy Procedure. This Periodic Report includes non-debtor entities that the Debtors' estates directly or indirectly hold a substantial or controlling interests in as of the Petition Date (defined below) (the "Non-Debtor Entities"). Certain of the Non-Debtor Entities included in this Periodic Report did not have activity during the applicable periods.

A list of the Non-Debtor Entities included in this Periodic Report and the corresponding interest of the Debtors' estates in such entities as of September 30, 2024, is provided in the chart below:

| Non-Debtor Entity | Interest of the Estate |
|---|---|
| Diamond Sports Kansas City, LLC | 68.00% |
| Diamond Sports Net Cincinnati, LLC | 80.00% |
| Diamond Sports Net Florida 2, LLC | 84.00% |
| Diamond Sports Net St. Louis, LLC | 70.00% |
| Diamond Sports Net West, LLC | 75.00% |
| RSNCO LLC | 100.00%[2] |
| SoCal SportsNet LLC | 0.00% |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

[2] On May 9, 2024, the Court entered the *Order (I) Authorizing and Approving the Bally Sports San Diego Settlement and (II) Granting Related Relief* [Docket No. 2044] (the "Order"). Pursuant to the Order, Debtor Diamond San Diego Holdings, LLC (i) acquired of 100% of the equity interests in RSNCO LLC and (ii) transferred all of its equity interests in SoCal SportsNet, LLC to a non-Debtor third party.

| | |
|---|---|
| Diamond Sports Finance SPV, LLC | 100.00% |
| Seven Hills Media Company LLC | Indirect Interest[3] |
| **Non-Debtor Entity** | **Interest of the Estate** |
| Lone Star Mobile Television Partners LP[4] | 33.34% |
| Western Mobile Television, LLC | 33.30% |
| Mountain Mobile TV Limited Liability Company | 33.33% |
| Mobile TV Group, LP | 33.30% |

This Periodic Report contains the following exhibits (the "Exhibits"):

| | |
|---|---|
| **Exhibit A-1** | Unaudited Balance Sheets as of December 31, 2023, and September 30, 2024 |
| **Exhibit A-2** | Unaudited Income Statements for the year ended December 31, 2023, and the nine-month period ended September 30, 2024 |
| **Exhibit B** | Description of Operations for Non-Debtor Entities |
| **Exhibit C** | Intercompany Claims as of September 30, 2024 |

The undersigned, having reviewed the Exhibits and this Periodic Report, and being familiar with the Debtors' financial affairs, verifies under penalty of perjury that, to the best of his knowledge, (a) this Periodic Report and the Exhibits are complete, accurate, and truthful, and (b) the Debtors did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3.

Dated: November 6, 2024
New York, New York

/s/ David F. DeVoe, Jr.
David F. DeVoe, Jr.
Chief Operating Officer, Diamond Sports Group, LLC
Chief Financial Officer, Diamond Sports Group, LLC
and its wholly owned subsidiaries

---

[3] Seven Hills Media Company LLC is 100% owned by Diamond Sports Net Cincinnati, LLC.

[4] The Texas branch of Lone Star Mobile Television Partners LP was dissolved on December 17, 2021. Lone Star Mobile Television Partners LP is still active in the state of Delaware.

## Global Notes to the Periodic Report

### Description of Chapter 11 Cases

On March 14 and 15, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). On March 15, 2023, the Court entered an order authorizing the joint administration and procedural consolidation of these chapter 11 cases. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On March 27, 2023, the Office of the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed an official committee of unsecured creditors. Additional information about these chapter 11 cases, court filings, and claims information is available on the website of the Debtors' claims and noticing agent: https://cases.ra.kroll.com/DSG.

