IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**FIFTH AMENDED PLAN SUPPLEMENT FOR THE DEBTORS'
FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**
**[Related to Docket Nos. 2498, 2593, 2615, 2621, 2653, 2671]**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this fifth amended plan supplement (as may be amended from time to time, the "Plan Supplement") to the *Debtors' First Amended Joint Chapter 11 Plan of Reorganization*, which is attached as Exhibit 1 to the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtors' Disclosure Statement Supplement on a Final Basis and (II) Confirming the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2671] (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Plan"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that on October 2, 2024, the Debtors filed the *Notice of Filing Initial Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2498], containing Exhibits A and B to the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that on October 21, 2024, the Debtors filed the *First Amended Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2593], containing Exhibit C to the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that on October 29, 2024, the Debtors filed the *Second Amended Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2615], containing Exhibits D, E, and F to the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that on November 1, 2024, the Debtors filed the *Third Amended Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2621], containing Exhibits G and H to the Plan Supplement.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG. The Debtors' service address for purposes of these chapter 11 cases is: c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

**PLEASE TAKE FURTHER NOTICE** that on November 12, 2024, the Debtors filed the *Fourth Amended Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2653], containing revised versions of Exhibits E and H to the Plan Supplement, as well as Exhibits I, J, and K to the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan.

**PLEASE TAKE FURTHER NOTICE** that this Plan Supplement contains drafts of the following documents, as may be amended, modified, or supplemented from time to time by the Debtors in accordance with the Plan and the Restructuring Support Agreement, as set forth below:

- **Exhibit L** – New A/R Facility Commitment Letter

**PLEASE TAKE FURTHER NOTICE** that the documents, or portions thereof, contained in the Plan Supplement are not final and remain subject to continuing negotiations among the Debtors and interested parties with respect thereto. The Debtors reserve all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan and the Restructuring Support Agreement. If any document in the Plan Supplement is altered, modified, or supplemented in any material respect, the Debtors will file a revised version of such document with the Bankruptcy Court.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| November 22, 2024 | Respectfully submitted,<br><br>/s/ *John F. Higgins*<br>**PORTER HEDGES LLP**<br>John F. Higgins (TX Bar No. 09597500)<br>M. Shane Johnson (TX Bar No. 24083263)<br>Megan Young-John (TX Bar No. 24088700)<br>Bryan L. Rochelle (TX Bar No. 24107979)<br>1000 Main St., 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>brochelle@porterhedges.com<br><br>- and - |
| **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Andrew N. Goldman (admitted *pro hac vice*)<br>Benjamin W. Loveland (admitted *pro hac vice*)<br>Lauren R. Lifland (admitted *pro hac vice*)<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br>andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com<br>lauren.lifland@wilmerhale.com<br><br>*Section 327(e) Counsel to the Debtors and Debtors in Possession* | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Brian S. Hermann (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>Alice Nofzinger (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>bhermann@paulweiss.com<br>jgraham@paulweiss.com<br>anofzinger@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

3

**Certificate of Service**

    I certify that on November 22, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/ John F. Higgins*
                                                 John F. Higgins