IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) ) | Case No. 23-90116 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SEVENTH AMENDED PLAN SUPPLEMENT FOR THE DEBTORS'
FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**
[Related to Docket Nos. 2498, 2593, 2615, 2621, 2653, 2671, 2721, 2734]

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this seventh amended plan supplement (as may be amended from time to time, the "Plan Supplement") to the *Debtors' First Amended Joint Chapter 11 Plan of Reorganization*, which is attached as Exhibit 1 to the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtors' Disclosure Statement Supplement on a Final Basis and (II) Confirming the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2671] (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Plan"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that on October 2, 2024, the Debtors filed the *Notice of Filing Initial Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2498], containing Exhibits A and B to the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that on October 21, 2024, the Debtors filed the *First Amended Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2593], containing Exhibit C to the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that on October 29, 2024, the Debtors filed the *Second Amended Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2615], containing Exhibits D, E, and F to the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that on November 1, 2024, the Debtors filed the *Third Amended Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2621], containing Exhibits G and H to the Plan Supplement.

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

**PLEASE TAKE FURTHER NOTICE** that on November 12, 2024, the Debtors filed the *Fourth Amended Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2653], containing revised versions of Exhibits E and H to the Plan Supplement, as well as Exhibits I, J, and K to the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that on November 22, 2024, the Debtors filed the *Fifth Amended Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2721], containing Exhibit L to the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that on November 25, 2024, the Debtors filed the *Sixth Amended Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 2734], containing revised versions of Exhibits A and B to the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan.

**PLEASE TAKE FURTHER NOTICE** that this Plan Supplement contains drafts of the following documents, as may be amended, modified, or supplemented from time to time by the Debtors in accordance with the Plan and the Restructuring Support Agreement, as set forth below:

- **Exhibit A** – Further Revised Schedule of Rejected Executory Contracts and Unexpired Leases

- **Exhibit A-1** – Changed-Pages Only Redline of the Further Revised Schedule of Rejected Executory Contracts and Unexpired Leases against the Revised Schedule of Rejected Executory Contracts and Unexpired Leases Filed at Docket No. 2734-1

- **Exhibit B** – Further Revised Schedule of Assumed Executory Contracts and Unexpired Leases

- **Exhibit B-1** – Changed-Pages Only Redline of the Further Revised Schedule of Assumed Executory Contracts and Unexpired Leases against the Revised Schedule of Assumed Executory Contracts and Unexpired Leases Filed at Docket No. 2734-3

- **Exhibit C** – Revised Schedule of Retained Causes of Action

- **Exhibit C-1** – Changed-Pages Only Redline of the Revised Schedule of Retained Causes of Action against the Original Schedule of Retained Causes of Action Filed at Docket No. 2593-1

- **Exhibit I** – Revised New Shareholders Agreement

- **Exhibit I-1** – Changed-Pages Only Redline of the Revised New Shareholders Agreement against the Original New Shareholders Agreement Filed at Docket No. 2653-5

- **Exhibit J** – Revised Amended & Restated Certificate of Incorporation of New TopCo

- **Exhibit J-1** – Changed-Pages Only Redline of the Revised Amended & Restated Certificate of Incorporation of New TopCo against the Original Amended & Restated Certificate of Incorporation of New TopCo Filed at Docket No. 2653-6

- **Exhibit K** – Revised Amended & Restated Bylaws of New TopCo

- **Exhibit K-1** – Changed-Pages Only Redline of the Revised Amended & Restated Bylaws of New TopCo against the Original Amended & Restated Bylaws of New TopCo Filed at Docket No. 2653-7

**PLEASE TAKE FURTHER NOTICE** that the documents, or portions thereof, contained in the Plan Supplement are not final and remain subject to continuing negotiations among the Debtors and interested parties with respect thereto. The Debtors reserve all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan and the Restructuring Support Agreement. If any document in the Plan Supplement is altered, modified, or supplemented in any material respect, the Debtors will file a revised version of such document with the Bankruptcy Court.

[*Remainder of page intentionally left blank*]

December 31, 2024                                    Respectfully submitted,

/s/ *John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

   I certify that on December 31, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                     */s/ John F. Higgins*
                      John F. Higgins