**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) Case No. 23-90116 (CML) ) |
| Debtors. | ) (Jointly Administered) ) |

**NOTICE OF ATTORNEY WITHDRAWALS**

[Relates to Dkt. Nos. 80 and 86]

Please take notice that **Andrew M. Parlen** and **John Marcin** of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") hereby withdraw as counsel of record in this matter for the above-captioned debtors and debtors in possession (collectively, the "Debtors") and request that they be removed from all service lists for these cases.  The Debtors will continue to be represented in this matter by (a) John F. Higgins, M. Shane Johnson, and Megan Young-John of Porter Hedges LLP and (b) their attorneys of record, other than Andrew M. Parlen and John Marcin, at Paul, Weiss.

[*Remainder of page intentionally left blank*]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

1

17022342

Dated: January 3, 2025

Respectfully submitted,

*/s/ John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

17022342

## **CERTIFICATE OF SERVICE**

      I certify that on January 3, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                    */s/ John F. Higgins*
                                    John F. Higgins

17022342