**UNITED STATES DISTRICT COURT**            **SOUTHERN DISTRICT OF TEXAS**

§
§
§  CASE NO. 23-90116
§
§

Diamond Sports
v. Group, LLC et al

United States Courts
Southern District of Texas
FILED

JUL 1 4 2025

Nathan Ochsner, Clerk of Court

USB

**DOCUMENT IS:**

☒  **LOOSE IN FILE**

☐  **IN VAULT SEALED**

☐  **IN BROWN EXPANDABLE FOLDER**

**INSTRUMENT #_____**



July 10, 2025

US Bankruptcy Court, SDTX
Chapter 11 Bankruptcy Clerk of Court
515 Rusk Avenue
Houston, TX 77002

United States C····
Southern District ·
**FILED**

**JUL 1 1 2025**

Nathan Ochsner, Clerk of Court

To whom it may concern:

Per the Final Decree and Order Closing the Chapter 11 Cases and Terminating Claims and Noticing Services for **Diamond Sports Group, LLC,** *et al.,* **Case No. 23-90116 (CML),** (Docket No. 184), please find enclosed a USB containing an electronic version of all filed claims and a copy of the final claim registers.

For security reasons, the USB is encrypted. To obtain the password, please contact me at elcida.salguero@kroll.com.

Sincerely,

**Elcida Salguero**

T  +1 212 277 0178

# KROLL

Kroll, LLC | www.kroll.com