### Basis of Presentation

In accordance with Bankruptcy Rule 2015.3, and except as otherwise provided herein, the financial statements and supplemental information contained herein are set forth as of December 31, 2023, and September 30, 2024, and for the year ended December 31, 2023, and the nine-month period ended September 30, 2024, for the Non-Debtor Entities owned at the Petition Date. The condensed financial statements contained herein are unaudited, have not been prepared in accordance with U.S. generally accepted accounting principles ("U.S. GAAP") or any other recognized financial reporting framework, and are not intended to reconcile to any financial statements otherwise prepared or distributed by the Debtors or any of the Debtors' non-debtor affiliates. Unless otherwise noted, all amounts are in thousands of U.S. dollars.

The financial statements contained herein are presented without, among other things, all adjustments or reclassifications that may be necessary or typical in the Debtors' ordinary course consolidation processes or in accordance with U.S. GAAP. Significant efforts have been made to attribute assets and liabilities to the proper legal entity. However, because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity. In addition, the Debtors' business is integrated and managed on a consolidated basis. Individual entity financial information may not reflect a full allocation of corporate and business unit management costs and thus may not reflect stand-alone results. Accordingly, the Debtors and Non-Debtor Entities reserve all rights to supplement or amend any financial statements contained in this Periodic Report.

The Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for the purposes of complying with the reporting requirements of the Bankruptcy Rules and the U.S Trustee.

The unaudited, condensed financial statements presented in the Periodic Report have been derived from the books and records of the Non-Debtor Entities.  The information furnished in this Periodic Report includes normal recurring adjustments, but does not include all adjustments, any of the footnotes and certain financial presentations that would typically be made in accordance with U.S. GAAP, or any other recognized financial reporting framework.  The preparation of the unaudited condensed financial statements presented in the Periodic Report requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of the financial statements, as well as the reported amount of revenues and expenses during the reporting period.  Actual amounts and results could differ materially from those estimates.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position, and cash flows of the Non-Debtor Entities in the future.

**Reservation of Rights**

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or constitute an admission with respect to their chapter 11 cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of claims, interests, or contracts, assumption or rejection of contracts under the provisions of chapter 3 of title 11 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to any such assets, liabilities, claims, or obligations that may exist.

**Intercompany Transactions**

Diamond Sports Group, LLC and its subsidiaries engage in a range of intercompany transactions in the ordinary course of business.  The Debtors maintain relationships with each other in the ordinary course of business resulting in intercompany receivables and payables among the Debtors and between certain Debtors and Non-Debtor Entities.  Certain of the Debtors' regional sports networks are owned and operated through Non-Debtor Entity joint ventures with certain sports teams, in which the Debtors own a majority of the equity interests; none of these Non-Debtor Entity joint ventures are Debtors in these chapter 11 cases.  Each Non-Debtor Entity joint venture maintains a separate cash management system that collects receipts and makes disbursements for such entity, which is generally separate from the Debtors' cash management system except to the extent described in the Debtors' cash management

motion.[5] Each intercompany transaction is recorded, and the accounting records reflect the amounts due between the various legal entities. Intercompany transactions are settled either by book entry and/or through cash transfer. For the purposes of this Periodic Report, a summary of intercompany balances between the Non-Debtor Entities and between the Non-Debtor Entities and the Debtors as of September 30, 2024, is provided in **Exhibit C** attached hereto and reflects the gross intercompany balances between entities before taking into consideration accounting or tax adjustments. Intercompany balances between the Debtors and Non-Debtor Entities have not been eliminated in the financial statements contained herein. No conclusion as to the legal obligation nor the related asset valuation associated with these intercompany transactions and balances is made in this Periodic Report.

**Valuation Estimates**

The Non-Debtor Entities' financial statements contained herein were prepared using the net book values maintained in their books and records. Accordingly, the net book value of these entities may differ substantially from their fair market values, and it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors and Non-Debtor Entities to obtain current market valuations of these entities.

**Statements of Cash Flows and Changes in Shareholder's Equity**

The Debtors prepare their Statements of Cash Flows and Statements of Shareholder's Equity solely on a consolidated basis. Preparation of such statements on a standalone basis for each of the Non-Debtor Entities would be unduly burdensome and an inefficient use of estate assets. Accordingly, Statements of Cash Flows and Statements of Shareholder's Equity for the Non-Debtor Entities have been omitted from this Periodic Report.

For all the reasons discussed above, the Debtors caution readers not to place undue reliance upon information contained in the Periodic Report.

[*Remainder of page intentionally left blank*]

---

[5] *See Debtors'* Emergency *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 14].

**Diamond Sports Group, LLC, *et al.* – 2015.3 Periodic Report – Case No. 23-90116 (CML)**

**Exhibit A-1     Unaudited Balance Sheets as of December 31, 2023**

| As of December 31, 2023<br>($ in Thousands) | Diamond Sports Kansas City, LLC | Diamond Sports Net Cincinnati, LLC | Diamond Sports Net Florida 2 LLC | Diamond Sports Net St. Louis, LLC | Diamond Sports Net West, LLC | RSNCO, LLC |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| Current Assets | $ 20,926 | $ 31,662 | $ 74,668 | $ 65,343 | $ 125,098 | $ 56,333 |
| Non-Current Assets | 3,738 | 34,601 | 8,240 | 142,660 | 164,006 | 93,961 |
| **Total Assets** | 24,664 | 66,262 | 82,908 | 208,002 | 289,104 | 150,294 |
| **LIABILITIES AND EQUITY** | | | | | | |
| Current Liabilities | 12,040 | 4,047 | 2,231 | 6,079 | 14,005 | 43,439 |
| Non-Current Liabilities | 29,822 | – | 1,500 | 4,638 | 748 | 5,641 |
| **Liabilities** | 41,862 | 4,047 | 3,731 | 10,718 | 14,753 | 49,081 |
| Redeemable Non-Controlling Interest | 22,430 | – | – | – | – | – |
| Equity | (39,627) | 62,215 | 79,178 | 197,285 | 274,351 | 101,213 |
| **Total Liabilities, Reedemable NCI, and Equity** | $ 24,664 | $ 66,262 | $ 82,908 | $ 208,002 | $ 289,104 | $ 150,294 |

1

**Diamond Sports Group, LLC, *et al.* – 2015.3 Periodic Report – Case No. 23-90116 (CML)**

**Exhibit A-1    Unaudited Balance Sheets as of December 31, 2023 (cont.)**

| As of December 31, 2023 *(\$ in Thousands)* | SoCal SportsNet LLC | Diamond Sports Finance SPV, LLC | Seven Hills Media Company, LLC | Lone Star Mobile Television Partners LP | Western Mobile Television, LLC | Mountain Mobile TV Limited Liability Company | Mobile TV Group, LP |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current Assets | $ 519 | $ 44,935 | $ - | $ - | $ 28,231 | $ 3,075 | $ 26,215 |
| Non-Current Assets | - | 6,496 | - | - | 507 | 2 | - |
| **Total Assets** | 519 | 51,431 | - | - | 28,738 | 3,077 | 26,215 |
| | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | |
| Current Liabilities | - | 88,990 | - | - | 3,925 | 280 | 26,215 |
| Non-Current Liabilities | - | (0) | - | - | 9,135 | - | - |
| **Liabilities** | - | 88,990 | - | - | 13,060 | 280 | 26,215 |
| Redeemable Non-Controlling Interest | - | - | - | - | - | - | - |
| Equity | 519 | (37,559) | - | - | 15,678 | 2,797 | - |
| **Total Liabilities, Reedemable NCI, and Equity** | $ 519 | $ 51,431 | $ - | $ - | $ 28,738 | $ 3,077 | $ 26,215 |

2

**Diamond Sports Group, LLC, *et al.* – 2015.3 Periodic Report – Case No. 23-90116 (CML)**

### Exhibit A-1    Unaudited Balance Sheets as of September 30, 2024

| As of September 30, 2024<br>*($ in Thousands)* | Diamond Sports Kansas City, LLC | Diamond Sports Net Cincinnati, LLC | Diamond Sports Net Florida 2 LLC | Diamond Sports Net St. Louis, LLC | Diamond Sports Net West, LLC | RSNCO, LLC |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| Current Assets | $ 18,712 | $ 33,511 | $ 53,896 | $ 52,034 | $ 97,264 | $ 25,955 |
| Non-Current Assets | 0 | 30,990 | 8,240 | 127,845 | 140,880 | 88,637 |
| **Total Assets** | **18,712** | **64,501** | **62,137** | **179,879** | **238,144** | **114,593** |
| **LIABILITIES AND EQUITY** | | | | | | |
| Current Liabilities | 38,048 | 29,334 | 9,831 | 10,527 | 11,399 | 33,169 |
| Non-Current Liabilities | 29,822 | – | – | 4,277 | 569 | – |
| **Liabilities** | **67,870** | **29,334** | **9,831** | **14,804** | **11,968** | **33,169** |
| Redeemable Non-Controlling Interest | 22,430 | – | – | – | – | – |
| Equity | (71,588) | 35,167 | 52,306 | 165,074 | 226,176 | 81,424 |
| **Total Liabilities, Reedemable NCI, and Equity** | **$ 18,712** | **$ 64,501** | **$ 62,137** | **$ 179,879** | **$ 238,144** | **$ 114,593** |

**Diamond Sports Group, LLC,** *et al.* **– 2015.3 Periodic Report – Case No. 23-90116 (CML)**

**Exhibit A-1    Unaudited Balance Sheets as of September 30, 2024 (cont.)**

| As of September 30, 2024<br>($ in Thousands) | SoCal SportsNet LLC | Diamond Sports Finance SPV, LLC | Seven Hills Media Company, LLC | Lone Star Mobile Television Partners LP | Western Mobile Television, LLC | Mountain Mobile TV Limited Liability Company | Mobile TV Group, LP |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current Assets | $ 519 $ | 0 $ | – $ | – $ | 32,652 $ | 2,003 $ | 19,721 |
| Non-Current Assets | – | – | – | – | 1,058 | 1 | – |
| **Total Assets** | 519 | 0 | – | – | 33,711 | 2,004 | 19,721 |
| | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | |
| Current Liabilities | – | (0) | – | – | 7,286 | 16 | 19,721 |
| Non-Current Liabilities | – | (0) | – | – | 6,700 | – | – |
| **Liabilities** | – | (0) | – | – | 13,986 | 16 | 19,721 |
| Redeemable Non-Controlling Interest | – | – | – | – | – | – | – |
| Equity | 519 | 0 | – | – | 19,725 | 1,989 | – |
| **Total Liabilities, Redeemable NCI, and Equity** | $ 519 $ | 0 $ | – $ | – $ | 33,711 $ | 2,004 $ | 19,721 |

2

**Diamond Sports Group, LLC, *et al.* – 2015.3 Periodic Report – Case No. 23-90116 (CML)**

Exhibit A-2    Unaudited Income Statements for the year ended December 31, 2023

| YTD Dec 31, 2023 ($ in Thousands) | Diamond Sports Kansas City, LLC | Diamond Sports Net Cincinnati, LLC | Diamond Sports Net Florida 2 LLC | Diamond Sports Net St. Louis, LLC | Diamond Sports Net West, LLC | RSNCO, LLC |
|---|---|---|---|---|---|---|
| **Net Sales** | $ 69,793 | $ 92,844 | $ 185,653 | $ 140,682 | $ 236,050 | $ 25,687 |
| Cost of sales | – | – | – | – | – | – |
| **Gross Margin** | 69,793 | 92,844 | 185,653 | 140,682 | 236,050 | 25,687 |
| Operating expenses (income) | 85,714 | 103,659 | 157,995 | 145,312 | 220,790 | 35,681 |
| **Operating Income/(Loss)** | (15,921) | (10,815) | 27,658 | (4,631) | 15,260 | (9,994) |
| Interest (income)/expense, net | 0 | – | – | – | 141 | 1,815 |
| Other non-operating (income)/expense, net | – | – | – | – | – | – |
| Allocation to Affiliates | – | – | – | – | – | – |
| **Income/(Loss) before Income Taxes** | (15,921) | (10,815) | 27,658 | (4,631) | 15,119 | (11,809) |
| Provision for (benefit from) income taxes | 92 | (16) | – | 246 | – | – |
| **Net Income/(Loss)** | $ (16,013) | $ (10,799) | $ 27,658 | $ (4,877) | $ 15,119 | $ (11,809) |

1

**Diamond Sports Group, LLC,** *et al.* **– 2015.3 Periodic Report – Case No. 23-90116 (CML)**

**Exhibit A-2    Unaudited Income Statements for the year ended December 31, 2023 (cont.)**

| YTD Dec 31, 2023<br>($ in Thousands) | SoCal SportsNet LLC | Diamond Sports Finance SPV, LLC | Seven Hills Media Company, LLC | Lone Star Mobile Television Partners LP | Western Mobile Television, LLC | Mountain Mobile TV Limited Liability Company | Mobile TV Group, LP |
|---|---|---|---|---|---|---|---|
| **Net Sales** | $ – | $ – | $ – | $ – | $ 16,872 | $ 1,350 | $ 71,085 |
| Cost of sales | – | – | – | – | – | – | 8,832.07 |
| **Gross Margin** | – | – | – | – | 16,872 | 1,350 | 62,253 |
| Operating expenses (income) | 19 | 119 | – | – | – | – | 39,862 |
| **Operating Income/(Loss)** | (19) | (119) | – | – | 16,872 | 1,350 | 22,391 |
| Interest (income)/expense, net | – | 7,097 | – | – | (325) | (28) | 225 |
| Other non-operating (income)/expense, net | – | – | – | – | 7,193 | 638 | – |
| Allocation to Affiliates | – | – | – | – | – | – | (22,616) |
| **Income/(Loss) before Income Taxes** | (19) | (7,215) | – | – | 23,740 | 1,960 | – |
| Provision for (benefit from) income taxes | – | – | – | – | 129 | – | – |
| **Net Income/(Loss)** | $ (19) | $ (7,215) | $ – | $ – | $ 23,611 | $ 1,960 | $ – |

2

**Diamond Sports Group, LLC,** *et al.* **– 2015.3 Periodic Report – Case No. 23-90116 (CML)**

Exhibit A-2    Unaudited Income Statements for the nine-month period ended September 30, 2024

| YTD Sep 30, 2024<br>($ in Thousands) | Diamond Sports Kansas City, LLC | Diamond Sports Net Cincinnati, LLC | Diamond Sports Net Florida 2 LLC | Diamond Sports Net St. Louis, LLC | Diamond Sports Net West, LLC | RSNCO, LLC |
|---|---:|---:|---:|---:|---:|---:|
| **Net Sales** | $ 45,691 | $ 64,478 | $ 96,319 | $ 94,570 | $ 151,171 | $ 14,318 |
| Cost of sales | – | – | – | – | – | – |
| **Gross Margin** | 45,691 | 64,478 | 96,319 | 94,570 | 151,171 | 14,318 |
| Operating expenses (income) | 76,652 | 90,933 | 103,211 | 126,048 | 189,176 | 2,173 |
| **Operating Income/(Loss)** | (30,961) | (26,455) | (6,892) | (31,479) | (38,005) | 12,145 |
| Interest (income)/expense, net | 999 | 593 | – | – | – | 281 |
| Other non-operating (income)/expense, net | – | – | – | 732 | 170 | 31,654 |
| Allocation to Affiliates | – | – | – | – | – | – |
| **Income/(Loss) before Income Taxes** | (31,961) | (27,048) | (6,892) | (32,210) | (38,175) | (19,789) |
| Provision for (benefit from) income taxes | – | – | – | – | – | – |
| **Net Income/(Loss)** | $ (31,961) | $ (27,048) | $ (6,892) | $ (32,210) | $ (38,175) | $ (19,789) |

1

**Diamond Sports Group, LLC, *et al.* – 2015.3 Periodic Report – Case No. 23-90116 (CML)**

### Exhibit A-2     Unaudited Income Statements for the nine-month period ended September 30, 2024 (cont.)

| YTD Sep 30, 2024<br>($ in Thousands) | SoCal SportsNet LLC | Diamond Sports Finance SPV, LLC | Seven Hills Media Company, LLC | Lone Star Mobile Television Partners LP | Western Mobile Television, LLC | Mountain Mobile TV Limited Liability Company | Mobile TV Group, LP |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Net Sales** | $   – | $   – | $   – | $   – | $   12,661 | $   332 | $   56,282 |
| Cost of sales | – | – | – | – | – | – | 6,227 |
| **Gross Margin** | – | – | – | – | 12,661 | 332 | 50,056 |
| Operating expenses (income) | 1 | 22 | – | – | – | – | 31,976 |
| **Operating Income/(Loss)** | **(1)** | **(22)** | **–** | **–** | **12,661** | **332** | **18,079** |
| Interest (income)/expense, net | – | 749 | – | – | 147 | 21 | 256 |
| Other non-operating (income)/expense, net | – | – | – | – | 4,097 | 39 | – |
| Allocation to Affiliates | – | – | – | – | – | – | (18,336) |
| **Income/(Loss) before Income Taxes** | **(1)** | **(772)** | **–** | **–** | **16,904** | **392** | **–** |
| Provision for (benefit from) income taxes | – | – | – | – | (26) | – | – |
| **Net Income/(Loss)** | **$   (1)** | **$   (772)** | **$   –** | **$   –** | **$   16,930** | **$   392** | **$   –** |

**Diamond Sports Group, LLC, *et al.* – 2015.3 Periodic Report – Case No. 23-90116 (CML)**

**Exhibit B    Description of Operations for Non-Debtor Entities (as of September 30, 2024)**

| Non-Debtor Entity | Description of Operations |
|---|---|
| Diamond Sports Kansas City, LLC | RSN Kansas City Royals, Indiana Pacers |
| Diamond Sports Net Cincinnati, LLC | RSN Cincinnati Reds, Cleveland Cavaliers, Columbus Blue Jackets |
| Diamond Sports Net Florida 2 LLC | RSN Miami Marlins, Orlando Magic |
| Diamond Sports Net St. Louis, LLC | RSN St. Louis Cardinals, St. Louis Blues |
| Diamond Sports Net West, LLC | RSN Los Angeles Angels, Los Angeles Kings |
| RSNCO LLC[6] | Formerly RSN San Diego Padres; in wind down |
| SoCal SportsNet LLC | Non-operating |
| Diamond Sports Finance SPV, LLC | Special purpose vehicle; borrower under the Debtors' accounts receivable financing facility |
| Seven Hills Media Company LLC | Non-operating |
| Lone Star Mobile Television Partners LP | Non-operating |
| Western Mobile Television, LLC | Mobile broadcasting units |
| Mountain Mobile TV Limited Liability Company | Mobile broadcasting units |
| Mobile TV Group, LP | Mobile broadcasting units |

---

[6] On May 9, 2024, the Court entered the *Order (I) Authorizing and Approving the Bally Sports San Diego Settlement and (II) Granting Related Relief* [Docket No. 2044] (the "Order").  Pursuant to and in accordance with the Order, upon completion of the orderly wind-down of RSNCO LLC's business, RSNCO LLC will be dissolved.

**Diamond Sports Group, LLC, *et al.* – 2015.3 Periodic Report – Case No. 23-90116 (CML)**

**Exhibit C        Intercompany Claims**

The charts contained in this **Exhibit C** provide approximate intercompany balances between Non-Debtor Entities and between Non-Debtor Entities and Debtors as of September 30, 2024.

| Net Receivable (Payable)<br>($ in Thousands) | Diamond Sports Kansas City, LLC | Diamond Sports Net Cincinnati, LLC | Diamond Sports Net Florida 2 LLC | Diamond Sports Net St. Louis, LLC | Diamond Sports Net West, LLC | RSNCO, LLC | SoCal SportsNet LLC |
|---|---|---|---|---|---|---|---|
| Diamond Sports Kansas City, LLC | $ – | $ (8) | $ – | $ (3,021) | $ (12) | $ (7) | $ – |
| Diamond Sports Net Cincinnati, LLC | 8 | – | (6) | (1) | (7) | (3) | – |
| Diamond Sports Net Florida 2 LLC | – | 6 | – | 0 | 39 | 15 | – |
| Diamond Sports Net St. Louis, LLC | 3,021 | 1 | (0) | – | (9) | (0) | – |
| Diamond Sports Net West, LLC | 12 | 7 | (39) | 9 | – | 147 | – |
| RSNCO, LLC | 7 | 3 | (15) | 0 | (147) | – | (519) |
| SoCal SportsNet LLC | – | – | – | – | – | 519 | – |
| Diamond Sports Finance SPV, LLC | – | – | – | – | – | – | – |
| Seven Hills Media Company, LLC | – | – | – | – | – | – | – |
| Lone Star Mobile Television Partners LP | – | – | – | – | – | – | – |
| Western Mobile Television, LLC | – | – | – | – | – | – | – |
| Mountain Mobile TV Limited Liability Company | – | – | – | – | – | – | – |
| Mobile TV Group, LP | – | – | – | – | – | – | – |
| Debtors - DSG Entities | 9,004 | 532 | 5,731 | 14,439 | 20,255 | 6,048 | – |
| Grand Total | $ 12,051 | $ 542 | $ 5,671 | $ 11,426 | $ 20,119 | $ 6,720 | $ (519) |

1

**Diamond Sports Group, LLC, *et al.* – 2015.3 Periodic Report – Case No. 23-90116 (CML)**

**Exhibit C    Intercompany Claims (cont.)**

| Net Receivable (Payable)<br>($ in Thousands) | SoCal SportsNet LLC | Diamond Sports Finance SPV, LLC | Seven Hills Media Company, LLC | Lone Star Mobile Television Partners LP | Western Mobile Television, LLC | Mountain Mobile TV Limited Liability Company | Mobile TV Group, LP | Debtors - DSG Entities | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| Diamond Sports Kansas City, LLC | $ – | $ – | $ – | $ – | $ – | $ – | $ – | $ (9,004) | $ (12,051) |
| Diamond Sports Net Cincinnati, LLC | – | – | – | – | – | – | – | (532) | (542) |
| Diamond Sports Net Florida 2 LLC | – | – | – | – | – | – | – | (5,731) | (5,671) |
| Diamond Sports Net St. Louis, LLC | – | – | – | – | – | – | – | (14,439) | (11,426) |
| Diamond Sports Net West, LLC | – | – | – | – | – | – | – | (20,255) | (20,119) |
| RSNCO, LLC | (519) | – | – | – | – | – | – | (6,048) | (6,720) |
| SoCal SportsNet LLC | – | – | – | – | – | – | – | – | 519 |
| Diamond Sports Finance SPV, LLC | – | – | – | – | – | – | – | – | – |
| Seven Hills Media Company, LLC | – | – | – | – | – | – | – | – | – |
| Lone Star Mobile Television Partners LP | – | – | – | – | – | – | – | – | – |
| Western Mobile Television, LLC | – | – | – | – | – | – | – | – | – |
| Mountain Mobile TV Limited Liability Company | – | – | – | – | – | – | – | – | – |
| Mobile TV Group, LP | – | – | – | – | – | – | – | – | – |
| Debtors - DSG Entities | – | – | – | – | – | – | – | – | 56,009 |
| Grand Total | $ (519) | $ – | $ – | $ – | $ – | $ – | $ – | $ (56,009) | $ – |

2